OWENS LEGAL
Ryan R. Owens (Bar No. 269370)
*ryan@owens.legal*
620 Newport Center Dr., Suite 1100
Newport Beach, CA 92660
Telephone: (424) 317-5625
Facsimile: (949) 336-3830

Attorney for Plaintiff,
SENSOR ELECTRONIC TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENSOR ELECTRONIC TECHNOLOGY, INC., a New York Corporation,; | Case No. _____ |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| BOLB, INC., a Delaware Corporation; QUANTUM EGG, INC., a Delaware Corporation, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff Sensor Electronic Technology, Inc. ("SETi" or "Plaintiff") for its Complaint against Defendants Bolb, Inc. ("Bolb") and Quantum Egg, Inc. ("Quantum Egg") (collectively "Defendants") alleges as follows:

**INTRODUCTION**

1.      SETi brings this patent infringement action to protect its valuable patented technology related to ultraviolet light-emitting diodes (UV LEDs).  A UV LED is a semiconductor device that converts electrical energy into ultraviolet light.  Ultraviolet light has many applications including optical sensors, disinfection, forensics, medical imaging, protein analysis, and polymer curing.  UV LEDs have many advantages over conventional UV lamps, including lower energy consumption, longer lifetime, and smaller size.

2.      SETi was founded in 1999 at the Rensselaer Polytechnic Institute in New York State and relocated to Columbia, South Carolina in 2002.  In 2004, SETi launched the world's first commercially available deep UV LED with emission wavelengths shorter than 365 nm. Today, SETi is the world's leading supplier of deep UV LEDs and has over 250 issued U.S. patents and published patent applications related to this technology.

**THE PARTIES**

3.      Plaintiff SETi is a company organized and existing under the laws of the State of New York with its principal place of business at 1195 Atlas Rd., Columbia, South Carolina.

4.      On information and belief, defendant Bolb is a company organized and existing under the laws of the State of Delaware with its principal place of business at 52 Wright Brothers Ave., Livermore, California.

5.      On information and belief, defendant Quantum Egg is a company organized and existing under the laws of the State of Delaware with its principal place of business at 52 Wright Brothers Ave., Livermore, California.

6.      On information and belief, Bolb and Quantum Egg are in the business of offering for sale, selling, and distributing products that incorporate UV LEDs.

2

7.      On information and belief, Bolb and Quantum Egg market and sell the Quantum Egg Contact Lens Disinfection Storage Case ("Q-Egg").  A true and correct copy of the Q-Egg User Guide is attached as <u>Exhibit 1</u>.  The Q-Egg is shown in the image below.



## JURISDICTION, VENUE, AND JOINDER

8.      This is an action for patent infringement under the patent laws of the United States, 35 U.S.C. § 271 *et seq.*  This Court has subject matter jurisdiction under 28 U.S.C. §§1331 and 1338(a).

9.      This Court has personal jurisdiction over both Bolb and Quantum Egg because, upon information and belief, they each maintain a principal place of business in California.

10.      Venue is proper within this judicial district under 28 U.S.C. § 1400(b) because, on information and belief, both Defendants reside in this district.  Venue is also proper because, on information and belief, both Defendants have committed acts of infringement and have a regular and established place of business in this district.

11.      Joinder of Bolb and Quantum Egg in this action is proper under Fed. R. Civ. P. 20(a)(2) and 35 U.S.C. § 299 because the counts asserted against both Defendants (1) arise from the same transaction, occurrence, or series of transactions or occurrences relating to the making, using, importing into the United States, offering for sale, or selling of the Q-Egg accused product; and (2) relate to common questions of fact.

**PATENTS-IN-SUIT**

12.     U.S. Patent No. 9,801,965 ("the '965 patent") was duly and legally issued on October 31, 2017, by the United States Patent and Trademark Office to *Bettles* et al.  The '965 patent is titled "Ultraviolet Disinfection Case."  SETi owns the '965 patent by assignment.  A true and correct copy of the '965 patent is attached as Exhibit 2.

13.     U.S. Patent No. 8,552,562 ("the '562 patent") was duly and legally issued on October 8, 2013, by the United States Patent and Trademark Office to *Simin* et al.  The '562 patent is titled "Profiled Contact for Semiconductor Device."  SETi owns the '562 patent by assignment.  A true and correct copy of the '562 patent is attached as Exhibit 3.

14.     U.S. Patent No. 9,966,496 ("the '496 patent") was duly and legally issued on May 8, 2018, by the United States Patent and Trademark Office to *Shatalov* et al.  The '496 patent is titled "Light Emitting Heterostructure with Partially Relaxed Semiconductor Layer."  SETi owns the '496 patent by assignment.  A true and correct copy of the '496 patent is attached as Exhibit 4.

15.     U.S. Patent No. 8,633,468 ("the '468 patent") was duly and legally issued on January 21, 2014, by the United States Patent and Trademark Office to *Gaska* et al.  The '468 patent is titled "Light Emitting Device with Dislocation Bending Structure."  SETi owns the '468 patent by assignment.  A true and correct copy of the '468 patent is attached as Exhibit 5.

16.     U.S. Patent No. 9,660,133 ("the '133 patent") was duly and legally issued on May 23, 2017, by the United States Patent and Trademark Office to *Jain* et al.  The '133 patent is titled "Group III Nitride Heterostructure for Optoelectronic Device."  SETi owns the '133 patent by assignment.  A true and correct copy of the '133 patent is attached as Exhibit 6.

17.     U.S. Patent No. 9,042,420 ("the '420 patent") was duly and legally issued on May 26, 2015, by the United States Patent and Trademark Office to *Shur* et al.  The '420 patent is titled "Device with Transparent and Higher Conductive Regions in Lateral Cross Section of Semiconductor Layer."  SETi owns the '420 patent by assignment.  A true and correct copy of the '420 patent is attached as Exhibit 7.

COMPLAINT FOR PATENT INFRINGEMENT

## COUNT 1

## INFRINGEMENT OF THE '965 PATENT

## EXAMPLE CLAIM 1

18.    Defendants have infringed and continue to infringe one or more claims of the '965 patent pursuant to 35 U.S.C. § 271(a) by (1) offering to sell or selling the Q-Egg without authority within the United States or (2) importing the Q-Egg into the United States without authority.

19.    The Q-Egg infringes each element of exemplary claim 1 of the '965 patent.  The Q-Egg is an apparatus comprising a case, as shown in the image below.



20.    The Q-Egg case contains ultraviolet radiation generated by a UV LED, as stated in the Q-Egg User Guide.

Congratulations and thank you for purchasing Quantum Egg contact lens disinfection case. This storage case provides ultraviolet band-c disinfection and vibration agitation; two additional layers of protection that work with your favorite contact lens solution to keep your lenses brilliantly clean every day.  Please carefully read these instructions before you operate Q Egg for the first time. It is also highly recommended that you check our YOUTUBE channel for video instructions.

• Almost all the world's pathogens replicate through DNA or RNA molecules. If this replication process is disrupted, then the pathogen is "inactivated"  and loses its ability to multiply and harm your health. Ultraviolet C-band light-emitting diodes (LED) included in each Q Egg are at the forefront of a new generation of  "physical kill" methods that disrupt this molecular process, without relying on toxic chemicals.

5

21.     The Q-Egg case is configured to enclose a volume corresponding to a flowable liquid product (i.e., the Q-Egg's cavity for placing contact lens solution), as shown in the Q-Egg User Guide.



- For regular contact lenses (except Ortho-K lenses), unscrew the cap, and fill in the cavity with your favorite brand of contact lens solution

22.     When the Q-Egg case is open, the contact lens solution (a "flowable liquid product") can be accessed, as shown in the images below.




COMPLAINT FOR PATENT INFRINGEMENT

23.     The Q-Egg case has a cover configured to selectively close and open the case, as shown in the diagram from the Q-Egg User Guide below.



24.     Two ultraviolet radiation sources are mounted on the Q-Egg case, as shown in the image below.



25.     The ultraviolet radiation sources comprise UV LEDs configured to generate ultraviolet radiation for disinfecting the volume corresponding to the contact lens solution, as stated in the Q-Egg User Guide.

7

- Almost all the world's pathogens replicate through DNA or RNA molecules. If this replication process is disrupted, then the pathogen is "inactivated" and loses its ability to multiply and harm your health. Ultraviolet C-band light-emitting diodes (LED) included in each Q Egg are at the forefront of a new generation of "physical kill" methods that disrupt this molecular process, without relying on toxic chemicals.

- Press and hold the circular ON/OFF indicator gently for 2 seconds, the disinfection case will turn ON and you can feel the vibration. Leave the case to disinfect your contact lens for 30 minutes. During the disinfection cycle, the ultraviolet C-band emitter will destroy 99.999% harmful bacteria or mold that may cause eye infection, such as S. aureus and F. solani. Every 5 minutes, the vibrational agitation will be turned on for 30 seconds, to help dislodge dust particles and protein residues from the lens, and also help circulate the contact lens solution. You may leave the lens in the case until you are ready to wear them again. Please follow all instructions for your favorite contact lens solutions.

26.     Finally, as part of the Q-Egg's safety interlock feature, the Q-Egg's case has a sensor configured to cause the UV LEDs to turn off when the volume is not closed, as shown in the image below.



27.     Defendants' infringement has caused and is continuing to cause damage and irreparable injury to SETi.  SETi will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

28.     SETi is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

COMPLAINT FOR PATENT INFRINGEMENT

## COUNT 2

### INFRINGEMENT OF THE '562 PATENT

### EXAMPLE CLAIM 1

29.     Defendants have infringed and continue to infringe one or more claims of the '562 patent pursuant to 35 U.S.C. § 271(a) by (1) offering to sell or selling the Q-Egg without authority within the United States or (2) importing the Q-Egg into the United States without authority.

30.     The Q-Egg infringes each element of exemplary claim 1 of the '562 patent.  When disassembled, the Q-Egg includes two UV LEDs as shown in the image below.



31.     Each UV LED is a device comprising a packaged UV LED chip.  The LED chip is a semiconductor structure, as shown in the top-down Scanning Electron Microscope ("SEM") image below right.



9

32.     Two metallic contacts are deposited on the surface of the UV LED's semiconductor structure, as shown in the SEM image below.  One of these contacts in the Q-Egg UV LED comprises at least two corners.



33.     With respect to the semiconductor structure surface, these two corners have a substantially lateral direction along the surface of the semiconductor structure.  Along this lateral direction, the contact corners have a profiled shape.  Specifically, instead of forming a sharp corner where the edges of the contact meet, the corner has a rounded profiled shape that provides a gradual transition between the two edges, as shown in the magnified SEM image of one of the contact corners below.



COMPLAINT FOR PATENT INFRINGEMENT

34.     The contact corners also have depth perpendicular to the semiconductor structure surface.  Along this perpendicular direction, the corners have an edge with a profiled shape perpendicular to the semiconductor surface.  The perpendicular profiled shape of the contact corners provides a non-planar transition from the semiconductor structure surface to the top surface of the contact, as shown in the Focused Ion Beam ("FIB")-SEM image below.



35.     Defendants' infringement has caused and is continuing to cause damage and irreparable injury to SETi.  SETi will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

36.     SETi is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**<u>COUNT 3</u>**

**INFRINGEMENT OF THE '496 PATENT**

**EXAMPLE CLAIM 1**

37.     Defendants have infringed and continue to infringe one or more claims of the '496 patent pursuant to 35 U.S.C. § 271(a) by (1) offering to sell or selling the Q-Egg without authority within the United States or (2) importing the Q-Egg into the United States without authority.

COMPLAINT FOR PATENT INFRINGEMENT

1    38.    The Q-Egg infringes each element of exemplary claim 1 of the '496 patent.  The

2    Q-Egg includes at least two packaged UV LEDs.  The LED chips in these UV LEDs contain a

3    semiconductor heterostructure comprised of different layers.  The Transmission Electron

4    Microscope ("TEM") image below left shows a cross section of a UV LED chip from the Q-Egg.

5    The stacked layers of the semiconductor heterostructure have different shades in the TEM image

6    depending on their material composition.  The heterostructure in the TEM image shows (1) a

7    UV-transparent sapphire substrate as the bottom, base layer, (2) a buffer layer adjacent to the

8    substrate, (3) a light generating structure (an active layer) near the top of the heterostructure

9    having top and bottom sides (in the magnified TEM image), (4) an n-type contact semiconductor

10   layer located on the bottom side of the active layer between the active layer and the buffer layer,

11   and (5) a p-type contact semiconductor layer located on the top side of the active layer (in the

12   magnified TEM image).



COMPLAINT FOR PATENT INFRINGEMENT

39.     As shown in the magnified TEM images below, the p-type contact semiconductor layer also includes an embedded partially relaxed sublayer, which is relatively darker because of the increased aluminum content.  Below that sublayer, the p-type contact semiconductor layer includes a dislocation blocking structure above the active layer consisting of a lattice of alternating sublayers.  The magnified TEM image below right also shows that the dislocation blocking structure includes a graded composition that changes from the relatively light top side of the structure to the relatively dark bottom side.



40.     Defendants' infringement has caused and is continuing to cause damage and irreparable injury to SETi.  SETi will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

41.     SETi is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT 4

### INFRINGEMENT OF THE '468 PATENT

### EXAMPLE CLAIM 11

42.     Defendants have infringed and continue to infringe one or more claims of the '468 patent pursuant to 35 U.S.C. § 271(a) by (1) offering to sell or selling the Q-Egg without authority within the United States or (2) importing the Q-Egg into the United States without authority.

43.     The Q-Egg infringes each element of exemplary claim 11 of the '468 patent.  The Q-Egg includes at least two packaged UV LEDs.  Each UV LED is an emitting device.  The TEM image below left shows a cross section of a UV LED chip of a Q-Egg UV LED.  This image shows a substrate (the bottom layer) and an active region located above the substrate's top side (closer to the top of the cross section).  The magnified TEM image below right also shows a dislocation bending structure located between the substrate and the active region.



44.     In TEM images of aluminum gallium nitride / aluminum nitride semiconductors, such as those used for UV LEDs, layers with higher aluminum content are darker than layers with lower aluminum content.  As shown in the magnified TEM images below, the dislocation bending structure consists of alternating layers of aluminum gallium nitride (lighter layers) and aluminum nitride (darker layers).  These layers are grouped into non-overlapping periods of (1) a first layer of aluminum gallium nitride and (2) a second layer predominantly of aluminum nitride.  The multiple non-overlapping periods cause dislocations propagating from the substrate to bend or

14

annihilate before reaching the active region.  Given the contrast between the layers in the TEM images, the molar fraction of aluminum in the lighter aluminum gallium nitride layers differs from the molar fraction of aluminum in the much darker aluminum nitride layers by at least five percent.



45.     Defendants' infringement has caused and is continuing to cause damage and irreparable injury to SETi.  SETi will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

46.     SETi is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT 5**

**INFRINGEMENT OF THE '133 PATENT**

**EXAMPLE CLAIM 19**

47.     Defendants have infringed and continue to infringe one or more claims of the '133 patent pursuant to 35 U.S.C. § 271(a) by (1) offering to sell or selling the Q-Egg without authority within the United States or (2) importing the Q-Egg into the United States without authority.

48.     The Q-Egg infringes each element of exemplary claim 19 of the '133 patent.  The Q-Egg includes two packaged UV LEDs.  Each of these UV LEDs is an optoelectronic device.

15

The TEM image below shows a cross-section of the semiconductor layers in a UV LED chip from a Q-Egg UV LED.  The image shows (1) a substrate layer, (2) an aluminum gallium nitride buffer layer located on the substrate, and (3) two stacked superlattice structures located on the buffer layer.



49.     The stacked superlattice structures located on the buffer layer consist of a first superlattice structure immediately on top of the buffer layer and a second superlattice structure on top of the first superlattice structure, as shown in the magnified TEM image below.



COMPLAINT FOR PATENT INFRINGEMENT

50.     A plurality of periods forms the first superlattice structure, as shown in the magnified TEM images below.  Each period includes two layers: a group III nitride layer with a relatively high aluminum content (the darker layer) and a group III nitride layer with a relatively low aluminum content (the lighter layer).  Using the formulas $Al_xGa_{1-x}N$ and $Al_{x'}Ga_{1-x'}N$ for the composition of the layers, the molar fraction x of aluminum in the group III nitride layer with a relatively high aluminum content is necessarily greater than the molar fraction x′ of aluminum in the group III nitride layer with a relatively low aluminum content.



51.     A plurality of periods also forms the second superlattice structure in the Q-Egg UV LED.  As with the first superlattice, each period includes two layers: a group III nitride layer with a relatively high aluminum content (the darker layer) and a group III nitride layer with a relatively low aluminum content (the lighter layer).  Using the formulas $Al_yGa_{1-y}N$ and $Al_{y'}Ga_{1-y'}N$ for the composition of the layers, the molar fraction y of aluminum in the group III nitride layer with a relatively high aluminum content is necessarily greater than the molar fraction y′ of aluminum in the group III nitride layer with a relatively low aluminum content.



COMPLAINT FOR PATENT INFRINGEMENT

52.     The Q-Egg UV LED chip has an n-type layer located on the second superlattice, as shown in the TEM image below.  This n-type layer is formed of a group III nitride material including aluminum.  Using the formula $Al_xGa_{1-x}N$, the molar fraction x of aluminum in the n-type layer is between a range of 0.1 and 0.9 based on the image below.



53.     The Q-Egg UV LED chip also includes an active structure (i.e., the light generating layer or region) on the n-type layer, as shown in the TEM images below.  The active structure includes alternating quantum well and barrier layers, shown in the TEM image below right.  Both the quantum wells and the barriers are formed of a group III nitride material including aluminum.  Using the formula $Al_xGa_{1-x}N$, the difference between the molar fraction of aluminum in the barrier layers and the molar fraction of aluminum in the quantum well layers will be greater than 0.05.

18

COMPLAINT FOR PATENT INFRINGEMENT



54.     Defendants' infringement has caused and is continuing to cause damage and irreparable injury to SETi.  SETi will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

55.     SETi is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

<u>**COUNT 6**</u>

**INFRINGEMENT OF THE '420 PATENT**

**EXAMPLE CLAIM 1**

56.     Defendants have infringed and continue to infringe one or more claims of the '420 patent pursuant to 35 U.S.C. § 271(a) by (1) offering to sell or selling the Q-Egg without authority within the United States or (2) importing the Q-Egg into the United States without authority.

19

COMPLAINT FOR PATENT INFRINGEMENT

57.     The Q-Egg infringes each element of exemplary claim 1 of the '420 patent.  The Q-Egg includes two packaged UV LEDs.  Each packaged UV LED includes a UV LED chip that acts as an optoelectronic device.  The Q-Egg UV LED chip has an active layer which acts as a short period superlattice ("SPSL") semiconductor layer.



58.     The SPSL comprises barriers that are predominantly aluminum gallium nitride. The barriers' material composition varies laterally across the plane of the barriers, as shown in the TEM images below.  The darker regions of the barriers represent a relatively high aluminum concentration; the lighter regions, a relatively low aluminum concentration.  Thus, lateral inhomogeneities in the composition of the barriers form the barriers' different regions.



20

59.     The barriers' darker, high-aluminum regions necessarily have a characteristic band gap (i.e., a "first characteristic band gap") that differs from the characteristic band gap of the lighter, low-aluminum regions (i.e., a "second characteristic band gap").  The high-aluminum regions are more transparent than the low-aluminum regions to the UV-C light generated by the Q-Egg UV LED chip.  Thus, the high-aluminum regions form a set of transparent regions in the barriers.  These transparent regions are at least ten percent of the area of the lateral cross section of at least one of the SPSL barriers.

60.     The barriers' low-aluminum regions are more conductive to current flow than the high-aluminum regions.  Thus, the low-aluminum regions form a set of conductive regions in the barriers.  These conductive regions are at least two percent of the area of the lateral cross section of at least one of the SPSL barriers.

61.     Defendants' infringement has caused and is continuing to cause damage and irreparable injury to SETi.  SETi will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

62.     SETi is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

COMPLAINT FOR PATENT INFRINGEMENT

**PRAYER FOR RELIEF**

WHEREFORE, SETi respectfully requests that this Court enter judgment in its favor and against Defendants as follows:

A.     A declaration that Defendants have infringed the '965 patent, '562 patent, '496 patent, '468 patent, '133 patent, and '420 patent under 35 U.S.C. § 271, and final judgment incorporating the same;

B.     A permanent injunction enjoining Defendants and its officers, agents, servants, employees, representatives, successors, assigns, and all others acting in concert or participation with them from continued infringement under 35 U.S.C. § 271 of the '965 patent, '562 patent, '496 patent, '468 patent, '133 patent, and '420 patent;

C.     An award of damages adequate to compensate SETi for Defendants' infringement of the '965 patent, '562 patent, '496 patent, '468 patent, '133 patent, and '420 patent together with prejudgment and post-judgment interest and costs pursuant to 35 U.S.C. § 284;

D.     An accounting of all infringing sales and other infringing acts by Defendants, and an order compelling an accounting for infringing acts not presented at trial and an award by the Court of additional damages for such acts; and

E.     Any other relief to which SETi is entitled or that the Court deems just and proper.

**JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, SETi hereby demands trial by jury for all issues so triable.

22

COMPLAINT FOR PATENT INFRINGEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED: August 24, 2018

Respectfully submitted,

OWENS LEGAL

By   /S/ *Ryan R. Owens*

Ryan R. Owens

Attorney for SENSOR ELECTRONIC
TECHNOLOGY, INC.

COMPLAINT FOR PATENT INFRINGEMENT

# EXHIBIT 1

## QUANTUM EGG USER GUIDE



Includes: Quantum Egg Contact Lens Disinfection Storage Case, Micro-USB Charging Cable, Carry Pouch, User Guide. Product contains ultraviolet C-band disinfection light-emitters, please read User Guide before first use, and visit http://www.q-egg.com for additional details.

Designed by Quantum Egg Inc in the Silicon Valley, California, assembled in China

CE, RoHS and FCC certified. Patent Pending 2017

# Quantum Egg

**Contact Lens
Disinfection Storage Case**
Model Number: 52WBA-1

**- Kills 99.999% Germs* -**

# User Guide
## Quantum Egg

Contact Lens Disinfection Storage Case
Model Number: 52WBA-1
**Kills 99.999%Germs***

Congratulations and thank you for purchasing Quantum Egg contact lens disinfection case. This storage case provides ultraviolet band-c disinfection and vibration agitation; two additional layers of protection that work with your favorite contact lens solution to keep your lenses brilliantly clean every day.  Please carefully read these instructions before you operate Q Egg for the first time. It is also highly recommended that you check our YOUTUBE channel for video instructions.

**As required by ISO-14729*

## TABLE OF CONTENTS

| | |
|---|---|
| 1. PRINCIPLES OF OPERATION | 3 |
| 2. SAFETY INSTRUCTIONS | 4 |
| 3. STRUCTURE & COMPONENTS | 5 |
| 4. SPECIFICATIONS | 6 |
| 5. OPERATING INSTRUCTIONS | 7 |
| 6. DAILY CARE FOR YOUR CONTACT LENS CASE | 10 |
| 7. TROUBLE SHOOTING | 11 |
| 8. DISPOSAL | 12 |
| 9. WARRANTY | 13 |

## ① PRINCIPLE OF OPERATION

- Almost all the world's pathogens replicate through DNA or RNA molecules. If this replication process is disrupted, then the pathogen is "inactivated" and loses its ability to multiply and harm your health. Ultraviolet C-band light-emitting diodes (LED) included in each Q Egg are at the forefront of a new generation of "physical kill" methods that disrupt this molecular process, without relying on toxic chemicals.

- UV-C photons emitted from these LEDs carry enough energy to break the chemical bonds in DNA or RNA molecules, thus preventing the multiplication of an overwhelming majority of known pathogenic micro-organisms. During testing, our product have achieved >99.999% kill rate against Fusarium solani among other pathogens, a class of extremely difficult to kill fungus that may cause severe eye infection. In addition to UVC LEDs, each Q Egg lens case also includes a vibrational agitation function to assist removal of dust particles, pathogens and eye secretions.

## ② SAFETY INSTRUCTIONS

① Do NOT use this product before reading the "Instructions" section
② Do NOT operate this product in any manner not described in the "Instructions" section.
③ Do NOT attempt to disassemble this product, or use any components of this product for any purpose other than for contact lens disinfection. Warranty will be voided by modifying or disassembling this product.
④ This product contains UV-C emitters, Do NOT attempt to defeat the safety interlock or attempt to look at the emitters in operation.
⑤ This product is NOT a toy, please DO NOT leave this product in a place where children may reach.
⑥ Please continue to observe proper hand hygiene and obey safety instructions with your favorite contact lens solutions.

### ⚠ Warning

① This product contains advanced ultraviolet c-band solid state emitters, and is only intended for contact lens disinfection use when the drawer is in the "closed" position.
② To avoid damage, please Do NOT soak this product in water or any other liquid substance.
③ Avoid excessive heat or direct sun exposure for any extended period.
④ If the indicator light turns off or flashes immediately after "ON", contact the services department (support@q-egg.com).
⑤ Do NOT attempt to disassemble this product for repair. Please contact support@q-egg.com for product repair or replacement within the warranty period.
⑥ When the drawer is removed from the case, please DO NOT reach inside the case cavity to touch the UVC emitters positioned behind the window.

## ③ STRUCTURE & COMPONENTS



⚠ **CAUTION**
**UV radiation hazard.**
Use only with shielding in place.
Protect eyes & skin from exposure to UV light.

| | | | |
|---|---|---|---|
| ① Cap w/ Quartz window | | ④ Drawer | |
| ② Micro USB Charge port | | ⑤ Disinfection Cavity | |
| ③ ON/OFF Switch and Indicator | | ⑥ UV Disinfection Dock | |

## ④ SPECIFICATIONS

| | | |
|---|---|---|
| External Dimensions | 3.0 inch dia. X 1.6 inch height (75 mm dia. X 40 mm height) | |
| Weight | 3.3oz. (96 grams) | |
| Lens Cavity Volume | 0.1 fl. oz. (3.0 ml) | |
| Light Source: | Compound Semiconductor Ultraviolet C-band  wavelength:265nm ±5nm | |
| UVC Disinfection Time | 30 minutes pre-set with auto shut-off | |
| Vibrational Agitation | 0.5 minute in duration at 4.5 minutes interval | |
| Safety Interlock | YES | |
| Timer | YES (30  minutes) | |
| Battery Type | Lithium ion | |
| Battery Capacity | 600 mAh | |
| Recharging Port: | micro-USB port | |
| Recharge time | 2 hours approx | |
| Indicators | White | unit in operation |
| | Blinking RED | unit requires charging |
| | Solid RED | battery being charged, turns OFF when fully charged |
| Certificate | ISO 14729, FCC, CE, RoHS | |
| Product Lifetime | At least 2,000 cycles | |

 **OPERATING INSTRUCTIONS**

## Charging

- Please fully charge the product before first use. Connect the supplied micro-USB cable, and insert one end into the receptacle above the lens container drawer. The other end of the cable should be connected to any standard USB charge port, such as those for your cell phones, tablets, or your computer. The top indicator will glow red when the product is being charged, and expect it to turn off automatically after 45 minutes when fully charged. The product can then be used for 10-13 cleaning cycles (each cycle lasts 30 minutes). When the product needs recharge, the top indicator will glow red and blink rapidly.Charging time will be approximately 2 hours for a completely depleted battery.



## Operating Procedures

- Push the drawer to open (it will spring out).



 **OPERATING INSTRUCTIONS**

- For regular contact lenses (except Ortho-K lenses), unscrew the cap, and fill in the cavity with your favorite brand of contact lens solution



> **NOTE**
>
> For Orthokeratology (Ortho-K) lenses, you may wish to clean the lens in your preferred 2-step cleaning procedure: with finger-rubbing first in lens cleaning solution, followed by rinsing and storage in Quantum Egg case.

- After putting the lens inside the cavity (observe which side is labeled "Left" and "Right"), close and tighten the lid, and push the drawer into the case. Make sure the drawer is fully closed without sticking out from the case.

⑤ **OPERATING INSTRUCTIONS**




- Press and hold the circular ON/OFF indicator gently for 2 seconds, the disinfection case will turn ON and you can feel the vibration. Leave the case to disinfect your contact lens for 30 minutes. During the disinfection cycle, the ultraviolet C-band emitter will destroy 99.999% harmful bacteria or mold that may cause eye infection, such as S. aureus and F. solani. Every 5 minutes, the vibrational agitation will be turned on for 30 seconds, to help dislodge dust particles and protein residues from the lens, and also help circulate the contact lens solution. You may leave the lens in the case until you are ready to wear them again. Please follow all instructions for your favorite contact lens solutions.
  If you wish to turn OFF the product before the cleaning cycle is finished, please press and hold the ON/OFF symbol on the top cover for 2 seconds.

⑥ **DAILY CARE FOR YOUR CONTACT LENS CASE**

### Battery Maintenance

- If you wish to put Quantum Egg case in long term storage, please remember to recharge the battery every 3 months to prevent damage to the battery.

### Cleaning Recommendations

- The container cap window is made of a special material that is transparent to light in the ultraviolet c-band. Please keep it clean. Avoid finger-printing the cap window. To clean the cap, use a clean damp cloth or lint-free paper, or better yet, use cotton soaked with rubbing alcohol to clean the cap inside and out every 2 weeks.



⑦ **TROUBLE SHOOTING**

| Problem | Likely Cause | Solution |
|---|---|---|
| Product can only use less than 5 times after each charge | Please make sure the product is FULLY charged. | Charge the product until the RED indicator light has extinguished, which can take about 2 hours for a depleted battery. |
| | Battery may need to be replaced. | Contact Customer Service support@ q-egg.com |
| Product fails to turn ON after pressing case-top sensor for 2 seconds | Fault of the touch sensor module or the LED module | Contact Customer Service support@ q-egg.com |

⑧ **DISPOSAL**

- This product is certified RoHS compliant. Please observe your local laws or regulations regarding disposal of electronic products that contain lithium batteries.

 **WARRANTY**

- Thank you for purchasing Quantum Egg Contact Lens Disinfection Case. You will enjoy significantly enhanced eye safety from now on if you use Quantum Egg case instead of the plastic lens case of the past.
- The entire disinfection case and all of its components are warrantied for the following periods: Free return and full refund within seven (7) days; Free exchange or repair within one (1) years.
- Please return this product with purchasing documentation to our authorized customer care center. The most up-to-date mailing address can be found at www.q-egg.com.

**Note**

- The warranty will be voided if the case has been disassembled, or damaged due to user error or failure to obey safety and operating instructions.  This warranty also does not cover any fault or damage as a result of incidents beyond the manufacturer's quality control, such as fire, dropping into water, laundering, salt water splash, child play, throwing, or causes commonly considered force majeure.



**Quantum Egg Inc.**
**Designed In Silicon Valley, California**
**Patent Pending**
**FCC/CE/ROHS**
**Contains 265nm UVC LEDs**

13

# EXHIBIT 2

## U.S. PATENT NO. 9,801,965

US009801965B2

(12) **United States Patent**
Bettles et al.

(10) Patent No.: **US 9,801,965 B2**
(45) Date of Patent: **\*Oct. 31, 2017**

(54) **ULTRAVIOLET DISINFECTION CASE**

(71) Applicant: **Sensor Electronic Technology, Inc.**, Columbia, SC (US)

(72) Inventors: **Timothy James Bettles**, Columbia, SC (US); **Alexander Dobrinsky**, Loudonville, NY (US); **Michael Shur**, Latham, NY (US); **Remigijus Gaska**, Columbia, SC (US)

(73) Assignee: **Sensor Electronic Technology, Inc.**, Columbia, SC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/686,004**

(22) Filed: **Apr. 14, 2015**

(65) **Prior Publication Data**

US 2015/0217011 A1     Aug. 6, 2015

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 14/217,694, filed on Mar. 18, 2014, now Pat. No. 9,006,680.

(Continued)

(51) **Int. Cl.**
   *A61L 2/10*          (2006.01)

(52) **U.S. Cl.**
   CPC ............. *A61L 2/10* (2013.01); *A61L 2202/14* (2013.01); *A61L 2202/16* (2013.01)

(58) **Field of Classification Search**
   CPC ..... A61L 2/10; A61L 2202/14; A61L 2202/16
   (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,806,770 A | 2/1989 | Hylton et al. |
| 6,278,122 B1 | 8/2001 | Gagnon |
| | (Continued) | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201046243 Y | 4/2008 |
| EP | 1360932 A1 | 11/2003 |
| | (Continued) | |

OTHER PUBLICATIONS

Han, International Search Report and Written Opinion for International Application No. PCT/US2014/030962, Oct. 10, 2014, 12 pages.

(Continued)

*Primary Examiner* — Nicole Ippolito
*Assistant Examiner* — Hanway Chang
(74) *Attorney, Agent, or Firm* — LaBatt, LLC

(57)     **ABSTRACT**

A solution for disinfecting flowable products, such as liquids, suspensions, creams, colloids, emulsions, powders, and/or the like, as well as accessories and products relating thereto, such as containers, caps, brushes, applicators, and/or the like, using ultraviolet radiation is provided. In an embodiment, an ultraviolet impermeable cap is configured to enclose a volume corresponding to a flowable product. At least one ultraviolet radiation source can be mounted on the cap and be configured to generate ultraviolet radiation for disinfecting the enclosed area. The ultraviolet radiation source can be configured to only generate ultraviolet radiation when the volume is enclosed by the ultraviolet impermeable cap.

**20 Claims, 14 Drawing Sheets**



## US 9,801,965 B2
Page 2

**Related U.S. Application Data**

(60) Provisional application No. 61/802,839, filed on Mar. 18, 2013, provisional application No. 61/939,243, filed on Feb. 12, 2014.

(58) **Field of Classification Search**
USPC .................... 250/428, 432 R, 433, 434, 435
See application file for complete search history.

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,458,331 B1 | 10/2002 | Roberts | |
| 6,483,119 B1 | 11/2002 | Baus | |
| 6,544,727 B1 | 4/2003 | Hei | |
| 6,605,260 B1 | 8/2003 | Busted | |
| 6,923,367 B1 | 8/2005 | Grossman et al. | |
| 7,372,044 B2 | 5/2008 | Ross | |
| 8,318,089 B2 | 11/2012 | Brown-Skrobot et al. | |
| 8,330,121 B2 | 12/2012 | Douglas | |
| 8,334,521 B2 | 12/2012 | Deshays | |
| 8,481,970 B2 | 7/2013 | Cooper et al. | |
| 9,006,680 B2 * | 4/2015 | Bettles ...................... | A61L 2/10 250/365 |
| 2006/0178600 A1 | 8/2006 | Kennedy et al. | |
| 2007/0255301 A1 | 11/2007 | Freeman et al. | |
| 2010/0061887 A1 | 3/2010 | Harper et al. | |
| 2013/0239803 A1 * | 9/2013 | Palmer ................... | F24F 3/166 95/22 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1897898 A1 | 3/2008 |
| KR | 20080023244 | 3/2008 |
| KR | 100951612 | 4/2010 |
| KR | 20110003101 | 1/2011 |
| KR | 10-2011-0054730 A | 5/2011 |
| KR | 101237462 B1 | 2/2013 |
| KR | 20130135675 | 12/2013 |
| WO | 2010070432 | 6/2010 |

OTHER PUBLICATIONS

Spectroline CB-4000A CellBlaster Operator's Manual, Sep. 2013, 26 pages.
UV Sterilizer for iPhone, printed from http://www.sinco-elec.com/ e_products/Portable-UV-Sterilizer-for-iPhoneiPod-p126.html on Dec. 17, 2013.
UV Light Sterilizer Cell Phone iPode iPhone ear bud Sanitizer—Keeps Electronic Devices Germ Free!, printed from http://www.ankaka.com/uv-light-sterilizer-cell-phone-ipod-iphone-ear-bud-sanitizer-keeps-electronic-devices-germ-free__p48896.html on Dec. 17, 2013.
Wells, Nikita, U.S. Appl. No. 14/217,694, Notice of Allowance, Nov. 28, 2014, 21 pages.
German Application No. 11 2014 001 503.2, Office Action1, Apr. 3, 2017, Received May 16, 2017, 12 pages.
CamelBak, "All Clear UV Purifier," 2012, 8 pages.
Chinese Application No. 201480016435.3, Office Action1 (with English translation), received Jan. 25, 2017, 19 pages.
Chinese Application No. 201480016435.3, Office Action2 (with English translation), dated Jul. 31, 2017, 11 pages.

* cited by examiner



FIG. 1



*FIG. 2A*



*FIG. 2B*



FIG. 3





*FIG. 5B*

34



*FIG. 5A*

34

2

40



*FIG. 6B*



*FIG. 6A*



FIG. 7

*FIG. 8*





*FIG. 9*



FIG. 10C



FIG. 10B



FIG. 10A

U.S. Patent

Oct. 31, 2017

Sheet 12 of 14

US 9,801,965 B2

# FIG. 11





*FIG. 12*



*FIG. 13B*

*FIG. 13C*



*FIG. 13A*

US 9,801,965 B2

## ULTRAVIOLET DISINFECTION CASE

### REFERENCE TO RELATED APPLICATION

The current application is a continuation-in-part of U.S. application Ser. No. 14/217,694, which was filed on 18 Mar. 2014, and which claims the benefit of U.S. Provisional Application No. 61/802,839, which was filed on 18 Mar. 2013, and U.S. Provisional Application No. 61/939,243, which was filed on 12 Feb. 2014, each of which is hereby incorporated by reference.

### TECHNICAL FIELD

The disclosure relates generally to ultraviolet radiation, and more particularly, to a device including one or more ultraviolet emitters mounted thereto for disinfecting a flowable product, such as a liquid, a suspension, a cream, a colloid, an emulsion, a powder, and/or the like, as well as flowable products relating thereto, such as containers, caps, brushes, applicators, and/or the like.

### BACKGROUND ART

Ultraviolet (UV) radiation has been utilized to sanitize different devices. For example, there is an approach for sanitizing toothbrushes using UV light. In this approach, an apparatus includes a UV lamp of low intensity for emitting UV radiation in the 200 to 300 nanometer wavelength range, as well as some radiation in the visible range above 300 nanometers and in the ozone producing range below 200 nanometers.

Other sanitizing devices are also known in the art. For example, one approach proposes a mailbox enclosure to sanitize mail articles with UV light and other means. Another approach proposes a surgical tool sterilizing enclosure that utilizes UV light as well as chemical and other sanitizing agents.

Other approaches include a computer input device sterilization apparatus including UV sterilization in an enclosed container to kill bacteria and other disease carrying organisms. One approach includes a horizontal or vertical container dimensioned to fit over computer input devices such as keyboards, mice, trackballs, touchpads and the like. A UV source located within the container irradiates the computer input device with UV light which generates ozone gas, thereby killing any microorganisms that might reside on the computer input device. UV radiation below 200 nm can also be used to create ozone gas having germicidal characteristics. The ozone gas is circulated in and around the input device(s) to provide further sterilization with the UV radiation. A sterilization switch turns the UV source off when the container is opened. A timer/power circuit provides a timed application of power to the UV lamps to provide UV illumination consistent with the substantial sterilization of the input device in question.

There are currently also UV devices available to sterilize mobile phones, such as the UV Sterilizer for the iPhone® from Sinco-Electronic Gifts Co., which is a desktop unit. In this case, a user places his/her phone into the sterilizer for approximately five minutes. The device turns a blue light emitting diode (LED) on to indicate the start of the sterilization process. Once the blue LED turns off, the sterilization process is complete. Such devices typically utilize mercury lamps to generate the ultraviolet light.

### SUMMARY OF THE INVENTION

In view of the prior art, the inventors have identified many challenges and limitations of current approaches for disin-

fecting various commonly used flowable products using ultraviolet radiation. For example, the inventors have noted that current approaches are not designed to disinfect some types of commonly used flowable products, such as liquids, suspensions, creams, colloids, emulsions, powders, and/or the like, as well as accessories and products relating thereto, such as containers (e.g., cases), covers (e.g., caps), brushes, applicators, and/or the like.

Aspects of the invention provide a solution including ultraviolet disinfection of a flowable product. For example, an embodiment includes an ultraviolet radiation containing case configured to enclose a volume corresponding to a flowable product. In an illustrative embodiment, at least one ultraviolet radiation source is configured to generate ultraviolet radiation for disinfecting the enclosed volume. The ultraviolet radiation source can be configured to only generate ultraviolet radiation when the volume is enclosed by a cover so that there is no risk that the user of the flowable product could be harmed.

A first aspect of the invention provides an apparatus comprising: an ultraviolet radiation containing case configured to enclose a volume corresponding to a flowable product, wherein the flowable product can be accessed when the case is open; a cover configured to selectively close and open the case; at least one ultraviolet radiation source mounted on at least one of: the case or the cover, the at least one ultraviolet radiation source configured to generate ultraviolet radiation for disinfecting the volume corresponding to the flowable product; and a sensor configured to cause the at least one ultraviolet radiation source to turn off when the volume is not closed.

A second aspect of the invention provides a system comprising: a container comprising: a first compartment including a first portion of a flowable product; a second compartment including a second portion of the flowable product; and at least one one-way channel for transferring a portion of the flowable product from the first compartment to the second compartment; an ultraviolet impermeable cover configured to enclose a volume of the container, wherein the volume includes the second compartment; at least one ultraviolet radiation source, the at least one ultraviolet radiation source configured to generate ultraviolet radiation for disinfecting the volume of the container; and a sensor located between the cover and the container, the sensor configured to cause the at least one ultraviolet radiation source to turn off when the volume is not enclosed.

A third aspect of the invention provides a system comprising: an ultraviolet radiation containing case including a flowable product stored therein; means for generating ultraviolet radiation to disinfect the flowable product; and means for controlling the generating of the ultraviolet radiation.

The illustrative aspects of the invention are designed to solve one or more of the problems herein described and/or one or more other problems not discussed.

### BRIEF DESCRIPTION OF THE DRAWINGS

These and other features of the disclosure will be more readily understood from the following detailed description of the various aspects of the invention taken in conjunction with the accompanying drawings that depict various aspects of the invention.

FIG. 1 shows a cross sectional view of an illustrative ultraviolet impermeable cap including ultraviolet radiation source(s) according to an embodiment.

FIG. 2A shows a cross sectional view of an illustrative system according to an embodiment.

3

FIG. **2B** shows an illustrative container according to an embodiment.

FIG. **3** shows a side view of an illustrative system according to an embodiment.

FIG. **4A** shows a cross sectional view of an illustrative system according to an embodiment, while FIG. **4B** shows an isometric top view of an illustrative system according to an embodiment.

FIG. **5A** shows a side view of an illustrative system according to an embodiment, while FIG. **5B** shows an isometric view of an interconnect according to an embodiment.

FIG. **6A** shows a cross sectional view of an illustrative system according to an embodiment, while FIG. **6B** shows a side view of an illustrative flowable product including a handle assembly according to an embodiment.

FIG. **7** shows a cross sectional view of an illustrative system according to an embodiment.

FIG. **8** shows a cross sectional view of an illustrative system according to an embodiment.

FIG. **9** shows an isometric view of an illustrative ultraviolet radiation system according to an embodiment.

FIGS. **10A-10C** show illustrative flowable products for use with an ultraviolet radiation system according to an embodiment.

FIG. **11** shows an illustrative ultraviolet radiation system for a flowable product according to an embodiment.

FIG. **12** shows an illustrative system including an ultraviolet radiation system for a flowable product according to an embodiment.

FIGS. **13A-13C** show illustrative flowable products for use with an ultraviolet radiation system according to embodiments.

It is noted that the drawings may not be to scale. The drawings are intended to depict only typical aspects of the invention, and therefore should not be considered as limiting the scope of the invention. In the drawings, like numbering represents like elements between the drawings.

## DETAILED DESCRIPTION OF THE INVENTION

As indicated above, aspects of the invention provide a solution for disinfecting flowable products using ultraviolet radiation. As used herein, a flowable product is any product that includes liquids, suspensions, creams, colloids, emulsions, powders, and/or the like. In addition, a flowable product includes any accessories or ancillary products used in conjunction with the liquids, suspensions, creams, colloids, emulsions, powders, and/or the like, including containers (e.g., cases), covers (e.g., caps), brushes, applicators, and/or the like. In an embodiment, an ultraviolet impermeable cover (also referred to as a cap) is configured to enclose a volume corresponding to a flowable product (e.g., where the flowable product is stored, an area formed by the flowable product, and/or the like). In an illustrative embodiment, at least one ultraviolet radiation source is configured to generate ultraviolet radiation for disinfecting the enclosed area, and can be mounted on the case and/or cover. A sensor can be located between the case and the cover and be configured to cause the at least one ultraviolet radiation source to turn off (or equivalently not turn on) when the area is not enclosed.

As used herein, unless otherwise noted, the term "set" means one or more (i.e., at least one) and the phrase "any solution" means any now known or later developed solution. Furthermore, as used herein, ultraviolet radiation/light

4

means electromagnetic radiation having a wavelength ranging from approximately ten nanometers (nm) to approximately four hundred nm, while ultraviolet-C (UV-C) means electromagnetic radiation having a wavelength ranging from approximately one hundred nm to approximately two hundred eighty nm, ultraviolet-B (UV-B) means electromagnetic radiation having a wavelength ranging from approximately two hundred eighty to approximately three hundred fifteen nanometers, and ultraviolet-A (UV-A) means electromagnetic radiation having a wavelength ranging from approximately three hundred fifteen to approximately four hundred nanometers. As also used herein, a material/structure is considered to be "reflective" to ultraviolet light of a particular wavelength when the material/structure has an ultraviolet reflection coefficient of at least thirty percent for the ultraviolet light of the particular wavelength. In a more particular embodiment, a highly ultraviolet reflective material/structure has an ultraviolet reflection coefficient of at least eighty percent. Furthermore, a material/structure is considered to be "transparent" to ultraviolet light of a particular wavelength when the material/structure allows a significant amount of the ultraviolet radiation to pass there through (e.g., at least ten percent of the ultraviolet light radiated at a normal incidence to an interface of the material/structure).

As used herein, the term "disinfection" and its related terms means treating an area, which can include interior surfaces forming the area, a portion of a flowable product present in the area, and/or the like, so that the area includes a sufficiently low number of contaminants (e.g., chemical) and microorganisms (e.g., virus, bacteria, and/or the like) to allow the flowable product to be handled as part of a desired human interaction with no or no reasonable risk for the transmission of a disease or other harm to the human. For example, disinfection of an area means that the area (including some portion of the flowable product) has a sufficiently low level of active microorganisms and/or concentration of other contaminants that a typical human can handle the flowable product without suffering adverse effects from the microorganisms and/or contaminants present on the flowable product and/or within the area. In addition, disinfection can include sterilization. As used herein, the term "sterilization" and its related terms means neutralizing an ability of a microorganism to reproduce, which may be accomplished without physically destroying the microorganism. In this example, a level of microorganisms present on and/or in the area cannot increase to a dangerous level and will eventually be reduced, since the replication ability has been neutralized. A target level of microorganisms and/or contaminants can be defined, for example, by a standards setting organization, such as a governmental organization.

Turning to the drawings, FIG. **1** shows a cross sectional view of an ultraviolet impermeable cap **2** according to an embodiment. The ultraviolet impermeable cap **2** is configured to enclose a volume **8** corresponding to a flowable product and can include one or more surfaces reflective of and/or absorbing of ultraviolet radiation. For example, the volume **8** can correspond to an interior of a case within which the flowable product is stored, an area where a portion of the flowable product is exposed, and/or the like. Ultraviolet radiation source(s) **4** can be mounted on the ultraviolet impermeable cap **2** using any solution. The ultraviolet radiation source(s) **4** can comprise any combination of one or more visible and/or ultraviolet radiation emitters. For example, the ultraviolet radiation source **4** can include a high intensity ultraviolet lamp (e.g., a high intensity mercury lamp), an ultraviolet light emitting diode (LED), super

5

luminescent LEDs, laser diodes, and/or the like. In an embodiment, the ultraviolet radiation source 4 includes a set of light emitting diodes manufactured with one or more layers of materials selected from the group-III nitride material system (e.g., $Al_xIn_yGa_{1-X-Y}N$, where $0 \le x$, $y \le 1$, and $x+y \le 1$ and/or alloys thereof). In an illustrative embodiment, the ultraviolet radiation source 4 can emit ultraviolet radiation in the range of approximately 200 nanometers to approximately 340 nanometers. Additionally, the ultraviolet radiation source 4 and/or ultraviolet impermeable cap 2 can comprise one or more additional components (e.g., a wave guiding structure, a component for relocating and/or redirecting ultraviolet radiation emitter(s), etc.) to direct and/or deliver the emitted radiation to a particular location/area, in a particular direction, in a particular pattern, and/or the like, within the volume 8. Illustrative wave guiding structures include, but are not limited to, a plurality of ultraviolet fibers, each of which terminates at an opening, a diffuser, and/or the like. The ultraviolet impermeable cap 2 can include a plurality of sockets for the ultraviolet radiation sources 4. The sockets allow for the removal and insertion of the ultraviolet radiation sources 4. The ultraviolet radiation sources 4 can be powered by a power source 10 (e.g., one or more batteries), which is also located within the ultraviolet impermeable cap 2.

The ultraviolet impermeable cap 2 can be configured to disinfect the enclosed volume 8 corresponding to the flowable product. As mentioned herein, in an embodiment, flowable products can include liquids, suspensions, creams, colloids, emulsions, powders, and/or the like, as well as items relating thereto, such as containers (e.g., cases), covers (e.g., caps), brushes, applicators, and/or the like. For example, the flowable product can include a tube of toothpaste, a lipstick, a cosmetic powder case, a container of cream, an eyeliner pencil, and/or the like. As such, the volume corresponding to the flowable product can be the opening of such products used by a user to access the flowable product. Additionally, the flowable product can also include an eyelash brush, a cosmetic brush, and/or the like. The volume corresponding to such flowable products can a portion of the item on which the flowable product is applied to facilitate use by a user (e.g., the bristles of the eyelash brush or the cosmetic brush).

The ultraviolet impermeable cap 2 can include a sensor 6 configured to sense when the volume 8 corresponding to the flowable product is enclosed by the ultraviolet impermeable cap 2. The sensor 6 can be located between the ultraviolet impermeable cap 2 and the flowable product (within the volume 8). The sensor 6 can be connected, e.g., by a wireless or wired communication channel, to a control system 12 that manages the ultraviolet radiation generated by the ultraviolet radiation source(s) 4. The control system 12 can include an ultraviolet radiation indicator 14 that indicates to a user when ultraviolet radiation is being generated.

The ultraviolet impermeable cap 2 can also include an external interface 16A. The external interface 16A can include an interface device, such as a display, which provides a plurality of statistical information regarding the flowable product to a user. The statistical information can be used by the user to, for example, estimate a lifetime for the flowable product. For example, the statistical information can include a number of times the flowable product was disinfected, a number of times the flowable product was used, a frequency of usage, and/or the like. The external interface 16A can include a touch screen display that would allow the user to control one or more aspects of the operation of the ultraviolet radiation source(s) 4.

6

The ultraviolet impermeable cap can be thermally managed through a plurality of wings 18. The wings 18 are designed to dispose of excess heat generated by the ultraviolet radiation source(s) 4, e.g., using air convective cooling. The wings 18 can be made out of, for example, conductive metals such as aluminum or aluminum alloy in order to facilitate the heat transfer from the cap 2 to the surrounding ambient. In addition, the ultraviolet impermeable cap 2 can comprise at least one reflector 20 mounted to an interior surface of the ultraviolet impermeable cap 2. The reflector 20 can include a reflective material, such as highly polished aluminum, a polytetrafluoroethylene (PTFE, such as Teflon), a highly ultraviolet reflective expanding polytetrafluoroethylene (ePTFE) membrane (e.g., GORE® Diffuse Reflector Material), and/or the like, that reflects at least fifty percent of the ultraviolet radiation.

The ultraviolet impermeable cap 2 can also include a sensor 22 for obtaining attribute information regarding the flowable product and/or the volume 8 for feedback to the control system 12. The control system 12 can use the attribute information to manage the ultraviolet radiation generated by the ultraviolet radiation source(s) 4 using any solution.

In an embodiment shown in FIG. 2A, the ultraviolet impermeable cap 2 can enclose a volume 8 of an ultraviolet radiation containing case or container 40. The container 40 can be configured to contain a flowable product (e.g., liquid, colloid, emulsion, suspension, powder, cream, and/or the like). The container 40 can include a first compartment 24 and a second compartment 26. A first portion of the flowable product is stored within the first compartment 24. A one-way channel 28 is provided for transferring a second portion 25 of the flowable product from the first compartment 24 to the second compartment 26. In an embodiment, the second compartment 26 contains only a small percentage of the overall product, e.g., an amount in a range from 0.1 to 5%. It is understood that the container 40 can include any number of one-way channels 28. The one-way channel 28 can include a valve for preventing the flowable product from transferring from the second compartment 26 to the first compartment 24. Alternatively, the one-way channel 28 can be positioned in a location between the compartments 24, 26 where a level of the product within the second compartment 26 would not be high enough to transfer to the first compartment 24. In an embodiment, the first compartment 24 is inaccessible to a user, and therefore, is less likely to be contaminated. However, the second compartment 26 is accessible to a user and therefore disinfection may be desired. The second compartment 26 (and the portion 25 of the flowable product in the second compartment 26) are within the enclosed volume 8 and can be disinfected by the ultraviolet radiation source(s) 4. In the embodiment shown in FIG. 2A, the portion 25 of the flowable product can be transferred to the second compartment 26 via a pump 30.

FIG. 2B shows an illustrative container 40 according to an embodiment, which can be implemented as part of a system described herein. In this case, the container 40 is configured to store a flowable product (e.g., a cream or the like), for which disinfection is desired. The flowable product can be extracted from the container 40 by, for example, a pumping device 30 or the like. For example, the pumping device 30 can be operated to transfer the flowable product from a first compartment 24, which is configured to store a large fraction of the flowable product, to a second compartment 26, which contains only a small fraction of the flowable product (e.g., an amount of the flowable product typically utilized in a single use).

7

8

The second compartment 26 can have a cover 27 at least partially fabricated of an ultraviolet transparent material. Suitable illustrative ultraviolet transparent materials for the cover 27 include fluoropolymers, such as: fluorinated ethylene propylene (FEP), ethylene FEP (EFEP), polytetrafluoroethylene (PTFE), ethylene chlorotrifluoroethylene (ECTFE), polychlorotrifluoroethene (PCTFE), perfluoroalkoxy alkane (PFA), polyvinylidene fluoride (PVDF), ethylene tetrafluoroethylene (ETFE), tetrahydrocannabivarin (THV), THE, polylactic acid (PLA), low-density polyethylene (LDPE), MFA, and/or the like. The cover 27 can include a set of openings, which allow the flowable product 29 to be extracted from the second compartment 26, e.g., by applying pressure to the second compartment 26. The set of openings can include a number of openings of a particular size, which can be selected based on the flowable product 29 using any solution. While the cover 27 is shown located on the top of the second compartment 26, it is understood that any portion of the second compartment can be fabricated using an ultraviolet transparent material.

The cap 2 can be attached to the container 40 using any solution, e.g., a screw thread. The cap 2 can include a set of ultraviolet radiation sources 4, which, when the cap 2 is securely attached to the container 40, are positioned in a manner that ultraviolet radiation is directed at the ultraviolet transparent cover 27 and the opening(s) and/or flowable product 29 present thereon. As a result, at least some of the ultraviolet radiation will pass through the ultraviolet material forming the cover 27 and into the second compartment 26 and/or flowable product 29 present in the second compartment 26. In this manner, the ultraviolet radiation source(s) 4 can be operated as described herein to disinfect the portions of the flowable product 29 and/or the container 40 most susceptible to contamination.

In an alternative embodiment, as seen in FIG. 3, the portion 25 of the flowable product can be transferred to the second compartment 26 by an increase in pressure in the first compartment 24 (e.g., via a user squeezing the first compartment 24) so that the portion 25 of the product is transferred through two one-way channels 28 to the second compartment 26. In another embodiment, as seen in FIGS. 4A and 4B, a rotating auger 30 can transfer the portion 25 of the product from the first compartment 24 to the second compartment 26. A one-way channel 28 allows for the portion 25 of the flowable product to transfer to the second compartment 26 by rotating the auger 30 so that a plate 32 that separates the first compartment 24 and the second compartment 26 simultaneously rotates and lowers. This can push the portion 25 of the flowable product through the one-way channel 28 and into the second compartment 26.

The ultraviolet impermeable cap 2 can be manufactured to be any size to fit any type of container corresponding to a flowable product for disinfection. The ultraviolet impermeable cap 2 can connect to the flowable product using any means. For example, the ultraviolet impermeable cap 2 can include threading that fastens to threading on the container corresponding to the flowable product. In an embodiment, the ultraviolet impermeable cap 2 can be hingedly connected via a hinge 11 to a flowable product (e.g., container 40 as shown in FIG. 2A). In another embodiment, as seen in FIGS. 5A and 5B, the ultraviolet impermeable cap 2 can include an interconnect 34 that is made of a flexible material (e.g., rubber) so that at least a portion of the flowable product (e.g., container 40) can be inserted easily into the interconnect 34. Furthermore, the ultraviolet impermeable cap 2 can be connected to the interconnect 34 using any solution.

In an embodiment, the flowable product may not include a container having an opening with threading, and/or the like, for attaching an ultraviolet impermeable cap. In this situation, a case can form substantially all of an enclosure corresponding to the flowable product within which a volume corresponding to the flowable product can be disinfected. For example, in FIGS. 6A and 6B, a handle assembly 36 is provided for the flowable product 41 (e.g., a cosmetic brush). A handle end 43 of the flowable product 41 can be inserted into the handle assembly 36 using any solution. For example, the handle assembly 36 can be made of a flexible material, such as rubber, to accommodate multiple size handle ends 43. The handle assembly 36 can include a fastening mechanism 38 (e.g., threading) for attaching an ultraviolet radiation absorbing case 2 to the handle assembly 36. Therefore, the ultraviolet radiation absorbing case 2 can enclose and disinfect a volume within which a portion of the flowable product 41 is located. In a more specific embodiment, the ultraviolet radiation absorbing case 2 can also include a rough element 42 for separating the bristles of the flowable product 41 (e.g., a cosmetic brush) to efficiently disinfect the bristles.

In an embodiment, as shown in FIG. 7, a rotating sphere 44 can be adjacent to the second compartment 26 in order to dispense a portion of the flowable product stored within the container 40. The ultraviolet radiation source(s) 4 can be located within the rotating sphere 44 and emit ultraviolet radiation directed towards the second compartment 26. The rotating sphere 44 can be made of an ultraviolet radiation transparent material, such as Teflon, and/or the like. The flowable product within the second compartment 26 can be readily disinfected by the ultraviolet radiation source(s) 4 and be made accessible to a user as the rotating sphere 44 rotates.

In an embodiment, the flowable product stored within the first compartment 24 of a container 40 can also be disinfected. As seen in FIG. 8, the container 40 can include at least one ultraviolet radiation source(s) 4 located within the first compartment 24 of the container, e.g., mounted on a support trunk 45 within the first compartment 24 of the container 40. The support trunk 45 can be rotated by a nob 46 to effectively disinfect the flowable product stored within the first compartment 24. The nob 46 can be controlled manually by a user or automatically by a control system 12 (FIG. 1 and FIG. 11). The control system 12 also can control the ultraviolet radiation source(s) 4 mounted on the support trunk 45.

Turning now to FIG. 9, an illustrative system including an ultraviolet radiation absorbing container 48 according to an embodiment is shown. In this embodiment, the container 48 includes a flowable product 50 to be disinfected stored therein. The system can include an inert enclosure 52 including a plurality of ultraviolet radiation source(s) 4, which can be placed within the container 48 in order to disinfect the flowable product 50 and/or the interior of the container 48. The inert enclosure 52 can include a control system (e.g., similar to the control system 12 in FIG. 11) to manage generation of the ultraviolet radiation. The system can also include an external control system for allowing a user to control one or more aspects of generating of the ultraviolet radiation. In an embodiment, a user 1 can control the ultraviolet radiation source(s) 4 using an external interface component 16A that can include a remote or a mobile device including software installed thereon (e.g., a mobile application or app), to control the ultraviolet radiation source(s) 4 through a wired or wireless communications channel. The inert enclosure 52 can include a sensor (not

9

shown) for causing the ultraviolet radiation source(s) 4 to turn off when the inert enclosure 52 is not within the container 48 and/or the container 48 is not closed.

Turning now to FIGS. 10A-10C, illustrative flowable products for use with an ultraviolet radiation system according to an embodiment are shown. In FIG. 10A, the flowable product can comprise a bottle including a liquid to be disinfected. The cap 2 can include an ultraviolet radiation source 4. In FIG. 10B, the flowable product can include a highly reflective mixing element 7 for improving disinfection of the liquid within the bottle. The highly reflective mixing element 7 can be made of a reflective material, such as aluminum, and/or the like. In FIG. 10C, the flowable product can include additional ultraviolet radiation sources 4 in various locations along the interior surface of the bottle to increase an amount of ultraviolet radiation for disinfecting the liquid.

Turning now to FIG. 11, an illustrative ultraviolet radiation system 100 according to an embodiment is shown. In this case, the system 100 includes a monitoring and/or control system 12, which can be incorporated, for example, into the ultraviolet impermeable cap 2 (FIG. 2A). In this case, the monitoring and/or control system 12 can be embedded on a portion of the ultraviolet impermeable cap 2. The monitoring and/or control system 12 is shown implemented as a computer system 54 including an analysis program 56, which makes the computer system 54 operable to manage a set of ultraviolet radiation sources 4 (e.g., also mounted on the ultraviolet impermeable cap 2) by performing a process described herein. In particular, the analysis program 56 can enable the computer system 54 to operate the set of ultraviolet radiation sources 4 to generate and direct ultraviolet radiation 13 within an enclosed volume corresponding to a flowable product 40 and process data 58 corresponding to one or more attributes regarding the flowable product 40 and/or one or more attributes of the ultraviolet impermeable cap 2 (e.g., whether the ultraviolet impermeable cap 2 is off), which can be acquired by a feedback component 60. While a single ultraviolet radiation source 4 is shown in this figure, it is understood that the ultraviolet impermeable cap 2 can include any number of ultraviolet radiation sources 4 (e.g., mounted on the ultraviolet impermeable cap 2 and/or within the flowable product 40), the operation of which the computer system 54 can separately manage using a process described herein. In the case of more than one ultraviolet radiation source 4, it is understood that the computer system 54 can individually control each ultraviolet radiation source 4 and/or control two or more of the ultraviolet radiation sources 4 as a group. Furthermore, while ultraviolet radiation sources 4 are described herein, it is understood that the monitoring and/or control system 12 can operate one or more other types of devices, such as visible light LEDs, and/or the like.

In a more specific embodiment, the computer system 54 can control the ultraviolet radiation source(s) 4 such that the ultraviolet radiation sources operate at one or more wavelengths such that the power distribution over wavelength and illumination pattern/sequence are selected so that the properties of the flowable product exposed to the ultraviolet radiation are modified. The properties of the flowable product that are modified cannot be readily detectable without specialized equipment when illuminated by less than approximately two hours of continuous illumination. In an embodiment, the intrinsic properties with numerical values (e.g., color and viscosity) are modified by no more than approximately ten percent of their original value. The properties of the exposed product can include intrinsic properties

10

(e.g., color, smell appearance, viscosity, and/or the like) or functional properties. The color property is measured by an RGB vector and the approximately ten percent threshold is attested by looking at the vector norm between two colors.

In an embodiment, during an initial period of operation (e.g., after the ultraviolet impermeable cap 2 is attached to a flowable product 40), the computer system 54 can acquire data from the feedback component 60 regarding one or more attributes of the flowable product 40 and generate data 58 for further processing. The data 58 can include a presence of biological activity (e.g., microorganisms, viruses, bacteria, and/or the like) within an enclosed area of the flowable product 40, a disinfection schedule history for the flowable product 40, a determination of whether the ultraviolet impermeable cap 2 is closed or open, and/or the like. The flowable product 40 can include any product that a user 1 desires to be disinfected. For example, the flowable product 40 can comprise a liquid, a colloid, a cream, a suspension, an emulsion, a powder and/or the like, and any accessories used in conjunction with the flowable product 40, including containers, caps, brushes, applicators, and/or the like. For example, illustrative flowable products 40 can include toothpaste, creams, lotions, cosmetics (e.g., lipstick, eyeliner, powder compacts, and/or the like), brushes, and/or the like. The computer system 54 can use the data 58 to control one or more aspects of the ultraviolet radiation generated by the ultraviolet radiation source(s) 4.

Furthermore, one or more aspects of the operation of the ultraviolet radiation source 4 can be controlled by a user 1 via an external interface component 16A. The external interface component 16A can be located on an exterior portion of the ultraviolet impermeable cap 2 and allow the user 1 to choose when to turn on the ultraviolet radiation source 4. However, it is understood that the monitoring and/or control system 12 (e.g., via a sensor and/or switch 6 shown in FIG. 1) must still determine that the ultraviolet impermeable cap 2 is closed (e.g., attached to the flowable product 40) prior to turning on the ultraviolet radiation source 4 to avoid harming the user 1. In addition to showing statistical information regarding the flowable product 40 to the user 1, the external interface component 16A can include a touch screen that shows control dials for adjusting an intensity, scheduling, and other operational properties of the at least one ultraviolet radiation source 4. In an embodiment, the external interface component 16A can include a touchscreen, a keyboard, a plurality of buttons, a joystick-like control mechanism, and/or the like, to control the at least one ultraviolet radiation source 4. In an alternative embodiment, the external interface component 16A can be separate from the ultraviolet impermeable cap 2. For example, the external interface component 16A can include a remote or a mobile device including a software installed on the operating system thereon, to control the ultraviolet radiation source(s) 4. Such a component 16A can communicate with the remaining portions of the control system 12 wirelessly, via Wi-Fi, Bluetooth, and/or the like. In an illustrative embodiment, the external interface component 16A comprises a personal mobile device, such as a mobile phone, or the like, which includes an ability (e.g., via a mobile app installed thereon) to communicate with the control system 12 using a wireless communications solution.

The computer system 54 is shown including a processing component 61 (e.g., one or more processors), a storage component 62 (e.g., a storage hierarchy), an input/output (I/O) component 16B (e.g., one or more I/O interfaces and/or devices), and a communications pathway 64. In general, the processing component 61 executes program

US 9,801,965 B2

11

code, such as the analysis program **56**, which is at least partially fixed in the storage component **62**. While executing program code, the processing component **61** can process data, which can result in reading and/or writing transformed data from/to the storage component **62** and/or the I/O component **16**A for further processing. The pathway **64** provides a communications link between each of the components in the computer system **54**. The I/O component **16**B and/or the external interface component **16**A can comprise one or more human I/O devices, which enable a human user **1** to interact with the computer system **54** and/or one or more communications devices to enable a system user **1** to communicate with the computer system **54** using any type of communications link. To this extent, during execution by the computer system **54**, the analysis program **56** can manage a set of interfaces (e.g., graphical user interface(s), application program interface, and/or the like) that enable human and/or system users **1** to interact with the analysis program **56**. Furthermore, the analysis program **56** can manage (e.g., store, retrieve, create, manipulate, organize, present, etc.) the data, such as data **36**, using any solution.

In any event, the computer system **54** can comprise one or more general purpose computing articles of manufacture (e.g., computing devices) capable of executing program code, such as the analysis program **56**, installed thereon. As used herein, it is understood that "program code" means any collection of instructions, in any language, code or notation, that cause a computing device having an information processing capability to perform a particular function either directly or after any combination of the following: (a) conversion to another language, code or notation; (b) reproduction in a different material form; and/or (c) decompression. To this extent, the analysis program **56** can be embodied as any combination of system software and/or application software.

Furthermore, the analysis program **56** can be implemented using a set of modules **66**. In this case, a module **66** can enable the computer system **54** to perform a set of tasks used by the analysis program **56**, and can be separately developed and/or implemented apart from other portions of the analysis program **56**. When the computer system **54** comprises multiple computing devices, each computing device can have only a portion of the analysis program **56** fixed thereon (e.g., one or more modules **66**). However, it is understood that the computer system **54** and the analysis program **56** are only representative of various possible equivalent monitoring and/or control systems **12** that may perform a process described herein. To this extent, in other embodiments, the functionality provided by the computer system **54** and the analysis program **56** can be at least partially implemented by one or more computing devices that include any combination of general and/or specific purpose hardware with or without program code. In each embodiment, the hardware and program code, if included, can be created using standard engineering and programming techniques, respectively. In another embodiment, the monitoring and/or control system **12** can be implemented without any computing device, e.g., using a closed loop circuit implementing a feedback control loop in which the outputs of one or more sensing devices are used as inputs to control the operation of one or more other devices (e.g., LEDs). Illustrative aspects of the invention are further described in conjunction with the computer system **54**. However, it is understood that the functionality described in conjunction therewith can be implemented by any type of monitoring and/or control system **12**.

12

Regardless, when the computer system **54** includes multiple computing devices, the computing devices can communicate over any type of communications link. Furthermore, while performing a process described herein, the computer system **54** can communicate with one or more other computer systems, such as the user **1**, using any type of communications link. In either case, the communications link can comprise any combination of various types of wired and/or wireless links; comprise any combination of one or more types of networks; and/or utilize any combination of various types of transmission techniques and protocols.

The system **100** also can include an ultraviolet radiation indicator **14** (e.g., an LED), which can be operated by the computer system **54** to indicate when ultraviolet radiation **13** is being generated and directed at the flowable product **40**. The ultraviolet radiation indicator **14** can include one or more LEDs for emitting a visual light for the user **1**. In another embodiment, the ultraviolet radiation indicator **14** can include a sound or a vibration for a predetermined amount of time to indicate that ultraviolet radiation **13** is being and/or is no longer being generated at the flowable product **40**.

Turning now to FIG. **12**, an illustrative system including an ultraviolet radiation system **100** for a flowable product **40** is shown. The ultraviolet radiation system **100** is shown including ultraviolet radiation source(s) **4** (mounted on an ultraviolet impermeable cap **2** as shown in FIG. **1**). The monitoring or control system **12** is configured to control the ultraviolet radiation source(s) **4** to direct ultraviolet radiation **13** at the enclosed volume corresponding to the flowable product **40**. The feedback component **60** is configured to acquire attribute data used by the monitoring and/or control system **12** to manage the ultraviolet radiation source(s) **4**. As illustrated, the feedback component **60** can include a plurality of sensing devices **6**, each of which can acquire attribute data used by the monitoring and/or control system **12** to control and manage the ultraviolet radiation source(s) **4**.

The attribute data acquired by the feedback component **60** can include any combination of a plurality of attributes of the flowable product **40** located therein. Illustrative attributes for the flowable product **4** can include: a presence of biological activity in an enclosed area of the flowable product **40**, a determination of whether the ultraviolet impermeable cap **2** is open or closed, a change in the physical appearance of the flowable product **40** subjected to ultraviolet radiation **13**, and/or the like. A sensing device can include a sensor and/or a switch **6** (FIG. **1**) configured to sense that the ultraviolet impermeable cap **2** is physically closed (e.g., attached to the flowable product **40**) before the monitoring and/or control system **12** turns on the ultraviolet radiation source(s) **4**. Furthermore, the sensing device can include a sensor **22** (FIG. **1**) that can sense that biological activity is present within the enclosed area of the flowable product **40** before the monitoring and/or control system **12** turns on the ultraviolet radiation source(s) **4**.

In the case of determining a presence of biological activity within the enclosed volume corresponding to the flowable product **40**, the sensing devices (e.g., sensor **22**) can also determine a location of the biological activity, a type of biological activity (e.g., type of organism), a concentration of the biological activity, an estimated amount of time an organism has been in a growth phase (e.g., exponential growth and/or stationary), and/or the like. Furthermore, the sensor **22** can determine information on the variation of the biological activity over time, such as a growth rate, a rate with which an area including the bio-

US 9,801,965 B2

13

logical activity is spreading, and/or the like. In an embodiment, a set of biological activity dynamics are related to various attributes of bacteria and/or virus activity within the enclosed volume corresponding to the flowable product **40**, including, for example, the presence of detectable bacteria and/or virus activity, measured bacteria and or virus population/concentration time dynamics, growth phase, and/or the like.

In an embodiment, to determine the presence of biological activity within the enclosed volume corresponding to the flowable product **40**, the sensor **22** can include at least one of a visual camera or a chemical sensor. The visual camera can acquire visual data (e.g., visual, electronic, and/or the like) used to monitor the enclosed volume corresponding to the flowable product **40**, while the chemical sensor can acquire chemical data (e.g., chemical, electronic, and/or the like) used to monitor the enclosed area of the flowable product **40**. For example, when the monitoring and/or control system **12** is operating the ultraviolet radiation source **4**, a visual camera or a chemical sensor **22** monitoring the enclosed volume corresponding to the flowable product **40** may be operated to detect the presence of microorganisms. In a specific embodiment, the visual camera **22** comprises a fluorescent optical camera that can detect bacteria and/or viruses that become fluorescent under ultraviolet radiation. However, it is understood that a visual camera and a chemical sensor are only illustrative of various types of sensors that can be implemented. For example, the sensor **22** can include one or more mechanical sensors (including piezoelectric sensors, various membranes, cantilevers, a micro-electromechanical sensor or MEMS, a nanomechanical sensor, and/or the like), which can be configured to acquire any of various types of data regarding the enclosed volume corresponding to the flowable product **40**.

The monitoring and/or control system **12** can be configured to control and adjust a direction, an intensity, a pattern, and/or a spectral power (e.g., wavelength) of the at least one ultraviolet radiation source **4**, based on attribute data acquired by the feedback component **60**. The monitoring and/or control system **12** can control and adjust each property of the ultraviolet radiation source **4** independently. For example, the monitoring and/or control system **12** can adjust the intensity, time duration, and/or time scheduling (e.g., including duration (e.g., exposure/illumination time)), duty cycle, time between exposures/illuminations, and/or the like) of the ultraviolet radiation source **4** for a given wavelength. Each of the properties of the ultraviolet radiation source **4** can be adjustable and controlled by the monitoring and/or control system **12** according to data provided by the feedback component **60**.

The monitoring and/or control system **12** can also be configured to adjust the direction of the ultraviolet radiation **13** according to a location of the biological activity detected on the flowable product **40** within the enclosed area by the sensor **22** using any solution. The monitoring and/or control system **12** can be configured to utilize a target timing, intensity, and/or spectral power of the ultraviolet radiation according to a type of biological activity. That is, the sensor **22** can sense locations of higher levels of biological activity on specific areas on the flowable product **40**, and the ultraviolet radiation source **4** can be configured by the monitoring and/or control system **12** to direct higher doses (by increasing intensity or exposure) of ultraviolet radiation at those particular areas on flowable product **40** with higher levels of biological activity (e.g., non-uniform ultraviolet radiation).

14

The sensing devices can also include a sensor **6** that can sense that the ultraviolet impermeable cap **2** is physically open or closed (e.g., unattached or attached to the flowable product **40**). In response to detecting that the ultraviolet impermeable cap **2** is closed (e.g., attached to the flowable product **40**), the monitoring and/or control system **12** can be configured to automatically turn on the ultraviolet radiation **13**. In one embodiment, the monitoring and/or control system **12** can be configured to set a periodic or an aperiodic schedule for the ultraviolet radiation when the ultraviolet impermeable cap **2** is closed. This (periodic or aperiodic) schedule can be interrupted when the sensor **6** senses that the ultraviolet impermeable cap **2** is opened (e.g., unattached to the flowable product **40**) and the monitoring and/or control system **2** can be configured to turn off the ultraviolet radiation. In this case, the schedule (periodic or aperiodic) can be resumed once the sensor **6** senses the ultraviolet impermeable cap **2** is closed again.

The feedback component **60** can also include a sensing device (e.g., sensor **22**) that can sense a change in the color, smell, conductive properties, and/or the like of the flowable product **40** within the enclosed area. In response to a change that exceeds a threshold, the monitoring and/or control system **12** can be configured to adjust the ultraviolet radiation **13** accordingly. For example, an intrinsic property (e.g., color and/or viscosity) of the flowable product **40** can be modified by no more than approximately ten percent of the original value for the flowable product **40**.

It is understood that the system **100** may include a power component **10** to supply power to one or more of the various components of system **100**, such as ultraviolet radiation sources **4**, feedback component **60**, monitoring and/or control system **12**, and/or the like. The power component **10** can be separate from the ultraviolet impermeable cap **2** (e.g., an electrical cord enabling power to be obtained via an electric grid (e.g., a household outlet), as seen in FIG. **2**A), or include be included with t ultraviolet impermeable cap **2** (e.g., rechargeable batteries). The power component **10** can comprise any source of power including, but not limited to, a battery set, a solar cell, another electronic device (e.g., via a universal serial bus (USB) connection), and/or the like. For example, the power component **10** can include any of various types of rechargeable batteries (e.g., lithium ion, nickel-cadmium, and/or the like). The power component **10** can be configured for operation of high efficiency direct current (DC) step-up/boost converters. In an embodiment, the power component (e.g., conversion efficiency and maximum battery life) is configured (e.g., optimized) to keep a difference between the electrical power available versus the electrical power required for the various components at the minimum. In an embodiment, the power component comprises a battery set that is capable of being recharged through a typical household outlet. A charging system for this embodiment can comprise an electrical cord for charging that can include, for example, a cord with a USB connection, which can enable charging and communications with an external computing device.

For each embodiment of the ultraviolet impermeable cap **2** including the ultraviolet radiation source(s) **4**, the ultraviolet impermeable cap **2** can be configured to provide at least a target amount of mechanical protection for the flowable product **40** attached to the ultraviolet impermeable cap **2**. For example, the target amount of mechanical protection can provide at least ten feet drop protection for the flowable product **40** attached to the ultraviolet impermeable cap **2**, which can be measured by a drop test. The drop test can include dropping the ultraviolet impermeable cap **2**

US 9,801,965 B2

15

attached to the flowable product 40 from a height of approximately ten feet. This drop test can be performed multiple times, while capturing images of the landing each time. The flowable product 40 attached to the ultraviolet impermeable cap 2 can be examined after each drop to ensure the no significant damage has occurred. In an embodiment, portions of an exterior of the ultraviolet impermeable cap 2 can include a material that absorbs the impact from the drop. For instance, portions of the exterior of the ultraviolet impermeable cap 2 can be made of rubber or plastic. Additionally, the material can rubberized polycarbonate, polycarbonate, an acrylonitrile butadiene styrene (ABS) composite, polyurethane composites, and/or the like.

As described herein, embodiments of the ultraviolet impermeable cap 2 can be implemented to be a part of any type of flowable product 40. FIGS. 13A-13C show illustrative flowable products 40 for use with an ultraviolet radiation system 100 (FIG. 11) according to embodiments. For example, the ultraviolet impermeable cap 2 can be attached to a lipstick (FIG. 13A). Alternatively, the ultraviolet impermeable cap 2 can be attached to a powder compact (FIG. 13B). The ultraviolet impermeable cap 2 can be attached to a cosmetic pencil (FIG. 13C), and/or the like. In each case, an embodiment of the system 100 can be implemented in conjunction therewith using any solution. To this extent, it is understood that embodiments of the system 100 can vary significantly in the number of devices, the size of the devices, the power requirements for the system, and/or the like. Regardless, it is understood that these are only exemplary flowable products and that the system 100 may be applicable to other flowable products not specifically mentioned herein.

While shown and described herein as a method and system for disinfecting an volume corresponding to a flowable product, it is understood that aspects of the invention further provide various alternative embodiments. For example, in one embodiment, the invention provides a computer program fixed in at least one computer-readable medium, which when executed, enables a computer system to disinfect a flowable product using a process described herein. To this extent, the computer-readable medium includes program code, such as the analysis program 56 (FIG. 11), which enables a computer system to implement some or all of a process described herein. It is understood that the term "computer-readable medium" comprises one or more of any type of tangible medium of expression, now known or later developed, from which a copy of the program code can be perceived, reproduced, or otherwise communicated by a computing device. For example, the computer-readable medium can comprise: one or more portable storage articles of manufacture; one or more memory/storage components of a computing device; paper; and/or the like.

In another embodiment, the invention provides a method of providing a copy of program code, such as the analysis program 56 (FIG. 11), which enables a computer system to implement some or all of a process described herein. In this case, a computer system can process a copy of the program code to generate and transmit, for reception at a second, distinct location, a set of data signals that has one or more of its characteristics set and/or changed in such a manner as to encode a copy of the program code in the set of data signals. Similarly, an embodiment of the invention provides a method of acquiring a copy of the program code, which includes a computer system receiving the set of data signals described herein, and translating the set of data signals into a copy of the computer program fixed in at least one

16

computer-readable medium. In either case, the set of data signals can be transmitted/received using any type of communications link.

In still another embodiment, the invention provides a method of generating a system for disinfecting a volume corresponding to a flowable product. In this case, the generating can include configuring a computer system, such as the computer system 54 (FIG. 11), to implement a method of disinfecting a flowable product as described herein. The configuring can include obtaining (e.g., creating, maintaining, purchasing, modifying, using, making available, etc.) one or more hardware components, with or without one or more software modules, and setting up the components and/or modules to implement a process described herein. To this extent, the configuring can include deploying one or more components to the computer system, which can comprise one or more of: (1) installing program code on a computing device; (2) adding one or more computing and/or I/O devices to the computer system; (3) incorporating and/or modifying the computer system to enable it to perform a process described herein; and/or the like.

The foregoing description of various aspects of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed, and obviously, many modifications and variations are possible. Such modifications and variations that may be apparent to an individual in the art are included within the scope of the invention as defined by the accompanying claims.

What is claimed is:

1. An apparatus comprising:
an ultraviolet radiation containing case configured to enclose a volume corresponding to a flowable liquid product, wherein the flowable liquid product can be accessed when the case is open;
a cover configured to selectively close and open the case;
at least one ultraviolet radiation source mounted on at least one of: the case or the cover, the at least one ultraviolet radiation source comprising an ultraviolet light emitting diode configured to generate ultraviolet radiation for disinfecting the volume corresponding to the flowable liquid product; and
a sensor configured to cause the at least one ultraviolet radiation source to turn off when the volume is not closed.

2. The apparatus of claim 1, wherein the case comprises:
a first compartment configured to store a first portion of the flowable liquid product; and
a second compartment configured to store a second portion of the flowable liquid product, wherein the second compartment includes a cover at least partially formed by an ultraviolet transparent material, and wherein the second compartment defines the volume such that the at least one ultraviolet radiation source is configured to generate ultraviolet radiation for disinfecting the second portion of the flowable liquid product through the ultraviolet transparent material,
wherein the first compartment and the second compartment are both located within an interior region of the case.

3. The apparatus of claim 2, further comprising at least one one-way channel for transferring a portion of the flowable liquid product from the first compartment to the second compartment.

4. The apparatus of claim 3, further comprising a pump for transferring the flowable liquid product from the first compartment to the second compartment.

US 9,801,965 B2

17

18

**5**. The apparatus of claim **3**, further comprising a rotating auger for transferring the flowable liquid product from the first compartment to the second compartment, the rotating auger having a first end extending into the first compartment and a second end extending into the second compartment.

**6**. The apparatus of claim **2**, wherein the cover includes a rotating sphere adjacent to the second compartment configured to dispense the flowable liquid product from the second compartment, wherein the rotating sphere includes the at least one radiation source.

**7**. The apparatus of claim **2**, further comprising:

a support trunk within the first compartment; and

a plurality of ultraviolet radiation sources mounted on the support trunk, such that the plurality of ultraviolet radiation sources are configured to disinfect the first portion of the flowable liquid product.

**8**. The apparatus of claim **1**, further comprising an interconnect for attaching the cover to the case.

**9**. The apparatus of claim **1**, further comprising at least one reflector mounted on an interior surface of at least one of: the case or the cover for reflecting the ultraviolet radiation.

**10**. The apparatus of claim **1**, further comprising a control system for managing the ultraviolet radiation generated by the at least one ultraviolet radiation source.

**11**. The apparatus of claim **1**, further comprising a handle assembly attached to the case.

**12**. The apparatus of claim **11**, wherein the case attaches to the handle assembly.

**13**. A system comprising:

a container comprising:

a first compartment including a first portion of a flowable liquid product;

a second compartment including a second portion of the flowable liquid product; and

means for transferring a portion of the flowable liquid product from the first compartment to the second compartment;

an ultraviolet impermeable cover configured to enclose a volume of the container, wherein the volume includes the second compartment;

at least one ultraviolet radiation source comprising an ultraviolet light emitting diode configured to generate ultraviolet radiation for disinfecting the volume of the container; and

a sensor located between the cover and the container, the sensor configured to cause the at least one ultraviolet radiation source to turn off when the volume is not enclosed.

**14**. The system of claim **13**, wherein the second compartment includes a cover at least partially formed by an ultraviolet transparent material and including a set of openings.

**15**. The system of claim **13**, further comprising at least one reflector mounted on an interior surface of at least one of: the container or the cover for reflecting the ultraviolet radiation.

**16**. The system of claim **13**, further comprising a control system for managing the ultraviolet radiation generated by the at least one ultraviolet radiation source.

**17**. The system of claim **13**, wherein the ultraviolet impermeable cover includes a rotating sphere adjacent to the second compartment configured to dispense the flowable liquid product from the second compartment, wherein the rotating sphere includes the at least one radiation source.

**18**. A system, comprising:

a container including:

a first compartment including a first portion of a flowable powder product;

a second compartment including a second portion of the flowable powder product; and

means for transferring a portion of the flowable powder product from the first compartment to the second compartment;

an ultraviolet impermeable cover configured to enclose a volume of the container, wherein the volume includes the second compartment;

at least one ultraviolet radiation source comprising an ultraviolet light emitting diode configured to generate ultraviolet radiation for disinfecting the volume of the container; and

a sensor located between the ultraviolet impermeable cover and the container, the sensor configured to cause the at least one ultraviolet radiation source to turn off when the volume is not enclosed.

**19**. The system of claim **18**, wherein the flowable powder product comprises a cosmetic product, the container further comprising a battery power source to supply power for the at least one ultraviolet radiation source.

**20**. The system of claim **18**, further comprising means for controlling the generation of ultraviolet radiation from the at least one ultraviolet radiation source.

\*   \*   \*   \*   \*

# EXHIBIT 3

## U.S. PATENT NO. 8,552,562

US008552562B2

## (12) United States Patent
### Simin et al.

(10) Patent No.: **US 8,552,562 B2**

(45) Date of Patent: **Oct. 8, 2013**

(54) **PROFILED CONTACT FOR SEMICONDUCTOR DEVICE**

(75) Inventors: **Grigory Simin**, Columbia, SC (US); **Michael Shur**, Latham, NY (US); **Remigijus Gaska**, Columbia, SC (US)

(73) Assignee: **Sensor Electronic Technology, Inc.**, Columbia, SC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 372 days.

(21) Appl. No.: **12/791,288**

(22) Filed: **Jun. 1, 2010**

(65) **Prior Publication Data**

US 2010/0301490 A1    Dec. 2, 2010

### Related U.S. Application Data

(60) Provisional application No. 61/217,531, filed on Jun. 1, 2009.

(51) **Int. Cl.**
| | |
|---|---|
| *H01L 27/148* | (2006.01) |
| *H01L 23/48* | (2006.01) |
| *H01L 23/52* | (2006.01) |
| *H01L 29/40* | (2006.01) |
| *H01L 21/44* | (2006.01) |

(52) **U.S. Cl.**
USPC  **257/773**; 257/215; 257/E21.59; 257/E23.168; 438/666

(58) **Field of Classification Search**
USPC .................................................. 257/245, 249
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,173,757 A * 12/1992 Miwada ........................ 257/215

OTHER PUBLICATIONS

Saddow et al., "Advances in Silicon Carbide Processing and Applications", Semiconductor Materials and Devices Series, Copyright 2004, Artech House, Inc., 218 pages.
Seymour B. Cohn, "Rounded Corners in Microwave High-Power Filters and Other Components", IRE Transactions on Microwave Theory and Techniques, Sep. 1961, pp. 389-397.
Feiler et al., "Multistep Field Plates for High-Voltage Planar p-n Junctions", IEEE Transactions on Electron Devices, vol. 39, No. 6, Jun. 1992, pp. 1514-1520.
Basavana et al., "Analysis and Optimal Design of Semi-Insulator Passivated High-Voltage Field Plate Structures and Comparison with Dielectric Passivated Structures", IEEE Transactions on Electron Devices, vol. 41, No. 10, Oct. 1994, pp. 1856-1865.
Turin et al., "Simulations of Field-Plated and Recessed Gate Gallium Nitride-Based Heterojunction Field-Effect Transistors", International Journal of High Speed Electronics and Systems, vol. 17, No. 1, 2007, pp. 19-23.

* cited by examiner

*Primary Examiner* — Fernando L Toledo
*Assistant Examiner* — Valerie N Newton
(74) *Attorney, Agent, or Firm* — LaBatt, LLC

(57) **ABSTRACT**

A profiled contact for a device, such as a high power semiconductor device is provided. The contact is profiled in both a direction substantially parallel to a surface of a semiconductor structure of the device and a direction substantially perpendicular to the surface of the semiconductor structure. The profiling can limit the peak electric field between two electrodes to approximately the same as the average electrical field between the electrodes, as well as limit the electric field perpendicular to the semiconductor structure both within and outside the semiconductor structure.

**20 Claims, 8 Drawing Sheets**





# FIG. 1
## Prior Art



FIG. 2
Prior Art





FIG. 4B



FIG. 4A



FIG. 6



FIG. 7A



FIG. 7B



FIG. 8

US 8,552,562 B2

**1**

## PROFILED CONTACT FOR SEMICONDUCTOR DEVICE

### REFERENCE TO PRIOR APPLICATIONS

The current application claims the benefit of co-pending U.S. Provisional Application No. 61/217,531, titled "High voltage semiconductor device", which was filed on 1 Jun. 2009, and which is hereby incorporated by reference.

### TECHNICAL FIELD

The disclosure relates generally to contacts for devices, and more particularly, to a profiled contact for a semiconductor device, such as a high voltage semiconductor device.

### BACKGROUND ART

High voltage operation of devices, such as semiconductor devices, has remained a focus of intense research for decades. An ability of a semiconductor device to operate at a high level of bias and signal voltage is an important characteristic defining an overall device figure of merit. When an operating voltage approaches or exceeds the breakdown voltage for a particular semiconductor material and/or device structure and layout, the device becomes inoperable due to non-recoverable damage to the semiconductor material and/or electrodes forming the device. Numerous approaches have been proposed seeking to increase the breakdown voltage, and as a result, the operating voltages of a device.

Normally, the maximum operating voltage of a device is limited by the development of strong spikes of an electric field at the electrode edges or at the edges of p-n junctions. These spikes can lead to a local breakdown in such regions making the device inoperable. The spikes can form at voltages well below those expected from the average electric field in the bulk of the device material, causing the device breakdown to occur at an operating voltage well below the breakdown field of the bulk of the device material.

Many high power semiconductor devices are fabricated from silicon material, which has a relatively low breakdown field of thirty kilovolts per centimeter (kV/cm), close to that of air. In most of these devices, the breakdown occurs in the device itself, not in the air surrounding the device. As a result, most approaches seeking to maximize the operating voltage have been centered on optimization of the electric field profiles inside the device. Several approaches, including field terminating plates, guard rings, special doping profiles, etc., have sought to smooth the electric field distribution within the device. For example, FIG. **1** shows an illustrative configuration for an electrode with multiple field plates according to the prior art. The multiple field plates can reduce the peak electric field in the semiconductor material, thereby increasing the operating voltage of the device. Similarly, FIG. **2** shows an illustrative rounded junction electrode structure according to the prior art. The rounded p-n junction formed in the semiconductor material can reduce the peak electric field in the semiconductor material, thereby increasing the operating voltage of the device.

Wide bandgap semiconductor materials, such as silicon carbide (SiC) and gallium nitride (GaN) are also being used to fabricate high power semiconductor devices. These materials comprise breakdown fields that are much higher than that of air. As a result, the SiC and/or GaN device design for high voltage operation can include measures to eliminate the breakdown in the surrounding air or semiconductor surface regions. A majority of SiC based high power devices have

**2**

vertical structure, meaning that high voltage electrodes are located on opposing sides of the semiconductor wafer. Examples include high voltage diodes, bipolar junction transistors, and field effect transistors. In vertical geometry devices, the breakdown normally occurs in the surface regions of the semiconductor material where the electric field concentrates near the edges of a p-n junction or diffused regions. Consideration of direct breakdown between the electrodes in the air is less important due to a large separation between the high voltage electrodes.

High power devices fabricated using GaN and AlGaN compounds typically have a planar lateral layout. An important example of such devices is the heterostructure field effect transistor (HFET). For high gain, high speed operation, it is often desirable to reduce the spacing between the source, gate, and drain electrodes. The reduced spacing increases the electric field between the electrodes and theoretically makes the occurrence of a breakdown in the air surrounding the electrodes more likely since the internal breakdown field for GaN and AlGaN compounds, which is approximately five megavolts per centimeter (MV/cm), is much higher than that of air. However, one or more of the electrodes for GaN-based devices typically requires a high temperature (above 850 degrees Celsius) annealing, e.g., to form an ohmic contact. Due to the high annealing temperature typical for GaN-based devices, the contact edges get fairly rough. As a result, a highly non-uniform electric field is present at the rough edges of the ohmic contacts causing the breakdown to normally occur between the contact non-uniformities, regardless of the electrode shape.

Recently, non-annealed overlapping contacts, such as field controlling electrodes and RF enhanced contacts have been proposed for use in high voltage planar devices. In devices with overlapping contacts, a minimal inter-electrode spacing corresponds to the manufacture of the electrodes without the use of high temperature annealing. As a result, the edges of the electrodes have very low roughness compared to the high temperature annealed electrodes. In devices with field-controlling plates, the additional electrode minimizes the electric field spike in the semiconductor layer close to the gate edge.

### SUMMARY OF THE INVENTION

The inventors recognize that breakdown in the air or encapsulating material may occur before the breakdown field in the semiconductor has been reached when the device is fabricated using a semiconductor material with a high breakdown field, such as GaN. Currently, such breakdowns have not been frequent due to, for example, rough edges of the contacts typically used. As a result, little or no approaches have sought to use electrode shaping to achieve a higher breakdown voltage and/or eliminate direct inter-electrode breakdown. The inventors propose that reducing or eliminating the possibility for breakdown in the surrounding air or encapsulating material between electrodes can comprise an important solution to achieve a higher operating voltage of a device, e.g., an operating voltage close to the breakdown voltage of the bulk of the semiconductor material used to fabricate the device.

Aspects of the invention provide a profiled contact for a device, such as a high power semiconductor device. The contact is profiled in both a direction substantially parallel to a surface of a semiconductor structure of the device and a direction substantially perpendicular to the surface of the semiconductor structure. The profiling can limit the peak electric field between two electrodes to approximately the same as the average electrical field between the electrodes, as

3

well as limit the electric field perpendicular to the semiconductor structure both within and outside the semiconductor structure.

A first aspect of the invention provides a device comprising: a semiconductor structure; and a first contact located on the semiconductor structure, wherein the first contact comprises at least two contact corners having a parallel profiled shape in a direction substantially parallel with respect to a surface of the semiconductor structure and at least one edge between the at least two contact corners comprising a perpendicular profiled shape in a direction substantially perpendicular to the surface of the semiconductor structure.

A second aspect of the invention provides a method comprising: designing a semiconductor device, the designing including configuring a shape of a first contact to a semiconductor structure of the device, wherein the configuring includes: defining a parallel profiled shape for at least two contact corners of the first contact in a direction substantially parallel with respect to a surface of the semiconductor structure; and defining a perpendicular profiled shape for at least one edge of the first contact between the at least two contact corners in a direction substantially perpendicular to the surface of the semiconductor structure.

A third aspect of the invention provides a system comprising: a computer system including at least one computing device, wherein the computer system is configured to implement a method comprising: designing a semiconductor device, the designing including configuring a shape of a first contact to a semiconductor structure of the device, wherein the configuring includes: defining a parallel profiled shape for at least two contact corners of the first contact in a direction substantially parallel with respect to a surface of the semiconductor structure; and defining a perpendicular profiled shape for at least one edge of the first contact between the at least two contact corners in a direction substantially perpendicular to the surface of the semiconductor structure.

Other aspects of the invention provide methods, systems, program products, and methods of using and generating each, which include and/or implement some or all of the actions described herein. The illustrative aspects of the invention are designed to solve one or more of the problems herein described and/or one or more other problems not discussed.

BRIEF DESCRIPTION OF THE DRAWINGS

These and other features of the disclosure will be more readily understood from the following detailed description of the various aspects of the invention taken in conjunction with the accompanying drawings that depict various aspects of the invention.

FIG. 1 shows an illustrative configuration for an electrode with multiple field plates according to the prior art.

FIG. 2 shows an illustrative rounded junction electrode structure according to the prior art.

FIG. 3 shows an illustrative electric field distribution between two planar rectangular electrodes according to an embodiment.

FIGS. 4A and 4B show schematic top views of portions of illustrative devices according to an embodiment.

FIG. 5 shows an illustrative electric field distribution between two planar electrodes having corners with a profiled shape according to an embodiment.

FIG. 6 shows a cross-sectional view of an illustrative device according to an embodiment.

FIGS. 7A and 7B show a schematic top view and a cross-sectional view, respectively, of an illustrative field effect transistor according to an embodiment.

4

FIG. 8 shows an illustrative flow diagram for fabricating a circuit according to an embodiment.

It is noted that the drawings may not be to scale. The drawings are intended to depict only typical aspects of the invention, and therefore should not be considered as limiting the scope of the invention. In the drawings, like numbering represents like elements between the drawings.

DETAILED DESCRIPTION OF THE INVENTION

As indicated above, aspects of the invention provide a profiled contact for a device, such as a high power semiconductor device. The contact is profiled in both a direction substantially parallel to a surface of a semiconductor structure of the device and a direction substantially perpendicular to the surface of the semiconductor structure. The profiling can limit the peak electric field between two electrodes to approximately the same as the average electrical field between the electrodes, as well as limit the electric field perpendicular to the semiconductor structure both within and outside the semiconductor structure. As used herein, unless otherwise noted, the term "set" means one or more (i.e., at least one) and the phrase "any solution" means any now known or later developed solution.

Aspects of the invention provide a solution for designing one or more electrodes for a semiconductor device to reduce the electric field above the semiconductor surface (e.g., in the air or in an encapsulating material) in a direction parallel to the semiconductor surface, while also reducing the electric field in a direction perpendicular to the semiconductor surface both above and below the semiconductor surface, inside the semiconductor. The reductions are achieved by profiling one or more corners of the electrode in a direction substantially parallel to the semiconductor surface and profiling one or more edges of the electrode in a direction substantially perpendicular to the semiconductor surface. The profiling can be performed in a manner so that the peak electric field between two electrodes is nearly the same as the average field between the electrodes. In this manner, premature breakdown between the electrodes is prevented, thereby increasing the operating voltage of the semiconductor device. Furthermore, the corresponding device breakdown voltage increases to close to the breakdown voltage in the bulk of the semiconductor device.

Turning to the drawings, FIG. 3 shows an illustrative electric field distribution 2 between two planar rectangular electrodes 4A, 4B according to an embodiment. Each electrode 4A, 4B comprises a rectangular shape in a direction parallel to a semiconductor structure. As illustrated, the electric field is substantially higher in an area proximate to the respective corners 6A, 6B of the electrodes 4A, 4B. The high electric field can cause breakdown of the corresponding device.

FIGS. 4A and 4B show schematic top views of portions of illustrative devices 10A, 10B according to an embodiment. In FIG. 4A, device 10A is shown including an electrode 12A located on a semiconductor structure 14. Electrode 12A comprises a substantially rectangular shape, with each of the four corners, such as corner 20, being profiled in a direction substantially parallel with respect to a surface of the semiconductor structure 14. In particular, each corner 20 of electrode 12A comprises a rounded shape.

Similarly, device 10B is shown including an electrode 12B located on a semiconductor structure 14. Electrode 12B comprises a substantially rectangular shape, with each of the four corners, such as corner 22, being profiled in a direction substantially parallel with respect to a surface of

5

the semiconductor structure **14**. In particular, each corner **22** of electrode **12**B comprises a beveled shape.

A desired amount of profiling, such as rounding (e.g., for corner **20**) or beveling (e.g., for corner **22**), can be determined using any solution. For example, the edge of the electrode **12**A, **12**B, including the profiled corners **20**, **22**, respectively, can follow a direction of the field lines that would exist in the vicinity of a rectangular electrode edge. The field lines can be determined using approximate analytical solutions, numerical simulations, and/or the like. While electrodes **12**A, **12**B are shown with each of the four corners being profiled, it is understood that any number of one or more corners can be profiled. The corner(s) of an electrode **12**A, **12**B that are profiled can be selected based on a layout of two or more electrodes for a device. For example, corners on the side of an electrode that is adjacent to another electrode can be profiled, while the opposing corners may not be profiled.

The configuration of each electrode **12**A, **12**B can reduce the peak electrical fields at the corners **20**, **22** of each electrode **12**A, **12**B. For example, FIG. **5** shows an illustrative electric field distribution **30** between two planar electrodes **32**A, **32**B having corners with a profiled shape in a direction substantially parallel with respect to a surface of a semiconductor structure according to an embodiment. As illustrated, the profiled configuration of electrodes **32**A, **32**B reduces the peak electric field in areas proximate to the respective corners **34**A, **34**B in comparison to the electric field distribution **2** for rectangular electrodes **4**A, **4**B shown in FIG. **3**. In particular, the electric field **30** is substantially uniform across the entire electrodes **32**A, **32**B, with only a slightly higher electric field in the areas proximate to the respective corners **34**A, **34**B of the electrodes **32**A, **32**B. While electrodes **32**A, **32**B are shown having rounded corners, it is understood that a similar electric field distribution **30** will be obtained for electrodes having beveled corners.

Electrode edges also can lead to a rise in the electric field in a direction perpendicular to the surface of the semiconductor structure. In general, field-plating techniques can address this problem by reducing the peak electric field in the semiconductor structure. However, above the surface of the semiconductor structure, non-uniform field distribution similar to the field distribution **2** of FIG. **3** can still be present.

To this extent, aspects of the invention further provide for one or more edges of the electrode to be profiled in a direction substantially perpendicular to the surface of the semiconductor structure. To this extent, FIG. **6** shows a cross-sectional view of an illustrative device according to an embodiment. As illustrated, device **40** includes a pair of electrodes **42**A, **42**B each of which comprises an edge **44**A, **44**B, respectively profiled in a direction substantially perpendicular to the surface of a semiconductor structure **14** on which electrodes **42**A, **42**B are located. Each edge **44**A, **44**B is formed by a plurality of steps. For electrodes **42**A, **42**B, the steps at the topmost and bottommost (with respect to the surface of the semiconductor structure **14**) of the electrodes **42**A, **42**B are shorter than the steps in the perpendicularly central portion of the electrodes **42**A, **42**B. In this case, the profile of the bottom portion of the electrodes **42**A, **42**B is designed to reduce a peak electric field below the surface of the semiconductor structure **14**, while the profile of the top portion of the electrodes **42**A, **42**B is designed to reduce the vertical component of the electric field above the semiconductor surface. However, it is understood that any number of steps and/or alternative profiled shape can be implemented according to alternative embodiments.

Furthermore, each electrode **42**A, **42**B is shown having a single profiled edge **44**A, **44**B. In an embodiment, the profiled

6

edge **44**A, **44**B comprises an edge adjacent to another electrode **42**A, **42**B. However, it is understood that two or more edges can be profiled. To this extent, the profile of each edge can be substantially similar to the profiles of profiled edges **44**A, **44**B or the profile of one or more edges can differ.

In an embodiment, each step is formed by a field termination extension electrode. The additional field termination electrodes serve to smoothen the electric field distribution in the direction perpendicular to the surface of the semiconductor **14**, thereby increasing the breakdown voltage in the spacing between the electrodes **42**A, **42**B. A shape of the profiled edge **44**A, **44**B can be determined using any solution, e.g., by approximating a direction of the field lines that would exist in the vicinity of a substantially vertical electrode edge. The field lines can be determined using approximate analytical solutions, numerical simulations, and/or the like.

The electrodes shown and described herein can be utilized in various types of devices. For example, illustrative devices include high voltage planar devices, such as field effect transistors, bipolar transistors, diodes (e.g., Schottky or junction), high voltage switches, amplifiers, oscillators, converters, and/or the like. Additionally, it is understood that one or more additional solutions for increasing the breakdown voltage can be performed in designing and/or fabricating the device. For example, an encapsulation layer comprising any type of insulating material can be applied over the electrodes shown and described herein.

FIGS. **7**A and **7**B show a schematic top view and a cross-sectional view, respectively, of an illustrative field effect transistor **50** according to an embodiment. As shown in FIG. **7**A, a source contact **52**A, a drain contact **52**B, and a gate contact **54** of the field effect transistor **50** each comprises corners having a parallel profile (e.g., rounded) to reduce a peak electric field in the regions near the corners. While rounded profiles are shown for illustrative purposes, it is understood that beveled corners can be implemented. Additionally, as shown in FIG. **7**B, the source contact **52**A and the drain contact **52**B are each shown having an edge having a perpendicular profile to reduce a peak electric field both below and above the surface (e.g., within air, encapsulating material, or the like) of the semiconductor structure **14**.

The various contacts shown and described herein can comprise any type of contact and be formed using any type of contact material. For example, a contact described herein can comprise an ohmic contact, a rectifying contact, or the like. Additionally, the contacts described herein can be formed of any type of material, such as a metal (e.g., gold), a multi-layered metal-semiconductor structure, and/or the like. The content and formation of the contact can be selected based on one or more functional attributes and one or more attributes of the semiconductor structure **14** using any solution.

The various devices shown and described herein can be formed using any type of semiconductor structure **14**, which comprises any combination of one or more layers of material capable of forming a device channel. In an embodiment, the semiconductor structure **14** comprises a silicon-based semiconductor structure **14**, such as silicon, silicon carbide, or the like. In another embodiment, the semiconductor structure **14** comprises a heterostructure, in which a device channel (e.g., a two-dimensional device channel) is formed at an interface of two structures. The semiconductor structure **14** can include any number of one or more layers of materials selected from any now known or later developed material system, which will form such a device channel. For example, the semiconductor structure **14** can comprise one or more layers of materials selected from the group-III nitride material system (e.g., $Al_XIn_YGa_{1-X-Y}N$, where $0 \le X$, $Y \le 1$, and $X+Y \le 1$ and/or alloys

**7**

thereof) deposited on any type of substrate (e.g., sapphire). Similarly, the semiconductor structure **14** can comprise one or more layers of materials selected from the group-III arsenide material system (e.g., $Al_xGa_{1-x}As$, where $0 \le X \le 1$ and/ or alloys thereof). In a particular embodiment, the semiconductor structure **14** comprises an AlGaN/GaN compound semiconductor.

While shown and described herein as a method of designing and/or fabricating a semiconductor device, it is understood that aspects of the invention further provide various alternative embodiments. For example, in one embodiment, the invention provides a method of designing and/or fabricating a circuit that includes one or more of the semiconductor devices designed and fabricated as described herein.

To this extent, FIG. **8** shows an illustrative flow diagram for fabricating a circuit **126** according to an embodiment. Initially, a user can utilize a device design system **110** to generate a device design **112** using a method described herein. The device design **112** can be used by a device fabrication system **114** to generate a set of physical devices **116** according to the features defined by the device design **112**. Similarly, the device design **112** can be provided to a circuit design system **120** (e.g., as an available component for use in circuits), which a user can utilize to generate a circuit design **122**. The circuit design **122** can include a device designed using a method described herein. In any event, the circuit design **122** and/or one or more physical devices **116** can be provided to a circuit fabrication system **124**, which can generate a physical circuit **126** according to the circuit design **122**. The physical circuit **126** can include one or more devices **116** designed using a method described herein.

In another embodiment, the invention provides a device design system **110** for designing and/or a device fabrication system **114** for fabricating a semiconductor device **116** by applying the method described herein. In this case, the system **110**, **114** can comprise a general purpose computing device, which is programmed to implement a method of designing and/or fabricating the semiconductor device **116** as described herein. Similarly, an embodiment of the invention provides a circuit design system **120** for designing and/or a circuit fabrication system **124** for fabricating a circuit **126** that includes at least one device **116** designed and/or fabricated using a method described herein. In this case, the system **120**, **124** can comprise a general purpose computing device, which is programmed to implement a method of designing and/or fabricating the circuit **126** including at least one semiconductor device **116** as described herein.

In still another embodiment, the invention provides a computer program fixed in at least one computer-readable medium, which when executed, enables a computer system to implement a method of designing and/or fabricating a semiconductor device as described herein. For example, the computer program can enable the device design system **110** to generate the device design **112** as described herein. To this extent, the computer-readable medium includes program code, which implements some or all of a process described herein when executed by the computer system. It is understood that the term "computer-readable medium" comprises one or more of any type of tangible medium of expression, now known or later developed, from which a copy of the program code can be perceived, reproduced, or otherwise communicated by a computing device. For example, the computer-readable medium can comprise: one or more portable storage articles of manufacture; one or more memory/storage components of a computing device; paper; and/or the like.

In another embodiment, the invention provides a method of providing a copy of program code, which implements some

**8**

or all of a process described herein when executed by a computer system. In this case, a computer system can process a copy of the program code to generate and transmit, for reception at a second, distinct location, a set of data signals that has one or more of its characteristics set and/or changed in such a manner as to encode a copy of the program code in the set of data signals. Similarly, an embodiment of the invention provides a method of acquiring a copy of program code that implements some or all of a process described herein, which includes a computer system receiving the set of data signals described herein, and translating the set of data signals into a copy of the computer program fixed in at least one computer-readable medium. In either case, the set of data signals can be transmitted/received using any type of communications link.

In still another embodiment, the invention provides a method of generating a device design system **110** for designing and/or a device fabrication system **114** for fabricating a semiconductor device as described herein. In this case, a computer system can be obtained (e.g., created, maintained, made available, etc.) and one or more components for performing a process described herein can be obtained (e.g., created, purchased, used, modified, etc.) and deployed to the computer system. To this extent, the deployment can comprise one or more of: (1) installing program code on a computing device; (2) adding one or more computing and/or I/O devices to the computer system; (3) incorporating and/or modifying the computer system to enable it to perform a process described herein; and/or the like.

The foregoing description of various aspects of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed, and obviously, many modifications and variations are possible. Such modifications and variations that may be apparent to an individual in the art are included within the scope of the invention as defined by the accompanying claims.

What is claimed is:

**1**. A device comprising:

a semiconductor structure; and

a first contact located on a surface of the semiconductor structure, wherein the first contact comprises at least two contact corners having a substantially lateral direction with respect to a surface of the semiconductor structure and a substantially perpendicular direction with respect to the surface of the semiconductor structure, wherein the at least two contact corners have a lateral profiled shape along the substantially lateral direction and at least one edge having a perpendicular profiled shape along the substantially perpendicular direction, wherein the lateral profiled shape of each of the at least two contact corners provides a gradual transition between a first edge and a second edge forming the corresponding contact corner and the perpendicular profiled shape provides a non-planar transition from the surface of the semiconductor structure to a top surface of the first contact.

**2**. The device of claim **1**, wherein the lateral profiled shape is configured to provide an electric field at each of the at least two contact corners less than a critical electric field corresponding to a maximum operating voltage of the device.

**3**. The device of claim **1**, wherein the perpendicular profiled shape is configured to provide an electric field at the at least one edge less than a critical electric field corresponding to a maximum operating voltage of the device.

**4**. The device of claim **1**, wherein the lateral profiled shape comprises one of a rounded or a beveled shape.

US 8,552,562 B2

**9**                                                                                         **10**

**5**. The device of claim **1**, wherein the perpendicular profiled shape includes a plurality of steps.

**6**. The device of claim **5**, wherein the plurality of steps includes:

a first set of steps configured to reduce a peak electric field below the surface of the semiconductor structure; and

a second set of steps configured to reduce a peak electric field above the surface of the semiconductor structure.

**7**. The device of claim **1**, further comprising a second contact located on the semiconductor structure adjacent to the first contact, wherein the second contact comprises at least two contact corners having a lateral profiled shape in a direction substantially parallel with respect to a surface of the semiconductor structure and at least one edge between the at least two contact corners comprising a perpendicular profiled shape in a direction substantially perpendicular to the surface of the semiconductor structure.

**8**. The device of claim **7**, wherein the at least one edge of the first contact and the at least one edge of the second contact comprise facing sides of the first contact and the second contact.

**9**. The device of claim **1**, wherein the semiconductor structure comprises one of: a silicon-based semiconductor structure, a group-III nitride-based heterostructure, or a group-III arsenic-based heterostructure.

**10**. The device of claim **1**, wherein the device is configured to operate as one of: a field effect transistor, a Schottky diode, a junction diode, or a bipolar transistor.

**11**. A method comprising:

designing a semiconductor device using a computer system including at least one computing device, the designing including configuring a shape of a first contact located on a surface of a semiconductor structure of the device using the computer system, wherein the first contact comprises at least two contact corners having a substantially lateral direction with respect to a surface of the semiconductor structure and a substantially perpendicular direction with respect to the surface of the semiconductor structure, and wherein the configuring includes:

defining a lateral profiled shape for the at least two contact corners of the first contact along the substantially lateral direction, wherein the lateral profiled shape of each of the at least two contact corners provides a gradual transition between a first edge and a second edge forming the corresponding contact corner; and

defining a perpendicular profiled shape for the at least one edge of the first contact, wherein the perpendicular profiled shape provides a non-planar transition from the surface of the semiconductor structure to a top surface of the first contact.

**12**. The method of claim **11**, wherein the lateral profiled shape comprises one of a rounded or a beveled shape.

**13**. The method of claim **11**, wherein the perpendicular profiled shape includes a plurality of steps, the plurality of steps including:

a first set of steps configured to reduce a peak electric field below the surface of the semiconductor structure; and

a second set of steps configured to reduce a peak electric field above the surface of the semiconductor structure.

**14**. The method of claim **11**, the designing further including configuring a shape of a second contact to the semiconductor structure of the device located on the semiconductor structure adjacent to the first contact, wherein the second contact comprises at least two contact corners having a lateral profiled shape in a direction substantially parallel with respect to a surface of the semiconductor structure and at least one edge between the at least two contact corners comprising a perpendicular profiled shape in a direction substantially perpendicular to the surface of the semiconductor structure, and wherein the at least one edge of the first contact and the at least one edge of the second contact comprise facing sides of the first contact and the second contact.

**15**. The method of claim **11**, further comprising fabricating the semiconductor device, wherein the fabricating includes forming the first contact on the surface of the semiconductor structure.

**16**. The method of claim **15**, wherein the forming includes profiling the at least two contact corners and the at least one edge of the first contact in substantially parallel and substantially perpendicular directions with respect to the surface of the semiconductor structure.

**17**. A system comprising:

a computer system including at least one computing device, wherein the computer system is configured to implement a method comprising:

designing a semiconductor device, the designing including configuring a shape of a first contact located on a surface of a semiconductor structure of the device, wherein the first contact comprises at least two contact corners having a substantially lateral direction with respect to a surface of the semiconductor structure and a substantially perpendicular direction with respect to the surface of the semiconductor structure, and wherein the configuring includes:

defining a lateral profiled shape for the at least two contact corners of the first contact along the substantially lateral direction, wherein the lateral profiled shape of each of the at least two contact corners provides a gradual transition between a first edge and a second edge forming the corresponding contact corner; and

defining a perpendicular profiled shape for the at least one edge of the first contact, wherein the perpendicular profiled shape provides a non-planar transition from the surface of the semiconductor structure to a top surface of the first contact.

**18**. The system of claim **17**, further comprising a device fabrication system configured to fabricate the semiconductor device, wherein the fabricating includes:

forming the semiconductor structure; and

forming the first contact on the surface of the semiconductor structure.

**19**. The system of claim **18**, wherein the forming the first contact includes profiling the at least two contact corners and the at least one edge of the first contact in substantially parallel and substantially perpendicular directions with respect to the surface of the semiconductor structure.

**20**. The system of claim **18**, further comprising a circuit fabrication system configured to configured to fabricate a circuit including the semiconductor device.

* * * * *

# EXHIBIT 4

## U.S. PATENT NO. 9,966,496

US009966496B2

US 9,966,496 B2

(12) **United States Patent**
Shatalov et al.

(10) Patent No.: **US 9,966,496 B2**
(45) Date of Patent: ***May 8, 2018**

(54) **LIGHT EMITTING HETEROSTRUCTURE WITH PARTIALLY RELAXED SEMICONDUCTOR LAYER**

(71) Applicant: **Sensor Electronic Technology, Inc.**, Columbia, SC (US)

(72) Inventors: **Maxim S. Shatalov**, Columbia, SC (US); **Alexander Dobrinsky**, Loudonville, NY (US); **Michael Shur**, Latham, NY (US); **Remigijus Gaska**, Columbia, SC (US)

(73) Assignee: **Sensor Electronic Technology, Inc.**, Columbia, SC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days. days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/096,802**

(22) Filed: **Apr. 12, 2016**

(65) **Prior Publication Data**
US 2016/0225941 A1      Aug. 4, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/150,930, filed on Jan. 9, 2014, now Pat. No. 9,312,428.
(Continued)

(51) **Int. Cl.**
*H01L 33/00* (2010.01)
*H01L 33/02* (2010.01)
(Continued)

(52) **U.S. Cl.**
CPC ........ *H01L 33/0025* (2013.01); *H01L 33/007* (2013.01); *H01L 33/02* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ....... H01L 33/30; H01L 33/007; H01L 33/12; H01L 33/14; H01L 33/02; H01L 33/0025
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,306,924 A 4/1994 Usami et al.
7,312,474 B2 12/2007 Emerson et al.
(Continued)

FOREIGN PATENT DOCUMENTS

JP       2008091754      4/2008
KR    1020100010363      2/2012
KR    1020120111364    * 10/2012

OTHER PUBLICATIONS

Acord, J., et al., "In situ stress measurements during MOCVD growth of AlGaN on SiC," Journal of Crystal Growth, 2004, 7 pages, vol. 272.
(Continued)

*Primary Examiner* — Benjamin Sandvik
*Assistant Examiner* — Farid Khan
(74) *Attorney, Agent, or Firm* — LaBatt, LLC

(57) **ABSTRACT**

A light emitting heterostructure including a partially relaxed semiconductor layer is provided. The partially relaxed semiconductor layer can be included as a sublayer of a contact semiconductor layer of the light emitting heterostructure. A dislocation blocking structure also can be included adjacent to the partially relaxed semiconductor layer.

**20 Claims, 15 Drawing Sheets**



## US 9,966,496 B2

Page 2

### Related U.S. Application Data

(60) Provisional application No. 61/750,432, filed on Jan. 9, 2013.

(51) **Int. Cl.**

| | |
|---|---|
| ***H01L 33/12*** | (2010.01) |
| ***H01L 33/14*** | (2010.01) |
| ***H01L 33/30*** | (2010.01) |
| *H01S 5/02* | (2006.01) |
| *H01S 5/323* | (2006.01) |

(52) **U.S. Cl.**

CPC ............. ***H01L 33/12*** (2013.01); ***H01L 33/14*** (2013.01); ***H01L 33/30*** (2013.01); *H01L 2933/0033* (2013.01); *H01S 5/021* (2013.01); *H01S 5/0213* (2013.01); *H01S 5/32341* (2013.01); *H01S 2301/173* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,811,847 | B2 | 10/2010 | Hirayama et al. |
| 7,888,154 | B2 | 2/2011 | Hirayama et al. |
| 8,080,833 | B2 | 12/2011 | Grandusky et al. |
| 2006/0160345 | A1 | 7/2006 | Liu et al. |
| 2007/0181869 | A1 | 8/2007 | Gaska et al. |
| 2009/0239357 | A1 | 9/2009 | Amano et al. |
| 2010/0019258 | A1 | 1/2010 | Kang et al. |
| 2010/0187496 | A1* | 7/2010 | Yan .......................... H01L 33/32 257/13 |
| 2010/0264460 | A1 | 10/2010 | Grandusky et al. |
| 2011/0266520 | A1 | 11/2011 | Shur et al. |
| 2011/0284890 | A1* | 11/2011 | Kim ........................ H01L 33/12 257/94 |
| 2011/0303891 | A1* | 12/2011 | Chua ..................... B82Y 20/00 257/13 |
| 2012/0056156 | A1* | 3/2012 | Kikuchi .................. H01L 33/04 257/13 |
| 2012/0100650 | A1* | 4/2012 | Speck ..................... B82Y 20/00 438/31 |
| 2013/0193480 | A1 | 8/2013 | Sun et al. |
| 2013/0259080 | A1* | 10/2013 | Ohta ....................... B82Y 20/00 372/45.01 |
| 2014/0191261 | A1 | 7/2014 | Shatalov et al. |
| 2014/0231745 | A1* | 8/2014 | Northrup ............. H01S 5/0421 257/13 |

#### OTHER PUBLICATIONS

Bai J, et al., "Reduction of threading dislocation densities in AlN sapphire epilayers driven by growth mode modification," Applied Physics Letters, 2006, 4 pages, vol. 88.

Chen, Z., et al., "Improvement of AlN Film Quality by Controlling the Coalescence of Nucleation Islands in Plasma-Assisted Molecular Beam Epitaxy," Chinese Phys. Lett., 2010, 4 pages, vol. 27, No. 5.

Dimitrakopulos, GP, et al., "Strain accommodation and interfacial structure of AlN interlayers in GaN," Cryst. Res. Technol., 2009, 11 pages, vol. 10.

Dridi, Z., et al. "First-principles investigation of lattice constants and bowing parameters in wurtzite AlxGa(1-x)N, InxGa(1-x)N and InxAl(1-x)N alloys," Semicond. Sci. Technol., 2003, 7 pages, vol. 18.

Figge, S., et al., "In situ and ex situ evaluation of the film coalescence for GaN growth on GaN nucleation layers," Journal of Crystal Growth, 2000, 5 pages, vol. 221.

Haeberlen, M., et al., "Dislocation reduction in MOVPE grown GaN layers on (111)Si using SiNx and AlGaN layers," Journal of Physics: Conference Series, 2010, 5 pages.

Hirayama, H., et al., "231-261 nm AlGaN deep-ultraviolet light-emitting diodes fabricated on AlN multilayer buffers grown by ammonia pulse-flow method on sapphire," Applied Physics Letters, 2007, 3 pages, vol. 91.

Hirayama, H., "2007 Research Performance Report," machine translation of http://kaken.nii.ac.jp/d/p/18069014/2007/3/ja.ja.html, printed Nov. 6, 2014, 1 page.

Hsu, K-Y, et al., "Growth and Characteristics of Self-Assembly Defect-Free GaN Surface Islands by Molecular Beam Epitaxy," Journal of Nanoscience Nanotechnology, 2011, 1 page, vol. 11, No. 4 (Abstract Only).

Imura, M., et al., "High-Temperature Metal-Organic Vapor Phase Epitaxial Growth of AlN on Sapphire by Multi Transition Growth Mode Method Varying V/III Ratio," Japanese Journal of Applied Physics, 2006, 6 pages, vol. 45, No. 11.

Jie, Z, et al., "Growth of Highly Conductive n-Type Al 0.7 Ga 0.3 N Film by Using AlN Buffer with Periodical Variation of V/III Ratio," Chinese Physics Letters, 2008, 5 pages, vol. 25, No. 12.

Mitrofanov, O., et al., "High quality UV AlGaN/AlGaN distributed Bragg reflectors and microcavities," Proceedings of SPIE, 2007, 5 pages, vol. 6473.

Morkoç, H., "Handbook of Nitride Semiconductors and Devices," Weinheim: WILEY-VCH, 2008, 13 pages, vol. 2 , Materials Properties, Physics and Growth.

Morkoç, H., "Handbook of Nitride Semiconductors and Devices," Weinheim: WILEY-VCH, 2008, 9 pages, vol. 3, Materials Properties, Physics and Growth.

Nishinaga, T., et al., "Epixtaxial Lateral Overgrowth of GaAs by LPE," Japanese Journal of Applied Physics, 1988, 5 pages, vol. 27, No. 6.

Ohba, Y., et al., "Growth of AlN on sapphire substrates by using a thin AlN buffer layer grown two-dimensionally at a very low V/III ratio," Journal of Crystal Growth, 2000, 4 pages, vol. 221.

Okada, N., et al., "Growth of high-quality and crack free AlN layers on sapphire substrate by multi-growth mode modification," Journal of Crystal Growth, 2007, 5 pages, vol. 298.

Ponchet, A., et al., "Lateral modulations in zeronetstrained GaInAsP multilayers grown by gas source molecular-beam epitaxy," Journal of Applied Physics, 1993, 6 pages, vol. 74.

Reentila, O., et al., "Effect of the AlN nucleation layer growth on AlN material quality," Journal of Crystal Growth, 2008, 3 pages, vol. 310.

Sang, L.W., et al., "Reduction in threading dislocation densities in AlN epilayer by introducing a pulsed atomic-layer epitaxial buffer layer," Applied Physics Letters, 2008, 4 pages, vol. 93.

Yamaguchi, S., et al., "Control of strain in GaN by a combination of H[sub 2] and N[sub 2] carrier gases," Journal of Applied Physics, Jun. 15, 2001, 6 pages, vol. 89, No. 12.

Yamaguchi, S., et al., "Metalorganic vapor phase epitaxy growth of crack-free AlN on GaN and its application to high-mobility AlN/GaN superlattices," Applied Physics Letters, 2001, 4 pages, vol. 79, No. 19.

Yoshikawa, A., et al., "A New "Three-Step Method" for High Quality MOVPE Growth of III-Nitrides on Sapphire," Phys. Stat. Sol. (a), Jul. 12, 2001, 4 pages, vol. 188, No. 2.

Zhang, J.P., et al., "Crack-free thick AlGaN grown on sapphire using AlN/AlGaN superlattices for strain management," Applied Physics Letters, May 13, 2002, 4 pages, vol. 80, No. 19.

Zhang, J., et al. "Pulsed atomic layer epitaxy of quaternary AlInGaN layers," Applied Physics Letters, Aug. 13, 2001, 4 pages, vol. 79, No. 7.

Khan, F., U.S. Appl. No. 14/150,930, Notice of Allowance, dated Dec. 4, 2015, 26 pages.

Khan, F., U.S. Appl. No. 14/150,930, Non-Final Office Action 1, dated Jul. 20, 2015, 19 pages.

Park, H., International Application No. PCT/US2014/010770, International Search Report and Written Opinion, dated May 8, 2014, 12 pages.

Khan, F., U.S. Appl. No. 15/387,575, Office Action1, dated Sep. 11, 2017, 14 pages.

Khan, F., U.S. Appl. No. 15/387,575, Notice of Allowance, Jan. 5, 2018, 13 pages.

* cited by examiner

U.S. Patent

May 8, 2018

Sheet 1 of 15

US 9,966,496 B2

**FIG. 1A**
*Prior Art*

2A

2B

2C

2D

**FIG. 1C**
*Prior Art*

| Continuous flow AlN (1.3 μm) |
| NH₃ pulse flow AlN (0.3 μm) |
| Continuous flow AlN (1.3 μm) |
| NH₃ pulse flow AlN (0.3 μm) |

Multilayer
(ML)-AlN
Buffer

Nucleation AlN layer

Sapphire (0001) Substrate

**FIG. 1B**
*Prior Art*

TMAl

NH₃

| 5s |3s| 5s |3s| 5s |

**FIG. 1D**
*Prior Art*

3A   3B   3C

4



FIG. 2



**FIG. 3**



**FIG. 4**
*Prior Art*



*FIG. 5*



*FIG. 6*



*FIG. 7*



FIG. 8

U.S. Patent

May 8, 2018

Sheet 9 of 15

US 9,966,496 B2

**FIG. 9A**

116A

| Tensile Layer | 136C |
| Compressive Layer | 134C |
| Tensile Layer | 136B |
| Compressive Layer | 134B |
| Tensile Layer | 136A |
| Compressive Layer | 134A |

**FIG. 9B**

116B

| Compressive Layer | 134C |
| Tensile Layer | 136C |
| Compressive Layer | 134B |
| Tensile Layer | 136B |
| Compressive Layer | 134A |
| Tensile Layer | 136A |



U.S. Patent

May 8, 2018

Sheet 11 of 15

US 9,966,496 B2

**FIG. 11A**



**FIG. 11B**









*FIG. 13*

U.S. Patent

May 8, 2018

Sheet 14 of 15

US 9,966,496 B2

## FIG. 14



12D

28

14

60

16D

partially relaxed contact semiconductor layer          22B

22A

# FIG. 15



US 9,966,496 B2

1

# LIGHT EMITTING HETEROSTRUCTURE WITH PARTIALLY RELAXED SEMICONDUCTOR LAYER

## REFERENCE TO RELATED APPLICATIONS

The current application is a continuation of U.S. patent application Ser. No. 14/150,930, filed on 9 Jan. 2014, which claims the benefit of U.S. Provisional Application No. 61/750,432, filed on 9 Jan. 2013, each of which is hereby incorporated by reference. Aspects of the invention are related to U.S. patent application Ser. No. 13/692,191, which was filed on 3 Dec. 2012, and which is hereby incorporated by reference.

## TECHNICAL FIELD

The disclosure relates generally to light emitting heterostructures, and more particularly, to inclusion of one or more partially relaxed semiconductor layers in a light emitting heterostructure.

## BACKGROUND ART

For light emitting devices, such as light emitting diodes (LEDs) and especially deep ultraviolet LEDs (DUV LEDs), minimizing a dislocation density and a number of cracks in the semiconductor layers increases the efficiency of the device. To this extent, several approaches have sought to grow low-defect semiconductor layers on patterned substrates. These approaches typically rely on reducing stresses present in epitaxially grown semiconductor layers.

For example, one approach to reduce stress accumulation in an epitaxially grown layer relies on patterning the underlying substrate using microchannel epitaxy (MCE). Using MCE, a narrow channel is used as a nucleation center containing low defect information from the substrate. An opening in a mask acts as a microchannel, which transfers crystal information to the overgrown layer, while the mask prevents dislocations from transferring to the overgrown layer.

Other approaches rely on epitaxially growing a group III nitride based semiconductor superlattice. The superlattice structure mitigates the strain difference between an aluminum nitride (AlN)/sapphire template and the subsequent thick $Al_xGa_{1-x}N$ (where $0 \leq x \leq 1$) layers. For devices such as DUV LEDs, thick AlGaN epitaxial layers (e.g., of the order of a few micrometers) are desirable to reduce current crowding. Using a superlattice approach, an AlN/AlGaN superlattice was grown to reduce biaxial tensile strain and a 3.0-$\mu$m-thick $Al_{0.2}Ga_{0.8}N$ was grown on sapphire without any cracks. Similarly, a superlattice structure shown in FIG. 1A can comprise a periodic structure with each element 2A-2D composed of alternating sublayers of semiconductor materials with different polarizations and different accumulated stresses in the sublayers. Such a superlattice can be used to minimize the dislocation density due to varying stresses in the sublayers of the superlattice elements.

While the superlattice approaches allow some control of tensile and compressive stresses in epitaxially grown nitride semiconductor layers, the approaches do not enable epitaxial growth of nitride based semiconductor layers with uniform composition. To grow such layers, variation of nitrogen and aluminum vacancies has been explored. For example, a migration enhanced metalorganic chemical vapor deposition epitaxial growth technique (with an $NH_3$ pulse-flow) can be used to grow high-quality AlN layers. Variation of growth

2

modes can be used to reduce threading dislocations. Additionally, FIGS. 1B and 1C illustrate another approach for fabricating AlN multilayer buffers according to the prior art. In this case, a pulsing $NH_3$ gas flow rate is used to control crack propagation and threading dislocations in the semiconductor layers. FIG. 1B shows the gas flow sequence used for $NH_3$ pulse-flow growth, while FIG. 1C shows a schematic structure of the AlN buffer. In a first step, an AlN nucleation layer and an initial AlN layer are deposited using $NH_3$ pulse-flow growth. A low threading dislocation density was achieved by a coalescence process of the AlN nucleation layer. For example, as observed from a cross-sectional transmission electron microscope (TEM) image, edge-type and screw-type dislocation densities of an AlGaN layer on an AlN buffer layer were reported as $3.2 \times 10^9$ and $3.5 \times 10^8$ $cm^{-2}$, respectively.

In another approach disclosed in U.S. Pat. No. 8,080,833, relaxation of some semiconductor layers has been proposed. In particular, this approach seeks to relax the p-type contact layer due to a high GaN content, and therefore a high lattice mismatch. FIG. 1D shows the proposed schematics of the layer, where defects 3A-3C are shown within the relaxed p-type cap layer 4.

## SUMMARY OF THE INVENTION

Aspects of the invention provide a light emitting heterostructure including a partially relaxed semiconductor layer. The partially relaxed semiconductor layer can be included as a sublayer of a contact semiconductor layer of the light emitting heterostructure. A dislocation blocking structure also can be included adjacent to the partially relaxed semiconductor layer. The heterostructure can result in fewer defects present in a light generating structure of the heterostructure.

A first aspect of the invention provides a heterostructure comprising: a light generating structure having a first side and a second side; a n-type contact semiconductor layer located on the first side of the light generating structure; and a p-type contact semiconductor layer located on the second side of the light generating structure, wherein at least one of the contact semiconductor layers includes an embedded partially relaxed sublayer.

A second aspect of the invention provides a device comprising: a mesa structure including: a light generating structure having a first side and a second side; a n-type contact semiconductor layer located on the first side of the light generating structure; and a p-type contact semiconductor layer located on the second side of the light generating structure, wherein at least one of the contact semiconductor layers includes an embedded partially relaxed sublayer.

A third aspect of the invention provides a method comprising: forming a heterostructure, the heterostructure comprising: a light generating structure having a first side and a second side; a n-type contact semiconductor layer located on the first side of the light generating structure; and a p-type contact semiconductor layer located on the second side of the light generating structure, wherein at least one of the contact semiconductor layers includes an embedded partially relaxed sublayer.

The illustrative aspects of the invention are designed to solve one or more of the problems herein described and/or one or more other problems not discussed.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features of the disclosure will be more readily understood from the following detailed description

3

of the various aspects of the invention taken in conjunction with the accompanying drawings that depict various aspects of the invention.

FIGS. **1**A-**1**D show approaches for reducing dislocation density according to the prior art.

FIG. **2** shows illustrative plots of the lattice constants a and c as a function of the V/III ratio for a group III nitride layer according to an embodiment.

FIG. **3** shows illustrative plots of stress and strain as a function of the V/III ratio for a group III nitride layer according to an embodiment.

FIG. **4** shows illustrative plots of predicted critical thickness and pseudomorphic strain of a layer grown on an AlN buffer as a function of aluminum concentration in the layer according to the prior art.

FIG. **5** shows a schematic of an illustrative light emitting heterostructure according to an embodiment.

FIG. **6** shows a schematic of an illustrative light emitting device including an alternative light emitting heterostructure according to an embodiment.

FIG. **7** shows a schematic structure of an illustrative light emitting heterostructure according to an embodiment.

FIG. **8** shows a schematic illustration of the dislocation blocking according to an embodiment.

FIGS. **9**A and **9**B show schematics of illustrative dislocation blocking structures according to embodiments.

FIGS. **10**A and **10**B show illustrative patterns of a surface of a compressive layer with a tensile layer grown thereon according to embodiments.

FIGS. **11**A and **11**B show illustrative patterning arrangements according to embodiments.

FIGS. **12**A and **12**B illustrate lattice mismatch between two lattices according to an embodiment.

FIG. **13** shows an illustrative structure including N pseudophically grown semiconductor layers having different lattice constants according to an embodiment.

FIG. **14** shows a schematic structure of an illustrative light emitting heterostructure according to an embodiment.

FIG. **15** shows an illustrative flow diagram for fabricating a circuit according to an embodiment.

It is noted that the drawings may not be to scale. The drawings are intended to depict only typical aspects of the invention, and therefore should not be considered as limiting the scope of the invention. In the drawings, like numbering represents like elements between the drawings.

## DETAILED DESCRIPTION OF THE INVENTION

As indicated above, aspects of the invention provide a light emitting heterostructure including a partially relaxed semiconductor layer. The partially relaxed semiconductor layer can be included as a sublayer of a contact semiconductor layer of the light emitting heterostructure. A dislocation blocking structure also can be included adjacent to the partially relaxed semiconductor layer. The heterostructure can result in fewer defects, such as cracks and threading dislocations, present in a light generating structure of the heterostructure. As used herein, unless otherwise noted, the term "set" means one or more (i.e., at least one) and the phrase "any solution" means any now known or later developed solution. As also used herein, a material/structure is considered to be "reflective" to radiation of a particular wavelength when the material/structure has a reflection coefficient of at least thirty percent for the radiation of the particular wavelength. In a more particular embodiment, a highly reflective material/structure has a reflection coeffi-

4

cient of at least eighty percent. Furthermore, a material/structure is considered to be "transparent" to radiation of a particular wavelength when the material/structure allows a significant amount of the radiation to pass there through. In an embodiment, the transparent structure is formed of a material and has a thickness, which allows at least ten percent of the radiation to pass there through.

Aspects of the invention are directed to the growth of semiconductor layers. In an embodiment, the semiconductor layers are formed of elements selected from the group III-V materials system. In a more particular embodiment, the semiconductor layers are formed of group III nitride materials. Group III nitride materials comprise one or more group III elements (e.g., boron (B), aluminum (Al), gallium (Ga), and indium (In)) and nitrogen (N), such that $B_W Al_X Ga_Y In_Z N$, where $0 \le W, X, Y, Z \le 1$, and $W+X+Y+Z=1$. Illustrative group III nitride materials include AlN, GaN, InN, BN, AlGaN, AlInN, AlBN, AlGaInN, AlGaBN, AlInBN, and AlGaInBN with any molar fraction of group III elements.

The layer(s) grown as described herein can be implemented as part of any type of semiconductor device. In an embodiment, the semiconductor device is an emitting device. In a more particular embodiment, the emitting device is configured to operate as a light emitting diode (LED), such as a conventional or super luminescent LED. Similarly, the emitting device can be configured to operate as a laser, such as a laser diode (LD). In another embodiment, the semiconductor device is configured to operate as a photodetector, photomultiplier, and/or the like. Regardless, electromagnetic radiation emitted or detected by the device can comprise a peak wavelength within any range of wavelengths, including visible light, ultraviolet radiation, deep ultraviolet radiation, infrared light, and/or the like. In a more specific embodiment, the device is a deep ultraviolet light emitting diode (DUV LED). For such a device, the transparency of the semiconductor layers to ultraviolet radiation significantly affects the efficiency with which the device operates. To this extent, stress relieving and/or dislocation stopping layers as described herein can be combined with high transparency layers to improve the overall efficiency of the device, e.g., by reducing dislocations and improving transmittance of the transparent semiconductor layers.

Aspects of the invention utilize an ability to selectively grow a layer exhibiting either tensile or compressive residual stress depending on the deposition conditions. For example, a change in a set of the deposition conditions for growing an aluminum nitride (AlN) epitaxial layer on a foreign substrate can result in the layer exhibiting either tensile or compressive residual stress. In an embodiment, the set of deposition conditions includes a molar ratio of group V precursors to group III precursors (V/III ratio), which can be altered during the growth of a group III-V semiconductor layer. Control of the V/III ratio affects an overall lattice constant of the layer due to incorporation of localized point defects through the layer.

Whether a layer experiences tensile or compressive stress also can depend on the lattice constant of the layer as compared with the lattice constant of each adjacent layer. For example, a first AlN layer with a lattice constant of 3.110 Angstroms grown on a second AlN layer with a lattice constant of 3.108 Angstroms experiences compressive stresses, while the second AlN layer experiences tensile stresses. To this extent, the V/III ratio, or another growth characteristic of a semiconductor layer, may not determine whether or not the layer experiences tensile or compressive stress by itself. In contrast, the growth and/or lattice param-

US 9,966,496 B2

5

eters of adjacent layer(s) may be required to evaluate the stresses present in a given layer.

Unless specified otherwise, a "tensile layer" is a layer experiencing tensile stress, and a "compressive layer" is a layer experiencing compressive stress. Throughout the text, these are also referred to as layers with tensile or compressive stress correspondingly. Additionally, a layer may experience compressive stress at one region (e.g., the bottom) of the layer and tensile stress at another region (e.g., the top) of the layer. In this case, such a layer is referred as a "mixed stress layer." In general, a "mixed stress layer" is a layer where a sign of the stress changes throughout the layer, in different portions of the layer, and/or the like. It is understood that while a target compressive stress is primarily used to describe illustrative aspects of the invention, it is understood that the target stress can be tensile.

Additional aspects of the invention are shown and described with respect to a default AlN layer grown with a V/III ratio of 1750. Such a layer comprises a lattice constant a of approximately 3.112 Angstroms and a lattice constant c of approximately 4.982 Angstroms (Å). To this extent, FIG. 2 shows illustrative plots of the lattice constants a and c as a function of the V/III ratio for a group III nitride layer according to an embodiment. The different lattice constants can result in the layer exerting different tensile and compressive properties when grown adjacent to the default AlN layer. For example, for a group III nitride layer grown using a low V/III ratio (e.g., less than approximately 1750), the lattice constant a for the group III nitride layer is slightly larger than the lattice constant a for the default AlN layer. The difference in the lattice constants a results in the group III nitride layer exerting different tensile stresses on the adjacent default AlN layer. For a group III nitride layer grown using a high V/III ratio (e.g., greater than approximately 1750), the lattice constant a for the group III nitride layer is slightly smaller than the lattice constant a for the default AlN layer, which results in compressive stresses being exerted by the group III nitride layer on the adjacent default AlN layer. Similarly, the influence of the V/III ratio on the lattice constant c is illustrated. Only small values of the V/III ratio result in a significant reduction of the lattice constant c.

FIG. 3 shows illustrative plots of stress and strain as a function of the V/III ratio for a group III nitride layer according to an embodiment. The point of zero strain is chosen to coincide with the default AlN layer having a lattice constant a of 3.112 Å, which is presumed to be adjacent to the group III nitride layer. All the strains and stresses shown in FIG. 3 are calculated relative to this growth condition. As illustrated, the strain and tensile stresses exerted on the default AlN layer by the group III nitride layer reduce as the V/III ratio is increased, eventually switching from tensile to compressive stress. To this extent, a group III nitride layer grown adjacent to the default AlN layer under a low V/III ratio (e.g., less than approximately 1750) is in compressive stress, while a group III nitride layer grown adjacent to the default AlN layer with a high V/III ratio (e.g., above approximately 1750) is in tensile stress. As further illustrated, only small changes in the strain of the AlN layer are produced by modulating the V/III ratio.

As used herein, a semiconductor layer is strained when a lattice constant (typically the in plane lattice constant a) for the semiconductor material forming the semiconductor layer differs from a lattice constant for the same semiconductor material that is experiencing no compressive, tensile, or shear forces. Strain values can be as little as a few hundredth of a percent and already produce high stresses in the semiconductor layer. The unstrained semiconductor material

6

is defined as fully relaxed. Typically, semiconductor layers are epitaxially grown over a substrate or over other semiconductor layers, which may or may not have the same lattice constant as the epitaxially grown layer subject to semiconductor layer composition and growth condition. A semiconductor layer is said to be grown pseudomorphically when its lattice constant is the same as the lattice constant of the underlying semiconductor layer. For a semiconductor layer under stress, it can be energetically favorable to develop dislocation(s) that can partially relax the layer and reduce stresses in the layer. The development of dislocations to reduce stresses in the layer is defined as relaxation process. As used herein, a layer is partially relaxed when the stresses in the layer are reduced by a few hundredth of a percent due to relaxation process. It is understood that the relaxation of a semiconductor layer can be continuous throughout the layer. For example, the layer may not be relaxed at one side and partially relaxed at the other side due to presence of dislocations in the layer. In this case, the lattice constant may change through the layer thickness. Depending on the growth conditions and neighboring layer, the layer can be fully relaxed at one side.

Partial relaxation in a semiconductor layer also can be induced when a thickness of the semiconductor layer exceeds a critical thickness where strain relaxation begins through nucleation and/or motion of threading dislocations. In general, a semiconductor film having a large lattice mismatch, where the lattice mismatch is defined as $(a_0 - a_e)/a_e$, where $a_0$—is the lattice constant of the underlying semiconductor layer and $a_e$—is the lattice constant of the epitaxially grown layer with an underlying semiconductor layer, will exhibit relaxation at a thickness greater than tens of nanometers. A predicted critical thickness can be calculated using any solution. For example, FIG. 4 shows illustrative plots of predicted critical thickness and pseudomorphic strain of a layer grown on an AlN buffer as a function of aluminum concentration in the layer according to the prior art. The predictions are based on the Matthews-Blakeslee theory, according to which a layer starts to partially relax as a thickness of the layer is increased beyond a critical thickness predicted by the theory. Frequently, the Matthews-Blakeslee theory results in a low estimate, and the relaxation only happens for layers that are substantially thicker than the one predicted by the theory.

FIG. 5 shows a schematic of an illustrative light emitting heterostructure 12A according to an embodiment. The light emitting heterostructure 12A includes a light generating structure 14, an adjacent p-type dislocation blocking structure 16A, and a partially relaxed p-type contact semiconductor layer 18. FIG. 6 shows a schematic of an illustrative light emitting device 10 including an alternative light emitting heterostructure 12B according to an embodiment. In this case, the light emitting heterostructure 12B includes a light generating structure 14, an adjacent n-type dislocation blocking structure 16B, and a n-type contact semiconductor layer 22B. In the light emitting heterostructure 12A, the dislocation blocking structure 16A can be configured to prevent dislocations present in the partially relaxed contact semiconductor layer 18 from propagating into the light generating structure 14. Similarly, in the light emitting heterostructure 12B, the dislocation blocking structure 16B can be configured to prevent dislocations present in the n-type contact semiconductor layer 22B from propagating into the light generating structure 14.

In each case, the light generating structure 14 can be formed using any solution, e.g., a series of alternating quantum wells and barriers. Furthermore, the dislocation

7

blocking structure 16A, 16B can include a plurality of semiconductor layers formed using a set of epitaxial growth periods. During each epitaxial growth period, a first semiconductor layer having one of: a tensile stress or a compressive stress is grown followed by growth of a second semiconductor layer having the other of: the tensile stress or the compressive stress directly on the first semiconductor layer. While not shown for clarity, it is understood that an embodiment can include a light generating structure 14 with both p-type and n-type dislocation blocking structures 16A, 16B located on opposing sides of the light generating structure 14.

Returning to FIG. 5, in an embodiment, the partially relaxed p-type layer 18 is formed using a three-dimensional growth technique, which can facilitate the formation of dislocations, e.g., due to a large lattice mismatch between the material of the partially relaxed p-type contact semiconductor layer 18 and the layers of the dislocation blocking structure 16A. For example, the partially relaxed p-type contact semiconductor layer 18 can be grown using a set of growth conditions that result in an initial formation of islands of the material for the partially relaxed p-type contact semiconductor layer 18 at the interface 20. Illustrative growth conditions to induce formation of the islands include a high growth temperature, a high growth rate, and/or the like. During subsequent growth of the partially relaxed p-type contact semiconductor layer 18, the islands coalesce and form a dislocation rich layer 18 with dislocations present at the island boundaries. Furthermore, the partially relaxed p-type contact semiconductor layer 18 can be grown to a thickness greater than a thickness predicted by the Matthews-Blakeslee theory to further relax the layer 18.

Returning to FIG. 6, the light emitting heterostructure 12B is shown included in a mesa structure, which is located over a structure including a substrate 24 which can be transparent to light, a buffer layer 26, and an n-type layer 22A. Additionally, the mesa structure is shown including a p-type contact semiconductor layer 28 located above the light emitting heterostructure 12B. The device 10 also includes n-type metal contacts 30 to the n-type layer 22A and a p-type metal contact 32 to the p-type contact semiconductor layer 28. Each of the various components of the device 10 can be formed using any solution. In an embodiment, the metal contacts 30, 32 have a reflectivity of at least fifty percent to radiation emitted by the light emitting heterostructure 12B normal to a surface of the metal contact 30, 32. In an embodiment, the p-type contact semiconductor layer 28 is transparent to the radiation emitted by the light emitting heterostructure 12B. It is understood that the light emitting heterostructure 12A (FIG. 5) can be included in a mesa structure of a light emitting device configured similar to the light emitting device 10.

FIG. 7 shows a schematic structure of an illustrative light emitting heterostructure 12C, which can be implemented as a mesa structure of a device 10 (FIG. 6), according to an embodiment. The heterostructure 12C includes an n-type contact semiconductor layer 22 adjacent to a first side of the light generating structure 14 and a p-type contact semiconductor layer 28 located on an opposing side of the light generating structure 14. A partially relaxed p-type contact semiconductor layer 18 and a dislocation blocking structure 16C are shown embedded in the p-type contact semiconductor layer 28. An electron blocking layer 29 is shown immediately adjacent to the light generating structure 14. In an embodiment, these layers are formed using epitaxial growth of semiconductor layers by varying growth conditions of such layers.

8

As described herein, the dislocation blocking structure includes alternating compressive and tensile layers, which can be obtained by varying the growth mode of the layers and/or the composition of the layers. Furthermore, similar to the partially relaxed contact semiconductor layer 18, one or more of the sublayers of a dislocation blocking structure can be partially relaxed. Partial relaxation can be measured in terms of lattice mismatch of the sublayer and the adjacent semiconductor layer. In a more particular embodiment, the light emitting device 10 and the light emitting heterostructures described herein comprise group III nitride based heterostructures. In this case, the partially relaxed layer 18 can comprise a gallium nitride (GaN) rich semiconductor layer. Partial relaxation of the layer 18 can be obtained via a lattice mismatch of at least a few tenths of a percent between the material of the layer 18 and the underlying layer, such as a top sublayer of an adjacent dislocation stopping layer. In a more particular embodiment, the lattice mismatch is at least one percent. A partially relaxed sublayer of a dislocation blocking structure can be obtained by having an aluminum molar content of the partially relaxed sublayer different from that of the adjacent semiconductor layer.

Additionally, the light generating structure 14 can comprise an active layer of alternating barriers and quantum wells comprising, for instance, an $Al_xGa_{1-x}N$ alloy, with composition of aluminum x in the barriers and quantum wells being selected depending on the target emitting wavelength for the light generating structure 14. For an ultraviolet light emitting device 10, the composition of aluminum in the barrier may be typically around 0.3-0.6 while the composition of aluminum in quantum wells may be typically 0.1-0.5. The electron blocking layer 29 typically can have a large (e.g., above 0.5) fraction of aluminum, whereas the dislocation blocking structure 16C can have a substantially lower aluminum molar fraction of about 0.3. Furthermore, in an embodiment, the dislocation blocking structure 16C can have a graded composition of aluminum with the molar fraction changing from the one of the electron blocking layer 29 to the one of the p-type partially relaxed layer 18. The n-type contact semiconductor layer 22 typically can have an aluminum molar fraction in the range of 0.3-0.6, depending on the requirements for the wavelength emitted by the device 10.

The substrate 24 can comprise any type of substrate 24. In an embodiment, the substrate is an insulating material, such as sapphire or silicon carbide (SiC). However, the substrate can comprise any suitable material, such as silicon (Si), a nitride substrate (e.g., AlN, GaN, BN, AlGaN, and/or the like), an oxide substrate (e.g., aluminum oxynitride, zinc oxide (ZnO), lithium gallate (LiGaO$_2$), lithium aluminate (LiAlO$_2$), magnesium aluminate (MgAl$_2$O$_4$), scandium magnesium aluminum oxide (ScMgAlO$_4$), and/or the like), and/or other related materials. The buffer layer 26 can provide a transition to accommodate a large lattice mismatch between the substrate 12 and the subsequent semiconductor layers. In an embodiment, the buffer layer 26 can comprise an $Al_xGa_{1-x}N/Al_yGa_{1-y}N$ superlattice, where $0 \le x$, $y \le 1$. Each superlattice layer can be, for example, up to several nanometers thick. In an embodiment, the layers with differing aluminum content (e.g., denoted by x and y) can have similar thicknesses. In an illustrative embodiment, the buffer layer 26 has a thickness in a range from nearly zero nanometers to approximately 2000 nanometers. In another embodiment, growth of the buffer layer 26 uses a growth temperature between approximately 500 and approximately

US 9,966,496 B2

9

1200 degrees Celsius and a growth rate between approximately 0.01 micrometers and approximately 10 micrometers per hour.

As described herein, the dislocation blocking structures 16A, 16B can be configured to prevent the propagation of dislocations into the light generating structure 14. To this extent, FIG. 8 shows a schematic illustration of the dislocation blocking according to an embodiment. In particular, the dislocation blocking structure 16A is shown located between the p-type contact semiconductor layer 18 and the light generating structure 14, which is located directly above an n-type contact semiconductor layer 22. As illustrated, the p-type contact semiconductor layer 18 can include various dislocations, e.g., as a result of lattice mismatch and/or a growth process utilized as described herein. However, the dislocation blocking structure 16A causes these dislocations to turn and annihilate and/or propagate to an edge prior to reaching the light generating structure 14 due to a dislocation bending mechanism of the dislocation blocking structure 16A.

FIGS. 9A and 9B show schematics of illustrative dislocation blocking structures 116A, 116B according to embodiments. Each dislocation blocking structure 116A, 116B is formed of a plurality of compressive layers 134A-134C alternating with a plurality of tensile layers 136A-136C. In the structure 116A, a compressive layer 134A is first grown, while in the structure 116B, a tensile layer 136A is first grown. While each dislocation blocking structure 116A, 116B is shown including three periods of epitaxial growth (e.g., each period including a compressive and a tensile layer), it is understood that a dislocation blocking structure can include any number of periods. In an embodiment, the stress changes abruptly between a compressive layer and the adjacent tensile layer. Alternatively, the stress can gradually change between adjacent layers (e.g., by growing layers having a graded tensile or compressive stress). Furthermore, the tensile and compressive stresses can be substantially constant between periods of the dislocation blocking structures 116A, 116B or can gradually change from period to period.

The growth of a dislocation blocking structure 116A, 116B, and the growth of the corresponding layers 134A-134C, 136A-136C forming the dislocation blocking structure 116A, 116B, can use any set of deposition conditions. For example, the set of deposition conditions for a layer 134A-134C, 136A-136C can include: a group III precursor flow rate between approximately 0.1 and approximately 200 micromoles per minute; a nitrogen precursor flow rate between approximately 100 and 10000 standard cubic centimeters per minute (SCCM); a pressure between approximately 1 and 760 Torr; a molar ratio of group V precursors to group III precursors (V/III ratio) between approximately 10 and approximately 1000; and a growth temperature between approximately 500 and approximately 1800 degrees Celsius. Furthermore, a layer 134A-134C, 136A-136C can be grown to a thickness that is greater than a critical thickness to avoid pseudomorphic growth. In an embodiment, each layer 134A-134C, 136A-136C has a thickness between approximately one nanometer and five micrometers.

As described herein, during the growth of a dislocation blocking structure 116A, 116B, one or more of a set of the deposition conditions for epitaxially growing a layer 134A-134C, 136A-136C can be changed to cause the resulting layer 134A-134C, 136A-136C to exhibit either tensile or compressive residual stress. For example, the growth of a compressive layer and the growth of a tensile layer can use

10

molar ratios of group V precursors to group III precursors that differ by at least ten percent. In an embodiment, a composition of the compressive layer differs from a composition of the tensile layer by no more than approximately five percent. For example, a fraction of aluminum in the tensile layer can differ from a fraction of aluminum in the compressive layer by no more than approximately five percent. Similarly, the compressive and tensile layers can have a lattice mismatch of at least 0.01% (e.g., the lattice constant of one layer can be different from the lattice constant of another layer by at least 0.0001 Angstroms). Furthermore, a growth rate for the compressive and tensile layers can be changed. In an embodiment, the growth rates for the compressive and tensile layers differ by at least ten percent. A growth temperature for the compressive and tensile layers can be substantially the same or changed. In an embodiment, the growth temperatures for the compressive and tensile layers differ by at least two percent.

In an embodiment, a surface of one or more layers can be patterned, which can be configured to provide an additional relaxation mechanism for reducing cracks and/or threading dislocations in a structure. For example, a surface of the substrate 24 (FIG. 6) and/or the buffer layer 26 (FIG. 6) can be patterned, e.g., using etching, masking, a combination of etching and masking, and/or the like. A layer, such as the buffer layer 26 and/or any layer located above the buffer layer, can be grown in multiple steps, one or more of which can include patterning. Such patterning can be achieved by etching and/or masking the layer, masking and subsequent overgrowth, by producing voids during overgrowth process, and/or the like. Regardless, the patterning can be configured to reduce an overall stress accumulated in the corresponding layer structure.

Furthermore, one or more of the various layers in a dislocation blocking structure described herein can be patterned. For example, FIGS. 10A and 10B show illustrative patterns of a surface of a compressive layer 134 with a tensile layer 136 grown thereon according to embodiments. In FIG. 10A, the surface of the compressive layer 134 is patterned with a plurality of stripes 46A-46C, while in FIG. 10B, the surface of the compressive layer 134 is patterned with a plurality of windows 48A-48F. However, it is understood that the stripe/window patterns are only illustrative of various patterns that can be utilized. Furthermore, it is understood that similar patterns can be formed on a surface of a substrate 24 (FIG. 6), a buffer layer 26 (FIG. 6), and/or a tensile layer 136 prior to the growth of a subsequent layer thereon. Regardless, each pattern can produce an interface where the layers 134, 136 have a common boundary in both a vertical direction of growth and in a lateral direction of the layer.

When patterning is employed on the surfaces of multiple layers, the relative positioning of the patterning elements and/or the patterns can be varied for the surfaces of adjacent patterned layers. For example, FIGS. 11A and 11B show illustrative patterning arrangements according to embodiments. In FIGS. 11A and 11B, an interface between a tensile layer 136A and a compressive layer 134A has a first pattern 52A, and an interface between the compressive layer 134A and a tensile layer 136B has a second pattern 52B. The patterns 52A, 52B can be formed by a plurality of patterning elements, for example, a series of masked domains or voids located at the respective interfaces. However, in the structure 50A, the patterning elements of the patterns 52A, 52B are laterally offset from one another, thereby forming a vertical checkerboard-like formation of the patterning elements. In

11                                          12

contrast, in the structure 50B, the patterning elements of the patterns 52A, 52B are positioned at substantially the same lateral locations.

As described herein, a dislocation blocking structure can include one or more partially relaxed sublayers, which can be obtained by having a lattice mismatch of at least one percent between the partially relaxed sublayer and an adjacent semiconductor layer. FIGS. 12A and 12B illustrate lattice mismatch between two lattices according to an embodiment. FIG. 12A shows relaxed lattices, where lattice L1A is an aluminum rich lattice and lattice L2A is a gallium nitride rich lattice. Two lattice mismatched materials can be pseudomorphically grown such that the resulting layers have the same lattice constant. To this extent, FIG. 12B shows pseudomorphically grown lattices L1B, L2B, where the lattices L1B, L2B exhibit stress onto each other. The resulting lattice constant of the pseudomorphically grown lattices L1B, L2B, referred to herein as the effective lattice constant, is different from the lattice constants for the relaxed lattices L1A, L2A shown in FIG. 12A. As a result, each sublayer is under tensile or compressive stress.

The effective lattice constant can be estimated from a condition of zero total stresses imposed on the system of layers. For example, FIG. 13 shows an illustrative structure 61 including N pseudomorphically grown semiconductor layers having different lattice constants according to an embodiment. In this case, the effective lattice constant can be calculated from a condition that all forces across any cross plane must cancel, thus $\Sigma_i F_i = 0$, where $F_i = \sigma_i h_i W$, W is a width of the layer (as measured into the page), $h_i$ is the height of the layer, and $\sigma_i$ is the biaxial stress. The biaxial stress can be calculated as $\sigma_i = M_i \epsilon_i$, $M_i = E_i/(1-\nu_i)$, where $E_i$ is the Young's modulus of the $i^{th}$ layer, $\nu_i$ is the Poisson ratio of the $i^{th}$ layer, and $\epsilon_i$ is the strain of the $i^{th}$ layer. Using the balance of forces, $\Sigma_i F_i = 0$:

$$\Sigma_i \frac{M_i h_i (a_e - a_i)}{a_i} = 0 \rightarrow a_e = \frac{\Sigma_i M_i h_i}{\Sigma_i \frac{M_i h_i}{a_i}},$$

where $a_e$ is an effective lattice constant of the system of layers.

FIG. 14 shows a schematic structure of an illustrative light emitting heterostructure 12D, which can be implemented as a mesa structure in a device 10 (FIG. 4), according to an embodiment. In this case, the heterostructure 12D includes a dislocation blocking structure 16D and a partially relaxed n-type contact semiconductor layer 22B embedded within the n-type contact semiconductor layer 22A. In an embodiment, a structure of the dislocation blocking structure 16D is selected such that the corresponding effective lattice constant for the dislocation blocking structure 16D corresponds to the effective lattice constant of the light generating structure 14 to within a few tenths of a percent. In a more particular embodiment, a thickness and/or composition of the sublayers of the dislocation blocking structure 16D are adjusted to correspond to the effective lattice constant of the light generating structure 14 to within a few tenths of a percent.

Additionally, the light generating heterostructure 12D is shown including a graded layer 60 located between the dislocation blocking structure 16D and the light generating structure 14. The graded layer 60 can be configured to further reduce stresses in the light generating structure 14. For example, the graded layer 60 can comprise a composi-tion that varies from a composition of an adjacent layer, such as the dislocation blocking structure 16D, located on one side, to a composition of the light generating structure 14 located on the opposing side. The composition grading can be linear or parabolic, with a grading gradient selected to minimize stresses and/or maximize polarization doping. While the graded layer 60 is shown implemented on the n-type side of the light generating structure 14, it is understood that a graded layer can be included on the p-type side of the light generating structure 14.

By combining variations of V/III ratio among layers and variations in compositions, heterostructures can be grown without changing the lattice constant. For example, by adjusting the V/III ratio and/or growth temperature, an AlN lattice constant can be varied between 3.108 Å and 3.118 Å. Additionally, an AlGaN layer having an Al content of 90% (e.g., $Al_{0.9}Ga_{0.1}N$) can have a relaxed lattice constant of 3.12 Å, which can be adjusted by adjusting the V/III ratio to between 3.115 Å and 3.125 Å. As a result, an $Al_{0.9}Ga_{0.1}N$/AlN heterostructure having the same effective lattice constant (e.g., between 3.115 Å and 3.118 Å) but different composition can be formed. Furthermore, the AlGaN lattice constant can be graded before deposition of a next AlGaN layer having a lower aluminum content, etc. In general, the V/III ratio can be utilized to lower a gradient of the lattice constant at a heterojunction or a graded junction as compared to a gradient lattice constant that would otherwise be obtained without utilizing variations in the V/III ratio during the epitaxial growth. As used herein, a graded junction refers to any graded layer that is inserted between two layers of different composition where the composition of the graded layer transitions from the first layer to the second layer.

It is understood that a device or a heterostructure used in forming a device including a structure described herein can be fabricated using any solution. For example, a device/heterostructure can be manufactured by obtaining (e.g., forming, preparing, acquiring, and/or the like) a substrate 24 (FIG. 6), forming (e.g., growing) a buffer layer 26 (FIG. 6) thereon, and growing a semiconductor heterostructure on the buffer layer 26 as described herein. Furthermore, the fabrication can include patterning a surface of the substrate 24, the buffer layer 26, and/or a semiconductor layer as described herein, the deposition and removal of a temporary layer, such as mask layer, the formation of one or more additional layers not shown, and/or the like. Additionally, one or more metal layers, contacts, and/or the like can be formed using any solution. The heterostructure/device also can be attached to a submount via contact pads using any solution. The fabrication of a device or a heterostructure can include one or more of various additional acts. For example, the fabrication can include removal of the foreign substrate and/or one or more of the layers after growth of a heterostructure.

The patterning of a layer can be performed using any solution. For example, the patterning can include defining a set of regions on a top surface of the layer for etching using, for example, photolithography to apply a photoresist defining the set of regions, or the like. The set of openings having a desired pattern can be formed, e.g., by etching in the set of defined regions of the layer. Subsequently, the photoresist can be removed from the surface. Such a process can be repeated one or more times to form a complete pattern on the layer. The patterning of a layer also can include applying (e.g., depositing) a mask (e.g., silicon dioxide, a carbon based material, or the like) over a second set of regions on the top surface of the layer. When the pattern also includes a set of openings, the second set of regions can be entirely

13

distinct from the locations of the set of openings. Furthermore, as described herein, the formation of a layer can include multiple repetitions of the patterning process. In this case, each repetition can vary from the previous repetition in one or more aspects. For example, a repetition can include both applying a mask and forming openings on a surface, only forming openings, only applying a mask, and/or the like. Additionally, as described herein, the locations of the masked and/or opening portions for a repetition can be vertically offset from the locations of the adjacent repetition.

In an embodiment, the invention provides a method of designing and/or fabricating a circuit that includes one or more of the devices designed and fabricated as described herein. To this extent, FIG. **15** shows an illustrative flow diagram for fabricating a circuit **1026** according to an embodiment. Initially, a user can utilize a device design system **1010** to generate a device design **1012** for a semiconductor device as described herein. The device design **1012** can comprise program code, which can be used by a device fabrication system **1014** to generate a set of physical devices **1016** according to the features defined by the device design **1012**. Similarly, the device design **1012** can be provided to a circuit design system **1020** (e.g., as an available component for use in circuits), which a user can utilize to generate a circuit design **1022** (e.g., by connecting one or more inputs and outputs to various devices included in a circuit). The circuit design **1022** can comprise program code that includes a device designed as described herein. In any event, the circuit design **1022** and/or one or more physical devices **1016** can be provided to a circuit fabrication system **1024**, which can generate a physical circuit **1026** according to the circuit design **1022**. The physical circuit **1026** can include one or more devices **1016** designed as described herein.

In another embodiment, the invention provides a device design system **1010** for designing and/or a device fabrication system **1014** for fabricating a semiconductor device **1016** as described herein. In this case, the system **1010**, **1014** can comprise a general purpose computing device, which is programmed to implement a method of designing and/or fabricating the semiconductor device **1016** as described herein. Similarly, an embodiment of the invention provides a circuit design system **1020** for designing and/or a circuit fabrication system **1024** for fabricating a circuit **1026** that includes at least one device **1016** designed and/or fabricated as described herein. In this case, the system **1020**, **1024** can comprise a general purpose computing device, which is programmed to implement a method of designing and/or fabricating the circuit **1026** including at least one semiconductor device **1016** as described herein.

In still another embodiment, the invention provides a computer program fixed in at least one computer-readable medium, which when executed, enables a computer system to implement a method of designing and/or fabricating a semiconductor device as described herein. For example, the computer program can enable the device design system **1010** to generate the device design **1012** as described herein. To this extent, the computer-readable medium includes program code, which implements some or all of a process described herein when executed by the computer system. It is understood that the term "computer-readable medium" comprises one or more of any type of tangible medium of expression, now known or later developed, from which a stored copy of the program code can be perceived, reproduced, or otherwise communicated by a computing device.

In another embodiment, the invention provides a method of providing a copy of program code, which implements

14

some or all of a process described herein when executed by a computer system. In this case, a computer system can process a copy of the program code to generate and transmit, for reception at a second, distinct location, a set of data signals that has one or more of its characteristics set and/or changed in such a manner as to encode a copy of the program code in the set of data signals. Similarly, an embodiment of the invention provides a method of acquiring a copy of program code that implements some or all of a process described herein, which includes a computer system receiving the set of data signals described herein, and translating the set of data signals into a copy of the computer program fixed in at least one computer-readable medium. In either case, the set of data signals can be transmitted/received using any type of communications link.

In still another embodiment, the invention provides a method of generating a device design system **1010** for designing and/or a device fabrication system **1014** for fabricating a semiconductor device as described herein. In this case, a computer system can be obtained (e.g., created, maintained, made available, etc.) and one or more components for performing a process described herein can be obtained (e.g., created, purchased, used, modified, etc.) and deployed to the computer system. To this extent, the deployment can comprise one or more of: (1) installing program code on a computing device; (2) adding one or more computing and/or I/O devices to the computer system; (3) incorporating and/or modifying the computer system to enable it to perform a process described herein; and/or the like.

The foregoing description of various aspects of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed, and obviously, many modifications and variations are possible. Such modifications and variations that may be apparent to an individual in the art are included within the scope of the invention as defined by the accompanying claims.

What is claimed is:

1. A heterostructure comprising:
   a substrate;
   a buffer layer adjacent to the substrate;
   a light generating structure having a first side and a second side, wherein the substrate is transparent to light generated by the light generating structure;
   an n-type contact semiconductor layer located on the first side of the light generating structure;
   a p-type contact semiconductor layer located on the second side of the light generating structure, wherein at least one of the contact semiconductor layers includes an embedded partially relaxed sublayer, and wherein at least one of the contact semiconductor layers is located between the light generating structure and the buffer layer; and
   a dislocation blocking structure located between the partially relaxed sublayer and the light generating structure, wherein the dislocation blocking structure includes a graded composition that changes from a first side of the dislocation blocking structure to a second side thereof.

2. The heterostructure of claim **1**, wherein the dislocation blocking structure includes a plurality of tensile sublayers alternating with a plurality of compressive sublayers.

3. The heterostructure of claim **1**, wherein the partially relaxed sublayer has a lattice mismatch of at least one percent with an immediately adjacent semiconductor layer.

15

4. The heterostructure of claim 1, wherein the heterostructure is formed of group III-V materials, and wherein a lattice mismatch is obtained by a change in an aluminum molar content of the partially relaxed sublayer.

5. The heterostructure of claim 1, wherein a thickness of the partially relaxed sublayer is greater than a predicted critical thickness corresponding to partial relaxation.

6. The heterostructure of claim 1, further comprising a graded layer located immediately adjacent to one of the first or second sides of the light generating structure.

7. A device comprising:
    a mesa structure including:
        a substrate;
        a buffer layer adjacent to the substrate;
        a light generating structure having a first side and a second side, wherein the substrate is transparent to light generated by the light generating structure;
        an n-type contact semiconductor layer located on the first side of the light generating structure;
        a p-type contact semiconductor layer located on the second side of the light generating structure, wherein at least one of the contact semiconductor layers includes an embedded partially relaxed sublayer, and wherein at least one of the contact semiconductor layers is located between the light generating structure and the buffer layer; and
    wherein the at least one of the contact semiconductor layers further includes a dislocation blocking structure located between the partially relaxed sublayer and the light generating structure, and wherein the dislocation blocking structure includes a graded composition that changes from a first side of the dislocation blocking structure to a second side thereof.

8. The device of claim 7, wherein the dislocation blocking structure includes a plurality of tensile sublayers alternating with a plurality of compressive sublayers.

9. The device of claim 8, wherein an effective lattice constant of the dislocation blocking structure corresponds to an effective lattice constant of the light generating structure.

10. The device of claim 7, wherein a thickness of the partially relaxed sublayer is greater than a predicted critical thickness corresponding to partial relaxation.

11. The device of claim 7, further comprising a graded layer located immediately adjacent to one of the first or second sides of the light generating structure.

12. A method comprising:
    forming a heterostructure, the heterostructure comprising:
        a substrate;
        a buffer layer adjacent to the substrate;

16

        a light generating structure having a first side and a second side, wherein the substrate is transparent to light generated by the light generating structure;
        an n-type contact semiconductor layer located on the first side of the light generating structure;
        a p-type contact semiconductor layer located on the second side of the light generating structure, wherein at least one of the contact semiconductor layers includes an embedded partially relaxed sublayer, and wherein at least one of the contact semiconductor layers is located between the light generating structure and the buffer layer; and
        a dislocation blocking structure located between the partially relaxed sublayer and the light generating structure, wherein the dislocation blocking structure includes a graded composition that changes from a first side of the dislocation blocking structure to a second side thereof.

13. The method of claim 12, wherein the dislocation blocking structure includes a plurality of tensile sublayers alternating with a plurality of compressive sublayers.

14. The method of claim 13, wherein the forming includes configuring the dislocation blocking structure such that an effective lattice constant of the dislocation blocking structure substantially matches an effective lattice constant of the light generating structure.

15. The method of claim 14, wherein the heterostructure is formed of group III-V materials, and wherein the alternating tensile and compressive sublayers have the same effective lattice constant and are formed by varying at least one of: an aluminum composition or a V/III ratio, of adjacent sublayers in the dislocation blocking structure.

16. The heterostructure of claim 1, wherein the partially relaxed layer is formed above the buffer layer.

17. The heterostructure of claim 1, wherein the buffer layer comprises an AlN layer.

18. The heterostructure of claim 1, further comprising an electron blocking layer formed between the light generating structure and the p-type contact semiconductor layer, wherein the partially relaxed sublayer is formed between the electron blocking layer and the p-type contact semiconductor layer.

19. The heterostructure of claim 6, wherein the graded layer is formed between the light generating structure and the n-type contact semiconductor layer, wherein the n-type contact semiconductor layer includes the partially relaxed sublayer.

20. The device of claim 7, wherein the partially relaxed layer is formed above the buffer layer, and wherein the buffer layer comprises an AlN layer.

* * * * *

# EXHIBIT 5

U.S. PATENT NO. 8,633,468

Case 5:18-cv-05194-LHK   Document ... Filed ...

US008633468B2

(12) **United States Patent**      (10) **Patent No.:**      **US 8,633,468 B2**

Gaska et al.                        (45) **Date of Patent:**      **Jan. 21, 2014**

(54) **LIGHT EMITTING DEVICE WITH DISLOCATION BENDING STRUCTURE**

(75) Inventors: **Remigijus Gaska**, Columbia, SC (US); **Jinwei Yang**, Columbia, SC (US); **Michael Shur**, Latham, NY (US)

(73) Assignee: **Sensor Electronic Technology, Inc.**, Columbia, SC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 63 days.

(21) Appl. No.: **13/370,470**

(22) Filed: **Feb. 10, 2012**

(65) **Prior Publication Data**

US 2012/0205619 A1      Aug. 16, 2012

**Related U.S. Application Data**

(60) Provisional application No. 61/441,674, filed on Feb. 11, 2011.

(51) **Int. Cl.**
**H01L 29/06**      (2006.01)
(52) **U.S. Cl.**
USPC .............................................. **257/13**; 438/20
(58) **Field of Classification Search**
USPC ............................................ 257/13; 438/20
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,630,692 B2 | 10/2003 | Goetz et al. | |
| 6,943,377 B2 | 9/2005 | Gaska et al. | |
| 7,326,963 B2 | 2/2008 | Gaska et al. | |
| 7,537,950 B2 | 5/2009 | Gaska et al. | |
| 7,554,123 B2 | 6/2009 | Gaska et al. | |
| 7,619,238 B2 | 11/2009 | Gaska et al. | |
| 2008/0274574 A1 | 11/2008 | Yun | |
| 2009/0032828 A1 * | 2/2009 | Romano et al. ................. | 257/94 |
| 2009/0039361 A1 | 2/2009 | Li et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2200187 A1 | 6/2010 |
| JP | 2002075873 A | 3/2002 |

OTHER PUBLICATIONS

Park, International Application No. PCT/US2012/024774, International Search Report and the Written opinion of the International Searching Authority, SETI-0065-PCT, Jul. 31, 2012, 9 pages.

Shur et al., "Deep-Ultraviolet Light-Emitting Diodes", IEEE Transactions on Electronic Devices, vol. 57, No. 1, Jan. 2010, pp. 12-25.

Sun et al., "Efficiency droop in 245-247 nm AlGaN light-emitting diodes with continuous wave 2 mW output power", Applied Physics Letters, 96, 061102, 2010, 4 pages.

(Continued)

*Primary Examiner* — Jami M Valentine

(74) *Attorney, Agent, or Firm* — LaBatt, LLC

(57)      **ABSTRACT**

A solution for reducing a number of dislocations in an active region of an emitting device is provided. A dislocation bending structure can be included in the emitting device between the substrate and the active region. The dislocation bending structure can be configured to cause dislocations to bend and/or annihilate prior to reaching the active region, e.g., due to the presence of a sufficient amount of strain. The dislocation bending structure can include a plurality of layers with adjacent layers being composed of a material, but with molar fractions of an element in the respective material differing between the two layers. The dislocation bending structure can include at least forty pairs of adjacent layers having molar fractions of an element differing by at least five percent between the adjacent layers.

**27 Claims, 9 Drawing Sheets**

US 8,633,468 B2

Page 2

(56)        **References Cited**

OTHER PUBLICATIONS

Shatalov et al., "Large Chip High Power Deep Ultraviolet Light-Emitting Diodes", Applied Physics Express 3, Apr. 10, 2010, 062101, 3 pages.

Kisin et al., Modeling of Injection Characteristics of Polar and Nonpolar III-Nitride Multiple Quantum Well Structures, Journal of Applied Physics 107, 103106, 2010, 10 pages.

Saxler, A. et al., "Aluminum gallium nitride short-period superlattices doped with magnesium," Applied Physics Letters, vol. 74, No. 14, Apr. 5, 1999, pp. 2023-2025.

Peng, H. et al., "Ultraviolet light-emitting diodes operating in the 340 nm wavelength range and application to time-resolved fluorescence spectroscopy," Applied Physics Letters, vol. 85, No. 8, Aug. 23, 2004, pp. 1436-1438.

Goepfert, I.D. et al., "Experimental and theoretical study of acceptor activation and transport properties in p-type $Al_xGa_{1-x}N$/GaN superlattices," Journal of Applied Physics, vol. 88, No. 4, Aug. 15, 2000, pp. 2030-2038.

Wang, T. et al., "1 mW AlInGaN-based ultraviolet light-emitting diode with an emission wavelength of 348 nm grown on sapphire substrate," Applied Physics Letters, vol. 81, No. 14, Sep. 30, 2002, pp. 2508-2510.

Nishida, Toshio et al., "Efficient and high-power AlGaN-based ultraviolet light-emitting diode grown on bulk GaN," Applied Physics Letters, vol. 79, No. 6, Aug. 6, 2001, pp. 711-712.

Kozodoy, Peter et al., "Polarization-enhanced Mg doping of AlGaN/GaN superlattices," Applied Physics Letters, vol. 75, No. 16, Oct. 18, 1999, pp. 2444-2446.

Shur, M.S. et al., "Accumulation hole layer in p-GaN/AlGaN heterostructures," Applied Physics Letters, vol. 76, No. 21, May 22, 2000, pp. 3061-3063.

Zhang, J.P. et al., "Milliwatt power deep ultraviolet light-emitting diodes over sapphire with emission at 278 nm," Applied Physics Letters, vol. 81, No. 26, Dec. 23, 2002, pp. 4910-4912.

Zhang, J.P. et al., "AlGaN multiple-quantum-well-based, deep ultraviolet light-emitting diodes with significantly reduced long-wave emission," Applied Physics Letters, vol. 83, No. 17, Oct. 27, 2003, pp. 3456-3458.

Chitnis, A. et al., "Improved performance of 325-nm emission AlGaN ultraviolet light-emitting diodes," Applied Physics Letters, vol. 82, No. 16, Apr. 21, 2003, pp. 2565-2567.

Sun, W.H. et al., "AlGaN-based 280 nm light-emitting diodes with continuous wave powers in excess of 1.5 mW," Applied Physics Letters, vol. 85, No. 4, Jul. 26, 2004, pp. 531-533.

Adivarahan, V. et al., "High-efficiency 269 nm emission deep ultraviolet light-emitting diodes," Applied Physics Letters, vol. 84, No. 23, Jun. 7, 2004, pp. 4762-4764.

Yasan, A. et al., "4.5 mW operation of AlGaN-based 267 nm deep-ultraviolet light-emitting diodes," Applied Physics Letters, vol. 83, No. 23, Dec. 8, 2003, pp. 4701-4703.

Fischer, A.J. et al., "Room-temperature direct current operation of 290 nm light-emitting diodes with milliwatt power levels," Applied Physics Letters, vol. 84, No. 17, Apr. 26, 2004, pp. 3394-3396.

Tamulaitis, G. et al., "Dislocation-limited Lifetime of Nonequilibrium Carriers in AlGaN Epilayers," Proceedings of ICPS-27 (2004), pp. 1-2.

Kamiyama, S. et al., "Heteroepitaxial technology for high-efficiency UV light-emitting diode," Opto-Electronics Review, 10, No. 4, 2002, pp. 225-230.

Bulashevich et al., "Simulation of Visible and Ultra-Violet Group-III Nitride Light Emitting Diodes", J. Comput. Phys. 213, No. 1, 214-238, Sep. 14, 2006, 39 pages.

* cited by examiner



FIG. 1

# FIG. 2

| | |
|---|---|
| Substrate <br> 12 | |
| Nucleation Layer | 14 |
| Buffer Layer | 16 |
| Dislocation Bending Structure | 26 |
| n-type Cladding Layer | 18 |
| | 20 |
| p-type Blocking Layer | 22 |
| p-type Cladding Layer | 24 |

10



FIG. 3







FIG. 11







FIG. 12



FIG. 13

US 8,633,468 B2

**1**

## LIGHT EMITTING DEVICE WITH DISLOCATION BENDING STRUCTURE

### REFERENCE TO RELATED APPLICATIONS

The current application claims the benefit of U.S. Provisional Application No. 61/441,674, titled "Light Emitting Diodes with Dislocation Bending Structure," which was filed on 11 Feb. 2011, and which is hereby incorporated by reference.

### GOVERNMENT LICENSE RIGHTS

This invention was made with government support under contract no. W911 NF-10-2-0023 awarded by the Defense Advanced Research Projects Agency (DARPA). The government has certain rights in the invention.

### TECHNICAL FIELD

The disclosure relates generally to emitting devices, and more particularly, to an emitting device having a dislocation bending structure, which can improve the light output of the device.

### BACKGROUND ART

Semiconductor emitting devices, such as light emitting diodes (LEDs) and laser diodes (LDs), include solid state emitting devices composed of group III-V semiconductors. A subset of group III-V semiconductors includes group III nitride alloys, which can include binary, ternary and quaternary alloys of indium (In), aluminum (Al), gallium (Ga), and nitrogen (N). Illustrative group III nitride based LEDs and LDs can be of the form $In_xAl_yGa_{1-x-y}N$, where x and y indicate the molar fraction of a given element, $0 \le x$, $y \le 1$, and $0 \le x+y \le 1$. Other illustrative group III nitride based LEDs and LDs are based on boron (B) nitride (BN) and can be of the form $Ga_xIn_yAl_zB_{1-x-y-z}N$, where $0 \le x$, y, $z \le 1$, and $0 \le x+y+z \le 1$.

An LED is typically composed of layers. Each layer has a particular combination of molar fractions (e.g., given values of x, y, and/or z) for the various elements. An interface between two layers is defined as a semiconductor heterojunction. At an interface, the combination of molar fractions is assumed to change by a discrete amount. A layer in which the combination of molar fractions changes continuously is said to be graded.

Changes in molar fractions of semiconductor alloys allow for band gap control and are used to form barrier and quantum well (QW) layers. A quantum well comprises a semiconducting layer located between two other semiconducting layers, each of which has a larger band gap than the band gap of the quantum well. A difference between a conduction band energy level of a quantum well and a conduction band energy level of the neighboring semiconductor layers is referred to as a depth of a quantum well. In general, the depth of a quantum well can differ for each side of the quantum well. A barrier comprises a semiconductor layer located between two other semiconductor layers, each of which has a smaller band gap than the band gap of the barrier. A difference between a conduction band energy level of a barrier and a conduction band energy level of a neighboring semiconductor layer is referred to as barrier height. In general, the barrier height of a barrier can differ for each side of the barrier.

A stack of semiconductor layers can include several n-type doped layers and one or more p-type doped layers. An active region of an LED is formed in proximity of a p-n junction

**2**

where electron and hole carriers recombine and emit light. The active region typically includes quantum wells and barriers for carrier localization and improved radiative recombination. Inside a quantum well, electrons and holes are described quantum mechanically in terms of wave functions. Each wave function is associated with a local energy level inside a given quantum well. An overlap of electron and hole wave functions leads to radiative recombination and light production.

A group III nitride LED is typically grown as a wurtzite or zinc blende crystal structure. At a heterojunction, the lattice mismatch of the two semiconductor layers causes stresses and strains of the crystal layers and leads to the development of a built-in electric field. In addition, a wurtzite crystal structure exhibits internal electric fields due to spontaneous polarization. The internal electric fields can lead to reduced overlap of electron and hole wave functions and, as a consequence, to reduced light emission.

Furthermore, the stack of semiconductor layers is typically grown on a sapphire or silicon carbide substrate structure. A large lattice mismatch between the substrate and the semiconductor layers can cause dislocations, which reduce the light emission of the device.

### SUMMARY OF THE INVENTION

Aspects of the invention provide a solution for reducing a number of dislocations in an active region of an emitting device. A dislocation bending structure can be included in the emitting device between the substrate and the active region. The dislocation bending structure can be configured to cause dislocations to bend and/or annihilate prior to reaching the active region, e.g., due to the presence of a sufficient amount of strain. The dislocation bending structure can include a plurality of layers with adjacent layers being composed of a material, but with molar fractions of an element in the respective material differing between the two layers. The dislocation bending structure can include at least forty pairs of adjacent layers having molar fractions of an element differing by at least five percent between the adjacent layers.

A first aspect of the invention provides an emitting device comprising: a substrate; an active region located on a first side of the substrate; and a dislocation bending structure located between the substrate and the active region, wherein the dislocation bending structure comprises at least forty pairs of adjacent layers, wherein each pair of adjacent layers includes: a first layer composed of a material including an element; and a second layer composed of a material including the element, wherein a molar fraction of the element differs for the first layer and the second layer by at least five percent.

A second aspect of the invention provides an emitting device comprising: a substrate; an active region located on a first side of the substrate; and a dislocation bending structure located between the substrate and the active region, wherein the dislocation bending structure comprises a means for causing at least some dislocations propagating from the substrate to at least one of: bend or annihilate prior to reaching the active region.

A third aspect of the invention provides a method of manufacturing an emitting device, the method comprising: forming a dislocation bending structure on a first side of a substrate, wherein the dislocation bending structure comprises a means for causing at least some dislocations propagating from the substrate to at least one of: bend or annihilate prior to reaching the active region; and forming an active region on an opposing side of the dislocation bending structure as the substrate.

**3**

The illustrative aspects of the invention are designed to solve one or more of the problems herein described and/or one or more other problems not discussed.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features of the disclosure will be more readily understood from the following detailed description of the various aspects of the invention taken in conjunction with the accompanying drawings that depict various aspects of the invention.

FIG. **1** shows simulated light emission power and external quantum efficiency versus threading dislocation density according to an embodiment.

FIG. **2** shows an illustrative design of an emitting device according to an embodiment.

FIG. **3** shows illustrative band bending caused by the dislocation bending structure according to an embodiment.

FIGS. **4-9** show illustrative energy band diagrams corresponding to illustrative layer configurations of the dislocation bending structure according to embodiments.

FIG. **10** shows several possible configurations of interfaces between layers in a dislocation bending structure according to an embodiment.

FIG. **11** shows an illustrative simulated energy band diagram for an undoped dislocation bending layer according to an embodiment.

FIG. **12** shows an illustrative simulated energy band diagram for a doped dislocation bending layer according to an embodiment.

FIG. **13** shows an illustrative flow diagram for fabricating a circuit according to an embodiment.

It is noted that the drawings may not be to scale. The drawings are intended to depict only typical aspects of the invention, and therefore should not be considered as limiting the scope of the invention. In the drawings, like numbering represents like elements between the drawings.

## DETAILED DESCRIPTION OF THE INVENTION

As indicated above, aspects of the invention provide a solution for reducing a number of dislocations in an active region of an emitting device. A dislocation bending structure can be included in the emitting device between the substrate and the active region. The dislocation bending structure can be configured to cause dislocations to bend and/or annihilate prior to reaching the active region, e.g., due to the presence of a sufficient amount of strain. The dislocation bending structure can include a plurality of layers with adjacent layers being composed of a material, but with molar fractions of an element in the respective material differing between the two layers. The dislocation bending structure can include at least forty pairs of adjacent layers having molar fractions of an element differing by at least five percent between the adjacent layers. As used herein, unless otherwise noted, the term "set" means one or more (i.e., at least one) and the phrase "any solution" means any now known or later developed solution.

Turning to the drawings, FIG. **1** shows simulated light emission power and external quantum efficiency versus threading dislocation density according to an embodiment. As illustrated, as the threading dislocation density increases beyond a cutoff point, e.g., approximately $10^8$ cm$^{-2}$, the external quantum efficiency and light emission power no longer improve.

FIG. **2** shows an illustrative design of an emitting device **10** according to an embodiment. In an embodiment, emitting device **10** is configured to operate as a light emitting diode

**4**

(LED). Alternatively, emitting device **10** can be configured to operate as a laser diode (LD). In either case, during operation of emitting device **10** an active region **20** of the emitting device **10** emits electromagnetic radiation. The electromagnetic radiation emitted by emitting device **10** can comprise a peak wavelength within any range of wavelengths, including visible light, ultraviolet radiation, deep ultraviolet radiation, infrared light, and/or the like.

As illustrated, emitting device **10** can include a substrate **12**, a nucleation (initiation) layer **14**, a buffer layer **16**, an n-type cladding layer **18**, the active region **20**, a p-type blocking layer **22**, and a p-type cladding layer **24**. In general, a dislocation can initiate at an interface between the substrate **12** and an adjacent layer, such as the nucleation layer **14**, and can propagate into the other layers, including the active region **20**, due to strain. Performance of the emitting device **10** strongly depends on a density of the dislocations in the active region **20**.

To this extent, the emitting device **10** includes a dislocation bending structure **26**, which is located between the substrate **12** and the active region **20**. The dislocation bending structure **26** can be configured to cause dislocations propagating from the substrate **12** to bend and/or partially annihilate due to strain. In an embodiment, the dislocation bending structure **26** comprises a plurality of layers having different bandgaps and/or different built-in polarization fields. For example, adjacent layers in the dislocation bending structure **26** can be composed of different compositions of a material. The different material compositions can result in high electric fields due to spontaneous and/or piezoelectric polarization. The polarization fields and/or composition changes at the heterointerfaces between the adjacent layers can affect the dislocation propagation and lead to dislocation bending. In a further embodiment, the dislocation bending structure **26** can comprise a periodic structure, in which each of a plurality of periods includes at least two layers of different compositions.

For dislocation bending to occur, dislocation bending structure **26** can create a strain exceeding a certain critical value. In general, strain is dependent on a thickness of a layer and/or a difference in the materials of adjacent layers (e.g., in a period of the dislocation bending structure **26**). For example, strain can increase as the thickness of the layer increases. Additionally, for adjacent layers composed of a material, strain can increase as a difference in a molar fraction of an element in the material of each layer is increased. In an embodiment, dislocation bending structure **26** is configured to have strain sufficiently large to induce dislocation bending, but not so large as to cause cracking. In an embodiment, the dimensions (e.g., thickness, as measured in a direction from the substrate **12** to the active region **20**) of the layers of the dislocation bending structure **26** are selected based on the composition of the layers, the differences in the composition of adjacent layers in the dislocation bending structure **26**, and/or a target strain for inducing dislocation bending of the dislocations present in the dislocation bending structure **26**. The target strain can be defined using any solution, e.g., as a range defined by a minimum corresponding to an amount of strain required to induce dislocation bending and a maximum corresponding to an amount of strain that would cause cracking.

FIG. **3** shows illustrative band bending caused by the dislocation bending structure **26** (FIG. **2**) according to an embodiment. The dislocation bending structure **26** can include a plurality of layers **26A-26D**. Dislocations **30A-30E** are shown propagating into the dislocation bending structure **26** in layer **26A**, which is located on a side closest to the substrate **12** (FIG. **2**). As illustrated, dislocation bending can

US 8,633,468 B2

5

occur at the heterointerfaces of adjacent layers 26A-26D in the dislocation bending structure 26. Furthermore, the dislocation bending can occur in different ways/regimes. For example, dislocation 30A is shown bending into an opposite direction and back toward substrate 12 at a heterointerface between layers 26A, 26B. Similarly, dislocation 30B is shown bending into an opposite direction and back toward substrate 12 at a heterointerface between layers 26B, 26C. Dislocation 30C is shown bending in a direction substantially parallel to the heterointerface between layers 26C, 26D. Furthermore, dislocations 30D and 30E are shown bending in opposite directions substantially parallel to a heterointerface between layer 26D and another layer (not shown). By bending in opposite directions along the heterointerface, dislocations 30D, 30E meet and annihilate. It is understood that FIG. 3 only illustrates the band bending. To this extent, dislocations 30A-30C would continue after bending until they annihilate, reach, for example, the interface between the substrate 12 and an adjacent layer, extend to an outer surface of the emitting device 10, and/or the like.

In the example shown in FIG. 3, none of the dislocations 30A-30E present in layer 26A, which is located on a side closer to the substrate 12, passes through layer 26D, which is located on a side closer to the active region 20. As a result, the number of dislocations present within the active region 20 are reduced from those that would have been present without inclusion of the dislocation bending structure 26. While an illustrative combination of dislocation bendings are shown in FIG. 3, it is understood that any combination of various types of dislocation bendings can occur within the dislocation bending structure 26. To this extent, dislocations can undergo different types of dislocation bendings at the same heterointerface, dislocations can bend in any direction, any number of zero or more dislocations can bend at a heterointerface, and/or the like.

Returning to FIG. 2, the layers of dislocation bending structure 26 can be configured to induce dislocation bending using any of numerous embodiments. In an embodiment, the dislocation bending structure 26 can include a plurality of periods, each of which includes at least two adjacent layers of different material compositions, and is repeated within the dislocation bending structure 26. Alternatively, the layers can be aperiodic. The material composition of each layer can comprise, for example, a ternary or quaternary compound, in which the molar fractions of adjacent layers vary. The heterointerface between two adjacent layers can be abrupt, in which the molar fraction is changed immediately, or graded, in which the molar fraction is changed over a distance. Similarly, a layer in the dislocation bending structure 26 can be doped or undoped.

In an illustrative embodiment, the emitting device 10 is a group III-V materials based device, in which some or all of the various layers are formed of binary, ternary, quaternary, and/or the like, compounds selected from the group III-V materials system. In a more particular illustrative embodiment, the various layers of the emitting device 10 are formed of group III nitride based materials. Group III nitride materials comprise one or more group III elements (e.g., boron (B), aluminum (Al), gallium (Ga), and indium (In)) and nitrogen (N), such that $B_{W}Al_{X}Ga_{Y}In_{Z}N$, where $0 \le W$, X, Y, $Z \le 1$, and $W+X+Y+Z=1$. Illustrative group III nitride materials include AlN, GaN, InN, BN, AlGaN, AlInN, AlBN, InGaN, AlGaInN, AlGaBN, AlInBN, and AlGaInBN with any molar fraction of group III elements.

An illustrative embodiment of a group III nitride based emitting device 10 includes an active region 20 composed of $In_{y}Al_{x}Ga_{1-x-y}N$, $Ga_{z}In_{y}Al_{x}B_{1-x-y-z}N$, an $Al_{x}Ga_{1-x}N$ semicon-

6

ductor alloy, or the like. Similarly, the n-type cladding layer 18, the p-type blocking layer 22, and the p-type cladding layer 24 can be composed of $Al_{x}Ga_{1-x}N$, an $In_{y}Al_{x}Ga_{1-x-y}N$ alloy, a $Ga_{z}In_{y}Al_{x}B_{1-x-y-z}N$ alloy, or the like. The molar fractions given by x, y, and z can vary between the various layers 18, 20, 22, and 24. The substrate 12 can be sapphire, silicon carbide, or another suitable material. The nucleation layer 14 and/or the buffer layer 16 can be composed of AlN, an AlGaN/AlN superlattice, and/or the like.

A heterointerface between two or more layers in the emitting device 10 can have a graded composition. Similarly, a layer can have a composition and/or doping that is graded. For example, one or more of layers 18, 22, and 24 can comprise a graded composition. Furthermore, one or more layers in the emitting device 10 can have a short period superlattice structure. In an embodiment, the p-type cladding layer 24 and/or a p-type contact can be at least partially transparent (e.g., semitransparent or transparent) to the electromagnetic radiation generated by the active region 20. For example, the p-type cladding layer 24 and/or the p-type contact can comprise a short period superlattice structure, such as an at least partially transparent magnesium (Mg)-doped AlGaN/AlGaN short period superlattice structure (SPSL). Furthermore, the p-type contact and/or an n-type contact can be at least partially reflective of the electromagnetic radiation generated by the active region 20. In another embodiment, the n-type cladding layer 18 and/or the n-type contact can be formed of a short period superlattice, such as an AlGaN SPSL, which is at least partially transparent to the electromagnetic radiation generated by the active region 20.

As used herein, a layer is at least partially transparent when the layer allows at least a portion of electromagnetic radiation in a corresponding range of radiation wavelengths to pass there through. For example, a layer can be configured to be at least partially transparent to a range of radiation wavelengths corresponding to a peak emission wavelength for the light (such as ultraviolet light or deep ultraviolet light) emitted by an active region 20 described herein (e.g., peak emission wavelength+/–five nanometers). As used herein, a layer is at least partially transparent to radiation if it allows more than approximately 0.5 percent of the radiation to pass there through. In a more particular embodiment, an at least partially transparent layer is configured to allow more than approximately five percent of the radiation to pass there through. Similarly, a layer is at least partially reflective when the layer reflects at least a portion of the relevant electromagnetic radiation (e.g., light having wavelengths close to the peak emission of the active region). In an embodiment, an at least partially reflective layer is configured to reflect at least approximately five percent of the radiation.

The active region 20 can be formed of a plurality of quantum wells separated by barriers. In an embodiment, the barriers of the active region 20 can be composed of a material having molar fractions for one or more of the corresponding elements, which varies between each of the barriers. For example, the barriers can be composed of a $Ga_{z}In_{y}Al_{x}B_{1-x-y-z}N$ material where one or more of the molar fractions of Al, Ga, In, and/or B varies between the barriers. Furthermore, one or more of the barriers can comprise a graded composition, in which the molar concentration of an element (e.g., a group III element) in the barrier varies within the barrier, and/or doping. The variation in the graded composition can be selected such that a barrier height of the corresponding barrier increases or decreases in a direction from an n-type side of the active region 20 to a p-type side of the active region 20. In an embodiment, a conduction band energy discontinuity and a valance band discontinuity at each of a plurality of heteroint-

7

erfaces between a barrier layer and a quantum well in the active region **20** is configured to be greater than twice an energy of a longitudinal optical phonon within a material of the active region **20**.

In an embodiment, the layers of dislocation bending structure **26** comprise $Al_xGa_{1-x}N$, with different molar fractions of Al, x, for adjacent layers. In a more particular illustrative embodiment, the molar fractions of adjacent layers differ by at least five percent. In a still more particular illustrative embodiment, the molar fractions of adjacent layers can differ by more than fifty percent, which can provide a larger efficiency of the dislocation bending. Dislocation bending structure **26** can include any number of layers, each of which has any corresponding thickness. In an embodiment, dislocation bending structure **26** has a periodic structure including at least forty periods, each of which includes at least two layers and has a total thickness (period size) between approximately ten nanometers (one hundred Angstroms) and approximately one micron. In another embodiment, dislocation bending structure **26** has an aperiodic structure including at least forty pairs of layers, with each pair having a total thickness between approximately ten nanometers (one hundred Angstroms) and approximately one micron. When the dislocation bending structure **26** has an aperiodic structure, different pairs of adjacent layers can have varying total thicknesses. The total thicknesses for the different pairs of adjacent layers can vary, for example, by up to approximately fifty percent.

Additional details of illustrative embodiments of dislocation bending structure **26** are shown and described with reference to FIGS. **4-9**, each of which shows an illustrative energy band diagram corresponding to an illustrative layer configuration of the dislocation bending structure **26** according to an embodiment.

FIG. **4** shows an illustrative energy band diagram corresponding to a dislocation bending structure **26** (FIG. **2**) according to an embodiment. The dislocation bending structure **26** can include a plurality of periods **32A-32**D, each of which includes two layers. In an embodiment, the layers of each period **32A-32**D are formed of AlGaN with the molar fraction of Al differing for each layer. In this case, the layer with a larger molar fraction of Al has a higher band gap than the layer with the lower molar fraction of Al. As described herein, the Al molar fractions of each layer in a period **32A-32**D can differ by at least five percent. Regardless, the different Al molar fractions in the layers of a period **32A-32**D can be selected to provide a desired amount of strain, which increases with the difference in the Al molar fraction. Similarly, the period size of each period **32A-32**D can be selected to be sufficiently large to provide sufficient strain with the corresponding Al molar fractions, but not too large so as to cause cracking. As discussed herein, the period size of each period can be less than approximately one micron.

FIG. **5** shows an illustrative energy band diagram corresponding to a dislocation bending structure **26** (FIG. **2**) according to another embodiment. In this case, the layers with a higher band gap are formed with short period superlattices. As illustrated, a short period superlattice can comprise multiple thin layers, which alternate between two or more band gaps. Similarly, FIG. **6** shows an illustrative energy band diagram corresponding to a dislocation bending structure **26** according to another embodiment, in which the layers with a lower band gap are formed with short period superlattices. Additionally, FIG. **7** shows an illustrative energy band diagram corresponding to a dislocation bending structure **26** according to another embodiment, in which all of the layers are formed with short period superlattices. In an embodiment, the short period superlattices are formed from AlGaN, with

8

the molar fractions of Al in the thin layers of the short period superlattice alternating between two or more molar fractions. In a further illustrative embodiment, the molar fractions of Al in the thin layers differ by less than approximately forty percent. In a more particular illustrative embodiment, the molar fractions of Al in the thin layers differ by less than approximately ten percent.

It is understood that the layers of the dislocation bending structure **26** can comprise any of various possible configurations. For example, FIG. **8** shows an illustrative energy band diagram corresponding to a dislocation bending structure **26** (FIG. **2**) according to an embodiment, in which each of the layers has a graded energy band. The graded energy band can be provided by the corresponding layer having a graded composition, such as a graded molar fraction of Al. In this case, the molar fraction can be steadily changed over the thickness of the layer from a first value to a second value.

In another embodiment, portions of a layer can have different configurations. For example, FIG. **9** shows an illustrative energy band diagram corresponding to a dislocation bending structure **26** according to an embodiment, in which each layer having a larger energy band gap has a first portion formed using a short period superlattice and a second portion formed with a substantially constant composition.

Still further, it is understood that the interfaces between layers of the dislocation bending structure **26** can have any of various possible configurations. For example, FIG. **10** shows several possible configurations of interfaces **36A-36**D between layers in a dislocation bending structure **26** according to an embodiment. To this extent, interface **36A** illustrates an abrupt change from an energy band diagram of a first layer to an energy band diagram of a second layer, while interface **36**B illustrates a gradual change from an energy band diagram of a first layer to an energy band diagram of a second layer over a distance (e.g., a graded interface). Furthermore, interfaces **36**C, **36**D illustrate changes from an energy band diagram of a first layer to an energy band diagram of a second layer where the transition includes an intermediate step. A desired interface can be selected based on, for example, the respective molar fractions of an element (e.g., aluminum) in each of the layers, growth parameters of the layers, and/or the like. It is understood that interfaces **36A-36**D are only illustrative and various alternative interfaces can be implemented. For example, a set of alternative interfaces can include interfaces comprising the mirror images of the interfaces **36A-36**D. However, various additional configurations of interfaces between layers in a dislocation bending structure **26** are possible.

As described herein, the various layers of dislocation bending structure **26** can be doped or undoped. To this extent, FIGS. **11** and **12** show illustrative simulated energy band diagrams for an undoped dislocation bending layer and a doped n-type dislocation bending layer, respectively, according to embodiments. In each case, the corresponding dislocation bending layer can provide sequential filtration of dislocations propagating from the substrate **12** due to a fraction of the dislocations experiencing bending at each interface.

Returning to FIG. **2**, it is understood that emitting device **10** can be manufactured using any solution. For example, a substrate **12** can be obtained, a nucleation layer **14** can be formed (e.g., grown, deposited, adhered, and/or the like) thereon, a buffer layer **16** can be formed on the nucleation layer **14**, and the dislocation bending structure **26** can be formed on the buffer layer **16**. In an alternative embodiment, the emitting device **10** can be formed without a nucleation layer **14**, and the buffer layer **16** can be formed directly on the substrate **12**. In still another alternative embodiment, the layers of disloca-

**9**

tion bending structure **26** can be fused into the substrate **12**, which can be covered with a transition layer facilitating fusion, and the dislocation bending structure **26** can be followed by a nucleation layer **14** and/or buffer layer **16**.

In any event, the n-type cladding layer **18** can be formed above the dislocation bending structure **26**. Furthermore, the active region **20**, which can include quantum wells and barriers, can be formed on the n-type cladding layer **18** using any solution. The p-type blocking layer **22** can be formed on the active region **20** and the p-type cladding layer **24** can be formed on the p-type blocking layer **22** using any solution. It is understood that the manufacture of emitting device **10** can include additional processing, including for example: the deposition and removal of a temporary layer, such as mask layer; the patterning one or more layers; the formation of one or more additional layers/contacts not shown; application to a submount (e.g., via contact pads); and/or the like.

While shown and described herein as a method of designing and/or fabricating an emitting device, it is understood that aspects of the invention further provide various alternative embodiments. For example, in one embodiment, the invention provides a method of designing and/or fabricating a circuit that includes one or more of the emitting devices designed and fabricated as described herein.

To this extent, FIG. **13** shows an illustrative flow diagram for fabricating a circuit **126** according to an embodiment. Initially, a user can utilize a device design system **110** to generate a device design **112** for an emitting device as described herein. The device design **112** can comprise program code, which can be used by a device fabrication system **114** to generate a set of physical devices **116** according to the features defined by the device design **112**. Similarly, the device design **112** can be provided to a circuit design system **120** (e.g., as an available component for use in circuits), which a user can utilize to generate a circuit design **122** (e.g., by connecting one or more inputs and outputs to various devices included in a circuit). The circuit design **122** can comprise program code that includes a device designed as described herein. In any event, the circuit design **122** and/or one or more physical devices **116** can be provided to a circuit fabrication system **124**, which can generate a physical circuit **126** according to the circuit design **122**. The physical circuit **126** can include one or more devices **116** designed as described herein.

In another embodiment, the invention provides a device design system **110** for designing and/or a device fabrication system **114** for fabricating a semiconductor device as described herein. In this case, the system **110**, **114** can comprise a general purpose computing device, which is programmed to implement a method of designing and/or fabricating the semiconductor device **116** as described herein. Similarly, an embodiment of the invention provides a circuit design system **120** for designing and/or a circuit fabrication system **124** for fabricating a circuit **126** that includes at least one device **116** designed and/or fabricated as described herein. In this case, the system **120**, **124** can comprise a general purpose computing device, which is programmed to implement a method of designing and/or fabricating the circuit **126** including at least one semiconductor device **116** as described herein.

In still another embodiment, the invention provides a computer program fixed in at least one computer-readable medium, which when executed, enables a computer system to implement a method of designing and/or fabricating a semiconductor device as described herein. For example, the computer program can enable the device design system **110** to generate the device design **112** as described herein. To this

**10**

extent, the computer-readable medium includes program code, which implements some or all of a process described herein when executed by the computer system. It is understood that the term "computer-readable medium" comprises one or more of any type of tangible medium of expression, now known or later developed, from which a stored copy of the program code can be perceived, reproduced, or otherwise communicated by a computing device.

In another embodiment, the invention provides a method of providing a copy of program code, which implements some or all of a process described herein when executed by a computer system. In this case, a computer system can process a copy of the program code to generate and transmit, for reception at a second, distinct location, a set of data signals that has one or more of its characteristics set and/or changed in such a manner as to encode a copy of the program code in the set of data signals. Similarly, an embodiment of the invention provides a method of acquiring a copy of program code that implements some or all of a process described herein, which includes a computer system receiving the set of data signals described herein, and translating the set of data signals into a copy of the computer program fixed in at least one computer-readable medium. In either case, the set of data signals can be transmitted/received using any type of communications link.

In still another embodiment, the invention provides a method of generating a device design system **110** for designing and/or a device fabrication system **114** for fabricating a semiconductor device as described herein. In this case, a computer system can be obtained (e.g., created, maintained, made available, etc.) and one or more components for performing a process described herein can be obtained (e.g., created, purchased, used, modified, etc.) and deployed to the computer system. To this extent, the deployment can comprise one or more of: (1) installing program code on a computing device; (2) adding one or more computing and/or I/O devices to the computer system; (3) incorporating and/or modifying the computer system to enable it to perform a process described herein; and/or the like.

The foregoing description of various aspects of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed, and obviously, many modifications and variations are possible. Such modifications and variations that may be apparent to an individual in the art are included within the scope of the invention as defined by the accompanying claims.

What is claimed is:

**1**. An emitting device comprising:

a substrate;

an active region located on a first side of the substrate; and

a dislocation bending structure located between the substrate and the active region, wherein the dislocation bending structure comprises at least forty pairs of adjacent layers, wherein each pair of adjacent layers includes:

a first layer composed of a material including an element; and

a second layer composed of a material including the element, wherein a molar fraction of the element differs for the first layer and the second layer by at least five percent.

**2**. The emitting device of claim **1**, wherein each pair of adjacent layers in the dislocation bending structure comprises a total thickness between approximately ten nanometers and approximately one micron.

US 8,633,468 B2

11

**3**. The emitting device of claim **2**, wherein the total thicknesses for different pairs of adjacent layers vary by up to approximately fifty percent.

**4**. The emitting device of claim **1**, further comprising an intermediate layer located between the substrate and the dislocation bending structure.

**5**. The emitting device of claim **1**, wherein the intermediate layer comprises a nucleation layer.

**6**. The emitting device of claim **1**, wherein at least one of the first layer or the second layer of at least one pair of the adjacent layers comprises a short period superlattice.

**7**. The emitting device of claim **1**, wherein at least one of the first layer or the second layer of at least one pair of the adjacent layers comprises at least one of: a graded composition or a graded doping.

**8**. The emitting device of claim **1**, wherein the element comprises a group III element.

**9**. The emitting device of claim **8**, wherein the material comprises a group III nitride-based material.

**10**. The emitting device of claim **1**, wherein the active region includes a set of quantum wells interlaced with a set of barriers, and wherein at least one of the set of barriers has a graded molar fraction of a group III element.

**11**. An emitting device comprising:

a substrate;

an active region located on a first side of the substrate; and

a dislocation bending structure located between the substrate and the active region, wherein the dislocation bending structure comprises a means for causing at least some dislocations propagating from the substrate to at least one of: bend or annihilate, prior to reaching the active region, and wherein the means for causing includes a plurality of non-overlapping periods, wherein each period includes:

a first layer composed of a material including an element; and

a second layer composed of a material including the element, wherein a molar fraction of the element differs for the first layer and the second layer by at least five percent.

**12**. The emitting device of claim **11**, wherein the means for causing includes a means for creating a strain sufficiently large to induce bending of the at least some dislocations.

**13**. The emitting device of claim **11**, wherein the difference in the molar fractions is selected based on a target amount of strain.

**14**. The emitting device of claim **11**, wherein the difference in the molar fractions is selected based on a thickness of at least one of the first layer or the second layer.

**15**. The emitting device of claim **11**, wherein the plurality of layers includes at least forty periods, wherein each period includes at least two of the plurality of layers, and wherein the difference in the molar fractions between the at least two of the plurality of layers is at least five percent.

**16**. A method of manufacturing an emitting device, the method comprising:

12

forming a dislocation bending structure on a first side of a substrate, wherein the dislocation bending structure comprises a means for causing at least some dislocations propagating from the substrate to at least one of: bend or annihilate, prior to reaching the active region, wherein the forming the dislocation bending structure includes forming a plurality of non-overlapping periods, wherein each period includes:

a first layer composed of a material including an element; and

a second layer composed of a material including the element, wherein a molar fraction of the element differs for the first layer and the second layer by at least five percent; and

forming an active region on an opposing side of the dislocation bending structure as the substrate.

**17**. The method of claim **16**, further comprising designing the dislocation bending structure to create a strain sufficiently large to induce bending of the at least some dislocations.

**18**. The method of claim **16**, further comprising selecting the difference in the molar fractions based on a target amount of strain.

**19**. The method of claim **16**, further comprising selecting the difference in the molar fractions based on a thickness of at least one of the first layer or the second layer.

**20**. The emitting device of claim **11**, wherein at least one of the first layer or the second layer of at least one pair of the adjacent layers comprises a short period superlattice.

**21**. The method of claim **16**, wherein at least one of the first layer or the second layer of at least one pair of the adjacent layers comprises a short period superlattice.

**22**. The emitting device of claim **11**, wherein differences between molar fractions of the element in adjacent layers of the dislocation bending structure alternate between a higher molar fraction of the element and a lower molar fraction of the element.

**23**. The emitting device of claim **11**, wherein differences between molar fractions of the element in adjacent layers of the dislocation bending structure alternate between a higher molar fraction of the element and a lower molar fraction of the element.

**24**. The method of claim **16**, wherein differences between molar fractions of the element in adjacent layers of the dislocation bending structure alternate between a higher molar fraction of the element and a lower molar fraction of the element.

**25**. The emitting device of claim **1**, wherein the material is aluminum gallium nitride and wherein the element is aluminum.

**26**. The emitting device of claim **11**, wherein the material is aluminum gallium nitride and wherein the element is aluminum.

**27**. The method of claim **16**, wherein the material is aluminum gallium nitride and wherein the element is aluminum.

*    *    *    *    *

# EXHIBIT 6

## U.S. PATENT NO. 9,660,133

(12) **United States Patent**
    Jain et al.

(10) Patent No.: **US 9,660,133 B2**
(45) Date of Patent: **May 23, 2017**

(54) **GROUP III NITRIDE HETEROSTRUCTURE FOR OPTOELECTRONIC DEVICE**

(71) Applicant: **Sensor Electronic Technology, Inc.**, Columbia, SC (US)

(72) Inventors: **Rakesh Jain**, Columbia, SC (US); **Maxim S. Shatalov**, Columbia, SC (US); **Jinwei Yang**, Columbia, SC (US); **Alexander Dobrinsky**, Loudonville, NY (US); **Michael Shur**, Latham, NY (US); **Remigijus Gaska**, Columbia, SC (US)

(73) Assignee: **Sensor Electronic Technology, Inc.**, Columbia, SC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/493,388**

(22) Filed: **Sep. 23, 2014**

(65) **Prior Publication Data**

US 2015/0083994 A1    Mar. 26, 2015

**Related U.S. Application Data**

(60) Provisional application No. 61/881,192, filed on Sep. 23, 2013.

(51) **Int. Cl.**
    *H01L 33/00*        (2010.01)
    *H01L 33/06*        (2010.01)
                (Continued)

(52) **U.S. Cl.**
    CPC ........ *H01L 33/0025* (2013.01); *H01L 33/007* (2013.01); *H01L 33/0075* (2013.01); *H01L 33/04* (2013.01); *H01L 33/06* (2013.01); *H01L 33/12* (2013.01); *H01L 33/32* (2013.01); *H01L 33/145* (2013.01)

(58) **Field of Classification Search**
    CPC . H01L 33/0025; H01L 33/06; H01L 33/0075; H01L 33/12; H01L 33/145
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

8,330,168 B2    12/2012  Ohta et al.
2003/0087462 A1    5/2003  Koide et al.
                (Continued)

FOREIGN PATENT DOCUMENTS

JP          5125513 B2    1/2013
JP        2007067077    9/2014
                (Continued)

OTHER PUBLICATIONS

Bykhovski et al., Elastic strain relaxation and piezoeffect in GaN—AlN, GaN—AlGaN and GaN—InGaN superlattices, J. Appl. Phys. 81(9), (1997), 8 pages.

                (Continued)

*Primary Examiner* — Mark Prenty
(74) *Attorney, Agent, or Firm* — LaBatt, LLC

(57)        **ABSTRACT**

Heterostructures for use in optoelectronic devices are described. One or more parameters of the heterostructure can be configured to improve the reliability of the corresponding optoelectronic device. The materials used to create the active structure of the device can be considered in configuring various parameters the n-type and/or p-type sides of the heterostructure.

**20 Claims, 10 Drawing Sheets**



## US 9,660,133 B2

Page 2

(51) **Int. Cl.**
  **H01L 33/12**     (2010.01)
  **H01L 33/04**     (2010.01)
  **H01L 33/32**     (2010.01)
  H01L 33/14     (2010.01)

(56)          **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2011/0001127 A1 | 1/2011 | Sakamoto et al. |
| 2012/0201264 A1 | 8/2012 | Shatalov et al. |
| 2012/0217473 A1 | 8/2012 | Shur et al. |
| 2013/0082237 A1 | 4/2013 | Northrup et al. |
| 2013/0157442 A1 | 6/2013 | Bondokov et al. |
| 2013/0181188 A1 | 7/2013 | Ooshika |
| 2014/0110754 A1 | 4/2014 | Jain et al. |
| 2015/0083994 A1* | 3/2015 | Jain .................... H01L 33/0025 257/13 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2009158804 | 9/2014 |
| KR | 10-2011-0081033 A | 7/2011 |
| KR | 10-2011-0120019 A | 11/2011 |
| KR | 10-2013-0083859 A | 7/2013 |

### OTHER PUBLICATIONS

Gaska et al., Electron mobility in modulation-doped AlGaN—GaN heterostructures, Appl. Phys. Lett. 74, 287 (1999), 4 pages.

Gaska et al., Piezoelectric Doping and Elastic Strain Relaxation in AlGaN/GaN HFETs, Appl. Phys. Lett. vol. 73, No. 24, 3577 (1998), 4 pages.

Ohba, Y. and R. Sato, Growth of AlN on sapphire substrates by using a thin AlN buffer layer grown two dimensionally at a very low V/III ratio, ournal of Crystal Growth, vol. 221, Issues 1-4, Dec. 2000, 4 pages.

Reina et al., Control of AlN buffer/sapphire substrate interface for AlN growth, Miyagawa, Phys. Status Solidi C, vol. 8, No. 7-8, 2069-2071 (2011), 3 pages.

Rumyantsev et al., Generation-Recombination Noise in GaN-based Devices, from GaN-based Materials and Devices: Growth, Fabrication, Characterization and Performance, Syst. 14, 175 (2004), 23 pages.

Search Report for Application No. 2014056863, Jan. 2, 2015 with 9 pages.

Yoon, N., Korean Application No. 10-2016-7010861, Office Action1 (with English translation), Jan. 24, 2017, 19 pages.

\* cited by examiner

# FIG. 1A
## *Prior Art*



# FIG. 1B
## *Prior Art*



U.S. Patent

May 23, 2017

Sheet 2 of 10

US 9,660,133 B2

# FIG. 2
## Prior Art



**FIG. 3**
*Prior Art*



**FIG. 4**
*Prior Art*



# FIG. 5



## FIG. 6

30

| | |
|---|---|
| Active Structure | 22 |
| n-type Layer | 20 |
| Grading Structure | 32 |
| Second Superlattice Structure | 18 |
| First Superlattice Structure | 16 |
| Buffer Layer | 14 |
| Substrate | 12 |

h1

d

h0

## FIG. 7

40

| | |
|---|---|
| Active Structure | 22 |
| n-type Layer | 20 |
| Fourth TCSL | 42D |
| Grading Structure | 32 |
| Third TCSL | 42C |
| Second Superlattice Structure | 18 |
| Second TCSL | 42B |
| First Superlattice Structure | 16 |
| First TCSL | 42A |
| Buffer Layer | 14 |
| Substrate | 12 |

*FIG. 8*

50

| | |
|---|---|
| Active Structure | <u>22</u> |
| Fourth n-type Sublayer | <u>52D</u> |
| Third n-type Sublayer | <u>52C</u> |
| Second n-type Sublayer | <u>52B</u> |
| First n-type Sublayer | <u>52A</u> |
| TCSL | <u>42</u> |
| Grading Structure | <u>32</u> |
| Second Superlattice Structure | <u>18</u> |
| First Superlattice Structure | <u>16</u> |
| Buffer Layer | <u>14</u> |
| Substrate | <u>12</u> |

20



**FIG. 9**

**FIG. 10**



100

| Substrate | 12 |
| Buffer Layer | 14 |
| First Superlattice Structure | 16 |
| Second Superlattice Structure | 18 |
| n-type Layer | 20 |

10

22

| Elec. Blocking Layer | 62 |
| p-type Layer | 66 |

70

74

p-type
Contact

72

n-type
Contact

76

78

80

| Submount | 82 |

FIG. 11



US 9,660,133 B2

1

# GROUP III NITRIDE HETEROSTRUCTURE FOR OPTOELECTRONIC DEVICE

## REFERENCE TO RELATED APPLICATIONS

The current application claims the benefit of co-pending U.S. Provisional Application No. 61/881,192, titled "Group III Nitride Heterostructure for Ligth Emission and Sensing," which was filed on 23 Sep. 2013, and which is hereby incorporated by reference.

## TECHNICAL FIELD

The disclosure relates generally to optoelectronic devices, and more particularly, to group III nitride heterostructures for use in fabricating optoelectronic devices.

## BACKGROUND ART

Development of electronic and optoelectronic devices, such as group III nitride based light emitting diodes (LEDs), with high efficiency and reliability depends on many factors. Such factors include: the quality of the semiconductor layers, active layer design, and contact quality. Designing high quality semiconductor layers is especially important for a number of electronic and optoelectronic devices including ultraviolet light emitting diodes (UV LEDs). The quality of a semiconductor layer is determined by a number of dislocations in the semiconductor layer as well as the stresses present in the material. When the stresses become larger than threshold stresses, the reliability of a structure can be compromised due to the formation of carrier capturing defects during the operation of the device. The conducting characteristics of the device also can be altered during device operation due to formation of cracks and defects. Furthermore, a resultant junction temperature increase can further affect the reliability and efficiency of the device.

To reduce overall stresses in the device and further reduce dislocation density, careful selection of epitaxial layers is required. Additionally, carefully selected barriers and quantum wells are needed to produce the target emission wavelength without imposing too much stresses and strains on the active layer. Furthermore, controlling stresses in the p-type layers is essential in order to ensure the reliability of the device.

Previous approaches have sought to control stresses without sacrificing electrical properties of the device. In one approach, the semiconductor structure is grown on a native aluminum nitride (AlN) substrate. A benefit of growing on an AlN crystal substrate is a small lattice mismatch between the substrate and the remaining semiconductor layers. Nevertheless, fabricating on an AlN substrate is difficult and expensive. Furthermore, only relatively small size AlN substrates can be fabricated, resulting in a small device yield.

Currently, a standard approach includes epitaxially growing a group III nitride semiconductor on a substrate made of sapphire, silicon carbide (SiC), or the like. However, the lattice constant and the coefficient of thermal expansion are significantly different between the substrate and the epitaxially grown semiconductor layers. As a result, cracks, dislocations, and pits can develop in the semiconductor layers during the epitaxial growth. A quality of a semiconductor layer can be further affected by point defects, compositional inhomogeneities, and inhomogeneities in doping concentration.

2

To solve this problem, various techniques have been developed to mitigate the effect of the substrate by growing a buffer layer that can absorb substrate induced stresses, and generally provide a layer which is closely lattice matched with subsequent epitaxial layers. For example, one approach seeks to produce a highly crystalline group III nitride semiconductor layer, where crack formation is prevented, on a silicon substrate by providing an AlN-based superlattice buffer layer having multiple first layers made of $Al_xGa_{1-x}N$, where the Al content x: $0.5<x<1$, and multiple second layers made of $Al_yGa_{1-y}N$, where the Al content y: $0.01<y<0.2$, which are alternately stacked, between the silicon substrate and the group III nitride semiconductor layer.

In another approach for obtaining a highly crystalline group III nitride semiconductor layer, the group III nitride semiconductor layer is formed on a superlattice composite layer by forming an AlN buffer layer on a silicon substrate and sequentially stacking, on the AlN buffer, a composition graded layer having a composition graded such that the aluminum content decreases in the crystal growth direction, and a superlattice composite layer, in which high Al-content layers and low Al-content layers are alternately stacked.

In still another approach, the AlN buffer layer was grown using metalorganic chemical vapor deposition (MOCVD) on a sapphire substrate. Growth conditions were optimized using a two-step growth technique, in which the first-step growth was done at a low temperature (1200° C.) and followed by the second-step growth at a high temperature (1270° C.). At the first-step growth, the substrate was entirely covered by two-dimensionally grown AlN by decreasing a V/III ratio to 1.5, although microcrystalline islands were observed at V/III ratios of 1.2 and 4.0. The approach reportedly yielded an almost pit-free flat surface after the second-step growth.

Approaches have sought to control growth of the AlN buffer through optimization of MOCVD process. For example, in one approach, the growth condition of AlN buffer layer was studied to fabricate a high-quality AlN layer on a sapphire substrate. Trimethylaluminum (TMA) and ammonia ($NH_3$) were used as precursors for Al and N, respectively. Prior to the growth, the substrate was cleaned in an $H_2$ atmosphere at 1000-1100° C. for ten minutes. The AlN buffer layer was then grown at a V/III ratio of 2763 with the growth temperature varied from 800 to 1250° C., with a thickness of 5-50 nm. Finally, a 1 μm AlN layer was grown at 1430° C. with a V/III ratio of 584 under a pressure of 30 Torr.

An effect of the substrate on electron mobility can be demonstrated by measuring electron mobility in modulation-doped $Al_{0.2}Ga_{0.8}N$—GaN heterostructures grown on various substrates. For example, FIGS. 1A and 1B show electron mobility measurements for sapphire, conducting 6H—SiC, and insulating 4H—SiC substrates as a function of the sheet electron density, ns, at the heterointerface. As illustrated by these measurements, a slightly higher electron mobility is obtained on a SiC substrate than that on sapphire substrate. The higher electron mobility is likely attributed to higher quality layers grown on the SiC substrate as compared to sapphire, perhaps due to a lower lattice constant mismatch between AlGaN and SiC.

AlGaN/AlGaN heterostructures as well as AlGaN/GaN heterostructures have various traps associated with the dislocations created in the layers. For example, FIG. 2 shows various traps associated with such heterostructures according to the prior art.

Levels of stresses/strains in a heterostructure, such as an AlGaN/GaN heterostructure, depend on the layer thick-

3

nesses. For example, FIG. 3 shows relative strain in an $Al_{0.25}Ga_{0.75}N$ layer grown on a thick GaN substrate according to the prior art. When the layer thickness is increased, the resulting stress is decreased due to formation of dislocations and other defects (e.g., stress relaxation). For example, prior to the abrupt interface, the strain is high. However, moving further away from the abrupt interface, the strain relaxes due to the presence of dislocations. To a good approximation, the stress depends linearly and proportionally to the strain within a layer. Consequently, as illustrated in FIG. 3, for an abrupt interface, the stress decreases rapidly, while the stress decreases more slowly for a graded interface.

A critical thickness of a layer can be defined as the thickness at which the dislocations become energetically favorable. For AlGaN layers, the critical thickness depends on the Al molar ratio. For example, FIG. 4 shows the dependence of the critical thickness on the aluminum molar ratio of an AlGaN layer in an AlGaN/GaN heterostructure according to the prior art. As illustrated, as the Al molar ratio increases, the stresses present due to lattice mismatch also increase, which results in a decreasing critical thickness of the AlGaN layer.

## SUMMARY OF THE INVENTION

Aspects of the invention provide heterostructures for use in optoelectronic devices and the resulting optoelectronic devices. One or more parameters of the heterostructure can be configured to improve the reliability of the corresponding optoelectronic device. The materials used to create the active structure of the device can be considered in configuring various parameters the n-type and/or p-type sides of the heterostructure.

A first aspect of the invention provides a heterostructure comprising: a substrate; an AlN buffer layer located on the substrate; a $Al_xGa_{1-x}N/Al_xGa_{1-x}N$ first superlattice structure located on the buffer layer, wherein $0.6 < x \leq 1$, $0.1 < x' < 0.9$, and $x > x'$, and wherein each layer in the first superlattice structure has a thickness less than or equal to one hundred nanometers; a $Al_yGa_{1-y}N/Al_{y'}Ga_{1-y'}N$ second superlattice structure located on the first superlattice structure, wherein $y' < x'$, $0.6 < y \leq 1$, $0.1 < y' < 0.8$, and $y > y'$, and wherein each layer in the second superlattice structure has a thickness less than one hundred nanometers; an $Al_zGa_{1-z}N$ n-type layer located on the second superlattice structure, wherein $0.1 < z < 0.75$ and $z < y'$; and an $Al_bGa_{1-b}N/Al_qGa_{1-q}N$ active structure, wherein b-q>0.05.

A second aspect of the invention provides a heterostructure comprising: a substrate; a buffer layer located on the substrate, wherein the buffer layer is formed of a group III nitride material including aluminum; a grading structure located on the buffer layer, wherein the grading structure is formed of a group III nitride material having an aluminum molar fraction that decreases from an aluminum molar fraction at a bottom heterointerface to an aluminum molar fraction at a top heterointerface; a n-type layer located on the grading structure, wherein the n-type layer is formed of a group III nitride material including aluminum having a molar fraction z, and wherein $0.1 < z \leq 0.9$; an active structure including quantum wells and barriers, wherein the quantum wells are formed of a group III nitride material including aluminum having a molar fraction q and the barriers are formed of a group III nitride material including aluminum having a molar fraction b, and wherein b-q>0.05; an electron blocking layer located on the active structure, wherein the electron blocking layer is formed of a group III nitride material including aluminum having a molar fraction B, and

4

wherein B is at least 1.05*b; a p-type GaN layer located on the electron blocking layer; and a graded p-type layer located between the electron blocking layer and the GaN layer, wherein the graded p-type layer has an aluminum molar fraction that decreases from B at a heterointerface between the electron blocking layer and the graded p-type layer to zero at a heterointerface between the graded p-type layer and the GaN layer.

A third aspect of the invention provides a method of fabricating a device, the method comprising: creating a device design for the device, wherein the creating includes configuring a n-type side of a heterostructure for the device based on an active structure in the heterostructure including quantum wells and barriers based on a target wavelength for the device, wherein the quantum wells are formed of a group III nitride material including aluminum having a molar fraction q and the barriers are formed of a group III nitride material including aluminum having a molar fraction b, and wherein b-q>0.05, wherein the configuring includes: configuring a grading structure located between the active structure and a buffer layer of the heterostructure, wherein the grading structure is formed of a group III nitride material having an aluminum molar fraction that decreases from an aluminum molar fraction at a bottom heterointerface to an aluminum molar fraction at a top heterointerface; and configuring a n-type layer located between the grading structure and the active structure, wherein the n-type layer is formed of a group III nitride material including aluminum having a molar fraction z selected based on at least one of: b or q; and fabricating the device according to the device design.

The illustrative aspects of the invention are designed to solve one or more of the problems herein described and/or one or more other problems not discussed.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features of the disclosure will be more readily understood from the following detailed description of the various aspects of the invention taken in conjunction with the accompanying drawings that depict various aspects of the invention.

FIGS. 1A and 1B show electron mobility measurements for different substrates as a function of the sheet electron density according to the prior art.

FIG. 2 shows various traps associated with various heterostructures according to the prior art.

FIG. 3 shows relative strain in an $Al_{0.25}Ga_{0.75}N$ layer grown on a thick GaN substrate according to the prior art.

FIG. 4 shows the dependence of the critical thickness on the aluminum molar ratio of an AlGaN layer in an AlGaN/GaN heterostructure according to the prior art.

FIG. 5 shows an illustrative heterostructure according to an embodiment.

FIG. 6 shows an illustrative heterostructure according to another embodiment.

FIG. 7 shows another illustrative heterostructure according to an embodiment.

FIG. 8 shows yet another illustrative heterostructure according to an embodiment.

FIG. 9 shows an illustrative heterostructure including p-type layers according to an embodiment.

FIG. 10 shows a schematic structure of an illustrative flip chip light emitting diode according to an embodiment.

FIG. 11 shows an illustrative flow diagram for fabricating a circuit according to an embodiment.

It is noted that the drawings may not be to scale. The drawings are intended to depict only typical aspects of the

US 9,660,133 B2

5

invention, and therefore should not be considered as limiting the scope of the invention. In the drawings, like numbering represents like elements between the drawings.

## DETAILED DESCRIPTION OF THE INVENTION

As indicated above, aspects of the invention provide heterostructures for use in optoelectronic devices and the resulting optoelectronic devices. One or more parameters of the heterostructure can be configured to improve the reliability of the corresponding optoelectronic device. The materials used to create the active structure of the device can be considered in configuring various parameters the n-type and/or p-type sides of the heterostructure.

An illustrative embodiment can improve the reliability of a device through simultaneous optimization of several parameters of the heterostructure. These parameters can include: compositional profiles of the semiconductor layers; doping profiles of the semiconductor layers; and thicknesses of the semiconductor layers. Additionally, optimization of strains within the semiconductor layers and resultant polarization fields also can increase a reliability of the corresponding device.

As used herein, unless otherwise noted, the term "set" means one or more (i.e., at least one) and the phrase "any solution" means any now known or later developed solution. Additionally, unless otherwise noted, the term "approximately" and similar terms means within +/− ten percent. As also used herein, a layer is a transparent layer when the layer allows at least ten percent of radiation having a target wavelength, which is radiated at a normal incidence to an interface of the layer, to pass there through. Furthermore, as used herein, a layer is a reflective layer when the layer reflects at least ten percent of radiation having a target wavelength, which is radiated at a normal incidence to an interface of the layer. In an embodiment, the target wavelength of the radiation corresponds to a wavelength of radiation emitted or sensed (e.g., peak wavelength +/− five nanometers) by an active structure during operation of the corresponding device. For a given layer, the wavelength can be measured in a material of consideration and can depend on a refractive index of the material.

Turning to the drawings, FIG. 5 shows an illustrative heterostructure 10 according to an embodiment. The heterostructure 10 can be configured for light emission and/or light sensing. To this extent, the heterostructure 10 can be used in fabricating an optoelectronic device, such as a conventional or super luminescent light emitting diode (LED), a light emitting laser, a laser diode, a light sensor, an ultraviolet sensor, a photodetector, a photodiode, an avalanche diode, and/or the like. In an illustrative embodiment, the optoelectronic device is configured to operate as an emitting device, such as a light emitting diode (LED). In this case, during operation of the optoelectronic device, application of a bias comparable to the band gap results in the emission of electromagnetic radiation from an active structure 22 of the heterostructure 10. The electromagnetic radiation emitted by the heterostructure 10 can have a peak wavelength within any range of wavelengths, including visible light, ultraviolet radiation, deep ultraviolet radiation, infrared light, and/or the like. In an embodiment, the heterostructure 10 is configured to emit radiation having a dominant wavelength within the ultraviolet range of wavelengths. In a more specific embodiment, the dominant wavelength is within a range of wavelengths between approximately 210 and approximately 350 nanometers.

6

The heterostructure 10 includes a substrate 12, a buffer layer 14 adjacent to the substrate 12, a first superlattice structure 16 adjacent to the buffer layer 14, a second superlattice structure 18 adjacent to the first superlattice structure 16, an n-type layer 20 (e.g., a cladding layer, electron supply layer, contact layer, and/or the like) adjacent to the second superlattice structure 18, and an active structure 22 adjacent to the n-type layer 20. In an embodiment, each subsequent structure/layer is epitaxially grown on a previous structure/layer using any solution. The substrate 12 can be sapphire, silicon carbide (SiC), silicon (Si), GaN, AlGaN, AlON, LiGaO$_2$, or another suitable material, and the buffer layer 14 can be composed of AlN, an AlGaN/AlN superlattice, and/or the like.

In an illustrative embodiment, the heterostructure 10 is a group III-V materials based heterostructure, in which some or all of the various layers/structures are formed of elements selected from the group III-V materials system. In a still more particular illustrative embodiment, the various layers of the heterostructure 10 are formed of group III nitride based materials. Group III nitride materials comprise one or more group III elements (e.g., boron (B), aluminum (Al), gallium (Ga), and indium (In)) and nitrogen (N), such that B$_W$Al$_X$Ga$_Y$In$_Z$N, where $0 \leq W, X, Y, Z \leq 1$, and $W+X+Y+Z=1$. The molar fractions given by W, X, Y, and Z can vary between the various layers of the heterostructure 10. Illustrative group III nitride materials include binary, ternary and quaternary alloys such as, AlN, GaN, InN, BN, AlGaN, AlInN, AlBN, AlGaInN, AlGaBN, AlInBN, and AlGaInBN with any molar fraction of group III elements. Illustrative aspects of the invention are further described in conjunction with ternary AlGaN layers. However, it is understood that these layers are only illustrative of the nitride materials that can be utilized. For example, in other embodiments, one or more of the semiconductor layers can include indium, thereby forming a quaternary AlInGaN layer. To this extent, quantum wells in an active structure described herein can contain indium, e.g., at least one percent indium in a more particular embodiment.

The heterostructure 10 can be configured for emission or sensing electromagnetic radiation of a target wavelength. To this extent, the active structure 22 can be formed of materials suitable for generating and/or sensing electromagnetic radiation of the target wavelength. Based on the materials utilized in the active structure 22, the remainder of the heterostructure 10 can be configured (e.g., optimized) to, for example, control stresses within the active structure 22, polarization fields, conductivity of the layers, mitigation of defects, and/or the like, which in turn can lead to improved reliability and/or quantum efficiency for the heterostructure 10 and corresponding device.

Configuration of the remainder of the heterostructure 10 can include selection and/or adjustment of one or more of various attributes of the layers/structures in the heterostructure 10, inclusion or removal of one or more layers/structures in the heterostructure 10, a change in order of the layers/structures in the heterostructure 10, and/or the like. Illustrative layer/structure attributes include, for example, adjustment of: an aluminum molar fraction in a material of the layer/structure; a thickness of a layer/structure; one or more growth conditions for the layer/structure (e.g., temperature, pressure, V/III ratio, etc.); a doping concentration of the layer/structure; and/or the like.

For a group III nitride heterostructure 10, the buffer layer 14 can be epitaxially grown over the substrate 12. For example, the buffer layer 14 can be formed of aluminum nitride (AlN). Alternatively, the buffer layer 14 can be

7

8

formed of AlGaN having an aluminum molar fraction between 0.3 and 1. The buffer layer **14** can be grown to a thickness configured to provide a sufficient amount of stress relief and/or dislocation reduction. In an illustrative embodiment, the buffer layer **14** can have a thickness greater than 0.1 microns. Additionally, the thickness of the buffer layer **14** can be less than or equal to one hundred microns to minimize the development of cracks within the buffer layer **14**. For example, the buffer layer **14** can have a thickness between 5 Angstroms and 100 microns.

The first superlattice structure **16** can be grown (e.g., deposited) over the buffer layer **14**. The first superlattice structure **16** can include multiple periods $16_1 \ldots 16_n$, each of which includes two layers **16**A, **16**B. In an illustrative embodiment, for each period $16_1 \ldots 16_n$, the layer **16**A is formed of $Al_xGa_{1-x}N$ and the layer **16**B is formed of $Al_{x'}Ga_{1-x'}N$. The layer **16**B can have an aluminum molar fraction x' in a range $0.1 < x' < 0.8$. The layer **16**A can have a higher aluminum molar fraction than that of the layer **16**B (e.g., $x > x'$). However, it is understood that this is only illustrative and other embodiments are possible. For example, the first superlattice structure **16** could include periods formed of any number of two or more layers **16**A, **16**B. Additionally, the layer **16**A of the periods $16_1 \ldots 16_n$ can be formed of AlN. However, when the layer **16**A includes gallium, a difference between x and x' can be less than 0.5. A thickness of each layer **16**A, **16**B can be between 1 nanometer and 100 nanometers, and the first superlattice structure **16** can include between ten and one hundred periods. In an illustrative embodiment, the first superlattice structure **16** includes layers **16**A, **16**B having thicknesses of approximately thirty nanometers (within a range of 15-50 nanometers) and a total of approximately forty periods. In another embodiment, the layers **16**A can have thicknesses in the range of 1-50 nanometers, and the layers **16**B can have thicknesses in the range of 5-100 nanometers.

The second superlattice structure **18** can be grown (e.g., deposited) over the first superlattice structure **16**. The second superlattice structure **18** can include multiple periods $18_1 \ldots 18_m$, each of which includes two layers **18**A, **18**B. In an illustrative embodiment, for each period $18_1 \ldots 18_m$, the layer **18**A is formed of $Al_yGa_{1-y}N$ and the layer **18**B is formed of $Al_{y'}Ga_{1-y'}N$. The layer **18**B can have an aluminum molar fraction y' in a range $0.1 < y' < 0.65$. The layer **18**A can have a higher aluminum molar fraction than that of the layer **18**B (e.g., $y > y'$). However, it is understood that this is only illustrative and other embodiments are possible. For example, the second superlattice structure **18** could include periods formed of any number of two or more layers **18**A, **18**B. Additionally, the layer **18**A of the periods $18_1 \ldots 18_m$ can be formed of AlN. However, when the layer **18**A includes gallium, a difference between y and y' can be less than 0.5. A molar fraction y' for the layer **18**B can be configured based on the molar fraction x' for the layer **16**B in the first superlattice structure **16**. For example, y' can be less than x'. In an embodiment, y' is at least 0.05 lower than x'. A thickness of each layer **18**A, **18**B can be between 1 nanometer and 100 nanometers, and the second superlattice structure **18** can include between ten and one hundred periods. In an illustrative embodiment, the second superlattice structure **18** includes layers **18**A, **18**B having thicknesses of approximately thirty nanometers (within a range of 15-50 nanometers) and a total of approximately forty periods. In another embodiment, the layers **16**A can have thicknesses in the range of 1-50 nanometers, and the layers **16**B can have thicknesses in the range of 5-100 nanometers.

The n-type layer **20** can be grown (e.g., deposited) over the second superlattice structure **18**. The n-type layer **20** can be formed of $Al_zGa_{1-z}N$, where $0.1 < z < 0.7$ and have a thickness between 0.1 microns and fifty microns. The molar fraction z of the n-type layer **20** can be selected based on the molar fraction y' for the layer **18**B in the second superlattice structure **18**. For example, the molar fraction z can be selected to be less than the molar fraction y'. Additionally, the n-type layer **20** can comprise an n-type doping (e.g., using silicon atoms) with a doping concentration on the order of $10^{18}$ dopants per $cm^3$.

The active structure **22** can be grown (e.g., deposited) over the n-type layer **20**. The active structure can be undoped or comprise an n-type doping (e.g., using silicon atoms) with a doping concentration on the order of $10^{18}$ dopants per $cm^3$. As illustrated by a band gap diagram shown in the inset of FIG. **5**, the active structure **22** can include a multiple quantum well structure formed of barriers **24** comprising $Al_bGa_{1-b}N$ and quantum wells **26** formed of $Al_qGa_{1-q}N$, where $b-q > 0.05$. The barriers **24** in the active structure **22** can have thicknesses in a range of 5 nanometers to 25 nanometers (e.g., about ten nanometers), while the quantum wells **26** can have thicknesses in a range of 1 nanometer to 5 nanometers (e.g., about two nanometers). However, it is understood that the actual thicknesses of the barriers **24** and quantum wells **26** can vary between fifty and one hundred percent around these thicknesses.

The barriers **24** in the active structure **22** have a higher aluminum molar fraction b than the aluminum molar fraction q of the quantum wells **26**. The quantum well aluminum molar fraction q, the thicknesses of the quantum wells **26**, as well as the thicknesses and aluminum molar concentrations b of the barriers **24** can be chosen such that the active structure **22** emits electromagnetic radiation having a target wavelength, while maximizing radiative recombination and the injection efficiency of the heterostructure **10** using any solution.

The aluminum molar fractions x, x', y, y', z, b, and q can be configured based on a target wavelength for the active structure **22**. In an embodiment, the heterostructure **10** is configured for inclusion in an optoelectronic device having a target wavelength in the ultraviolet range of wavelengths. In this case, the active structure **22** can be configured, e.g., by adjusting the aluminum molar fractions b, q to emit or sense electromagnetic radiation of the target wavelength using any solution. In general, for smaller target wavelengths, the aluminum molar fractions b, q, increase.

Based on the aluminum molar fractions b, q, the aluminum molar fractions x, x', y, y', and z can be configured to control the stresses within the active layer **22**, as well as the polarization fields, and/or the like. For example, the active structure **22** can be configured to emit electromagnetic radiation having a peak wavelength between 260 nanometers and 300 nanometers. In this case, the aluminum molar fraction b can be in a range of $0.4 < b < 0.7$ while the aluminum molar fraction q can be in a range of $0.2 < q < 0.6$. Furthermore, the aluminum molar fractions x', y', and z can be within the ranges: $0.4 < z < 0.75$; $0.5 < y' < 0.8$; and $0.6 < x' < 0.9$, where $z < y' < x'$. As described herein, the aluminum molar fractions x, y can be one, in which case the corresponding layers are AlN, or can be higher than the corresponding x', y' molar fractions by less than 0.5. Furthermore, the buffer layer **14** can comprise an AlGaN layer having an aluminum molar fraction between 0.7 and 1.

Due to a high stress field within the active structure **22** of the heterostructure **10**, it is desirable to keep the band gap of the quantum wells **26** significantly lower than that of the

US 9,660,133 B2

9
10

target wavelength. The band gap of the quantum wells **26** can be reduced by reducing the aluminum molar fraction q of the quantum wells **26**. To this extent, an active structure **22** configured to emit electromagnetic radiation having a peak wavelength between 300 nanometers and 360 nanometers typically has lower b, q values than those utilized for the 260-300 nanometer range. For example, the aluminum molar fraction b can be in a range of 0.1<b<0.6 while the aluminum molar fraction q can be in a range of 0<q<0.35. In a more particular example for emission optimized around 310 nanometers, the aluminum molar fraction q of the quantum wells **26** in the active structure **22** can be in a range of 0.15≤q≤0.25 and the aluminum molar fraction b for the barriers **24** can be in a range of 0.3≤b≤0.5, where b-q>0.05 and b>q>0. To this extent, the composition of the n-type layer **20** can have a lower aluminum molar fraction z than that utilized for the 260-300 nanometer range of wavelengths. Similarly, the aluminum molar fractions x', y' also can be lower than those used for the 260-300 nanometer range of wavelengths. In general, for operation in the 300-360 nanometer range (more particularly in the 310-320 nanometer range), the aluminum molar fraction z can be about 5-50% (5-30% in a more particular embodiment) less than the aluminum molar fraction z used for a corresponding 260-300 nanometer structure and the aluminum molar fractions x' and y', can be about 10-40% (10-30% in a more particular embodiment) less than the aluminum molar fractions x', y' used for the corresponding 260-300 nanometer structure. To this extent, an illustrative embodiment of the aluminum molar fractions x', y', and z used for a 300-360 nanometer heterostructure **10** can correspond to the ranges: 0.25<z<0.5; 0.45<y'<0.65; and 0.6<x'<0.8, where z<y'<x'. Furthermore, the buffer layer **14** can comprise an AlGaN layer having an aluminum molar fraction between 0.3 and 0.8.

An active structure **22** configured to emit electromagnetic radiation having a peak wavelength between 230 nanometers and 260 nanometers typically has higher b, q values than those required for the 260-300 nanometer range. For example, the aluminum molar fraction q for the quantum wells **26** can be in a range of 0.45<q<0.75 and the aluminum molar fraction b for the barriers can be in a range of 0.55<b<0.9, where b-q>0.05 and b>q>0.2. To this extent, the composition of the n-type layer **20** can have a higher aluminum molar fraction z than that utilized for the 260-300 nanometer range of wavelengths. For example, the aluminum molar fraction z can be in a range of 0.6≤z≤0.9, where z>q. In this case, the heterostructure **10** can be formed without one or both of the superlattice structures **16**, **18** as stress relief between an AlN buffer layer **14** and the n-type layer **20** may not be required.

Similarly, the aluminum molar fractions x', y' also can be lower than those used for the 260-300 nanometer range of wavelengths. In general, for operation in the 300-360 nanometer range (more particularly in the 310-320 nanometer range), the aluminum molar fraction z can be about 5-50% (5-30% in a more particular embodiment) less than the aluminum molar fraction z used for a corresponding 260-300 nanometer structure and the aluminum molar fractions x' and y', can be about 10-40% (10-30% in a more particular embodiment) less than the aluminum molar fractions x', y' used for the corresponding 260-300 nanometer structure. To this extent, an illustrative embodiment of the aluminum molar fractions x', y', and z use for a 300-360 nanometer heterostructure **10** can correspond to the ranges: 0.25<z<0.5; 0.45<y'<0.65; and 0.6<x'<0.8, where z<y'<x'.

In an embodiment, it is desirable that the structures/layers **14**, **16**, **18**, **20** be transparent to the electromagnetic radiation having a target wavelength for the active structure **22**. In this case, a band gap of the buffer layer **14**, an average band gap of each of the superlattice structures **16**, **18**, and a band gap of the n-type layer **20** can be similar to or higher than that of the conduction/valence energy level separation within the quantum wells **26** of the active structure **22**. This configuration can result in transparency of the structures/layers **14**, **16**, **18**, **20** located between the substrate **12** and the active structure **22** and avoid internal absorption of electromagnetic radiation having the target wavelength.

One or more additional attributes of the growth of the structures/layers **14**, **16**, **18**, **20** and/or the resulting structures/layers **14**, **16**, **18**, **20** can be configured based on stresses developed in the corresponding structure. For example, one or more of: the thickness, composition, and/or growth conditions of a semiconductor layer can be configured so that the stresses do not exceed the threshold stresses developed due to lattice mismatch, thermal stresses, and stresses resulting during formation of the semiconductor layer (e.g., including stresses due to coalescence of semiconductor grains or islands formed during the growth process). In an embodiment, stresses in an overall semiconductor film are evaluated by analyzing the bowing of the substrate **12**. For example, the Stoney formula can be used to link the bowing and the stresses in the semiconductor layers, wherein the Stoney formula is given by:

$$\sigma = \frac{E_s h_s^2 k}{6 h_f (1 - \nu_s)},$$

where σ is the stress in the semiconductor composite film; $E_s$ is Young's modulus of the substrate **12**; $h_s$ is the substrate **12** thickness; k is the substrate **12** curvature; $h_f$ is the semiconductor composite film thickness; and $\nu_s$ is the substrate **12** Poisson ratio. The Stoney formula involves assumptions that the thickness of the semiconductor composite film is significantly smaller than the thickness of the substrate **12** and that elastic isotropic conditions accurately describe the conditions in the substrate-film system.

It is understood that the heterostructure **10** is only illustrative. To this extent, a heterostructure can include one or more additional layers/structures. Similarly, it is understood that a heterostructure described herein can be implemented without one or more of the layers/structures, regardless of the target wavelength. For example, an embodiment of the heterostructure can include only one or neither of the superlattice structures **16**, **18**. To this extent, when the heterostructure does not include one or both superlattice structures **16**, **18**, a graded semiconductor layer can be included between the buffer layer **14** and the n-type layer **20**, for which the composition slowly changes along the thickness from the layer, e.g., from a composition comparable to the buffer layer **14** to a composition comparable to the n-type layer **20**. Furthermore, it is understood that one or more of the layers/sublayers described herein can include one or more additional attributes. For example, a layer/sublayer can be formed such that at least a portion of a surface of the layer/sublayer is textured (e.g., using etching, sputtering, molecular beam epitaxy, and/or the like). The texturing can be configured to promote adhesion, reduce stress, increase light extraction, and/or the like.

FIG. **6** shows an illustrative heterostructure **30** according to another embodiment. In this case, the heterostructure **30**

11

includes a grading structure 32 located between the second superlattice structure 18 and the n-type layer 20. The grading structure 32 can be formed of $Al_{g(h)}Ga_{1-g(h)}N$, where the aluminum molar fraction g is a function of a height coordinate h within the grading structure 32. In an embodiment, the aluminum molar fraction g has a grading such that g(h=h0)=y' and g(h=h1)=z, where h0 is the height coordinate corresponding to the heterointerface between the grading structure 32 and a top layer of the second superlattice structure 18 and h1 is the height coordinate corresponding to the heterointerface between the grading structure 32 and the n-type layer 20. In a more particular embodiment, the grading is a linear grading and can be calculated as g(h)=y'+(h−h0)·(z−y')/(h1−h0). A thickness d of the grading structure 32 can vary from 5 nanometers to 1000 nanometers depending on the target wavelength of the electromagnetic radiation and can be either doped or undoped. In a more particular embodiment, the thickness d can be in a range between 150 nanometers and 280 nanometers. When doped, the grading structure 32 can have an n-type doping concentration (e.g., using silicon atoms) on the order of $10^{18}$ dopants per $cm^3$.

It is understood that the heterostructure 30 is only illustrative. For example, in another embodiment, the grading structure 32 can be located on a different underlying layer, such as the buffer layer 14 (e.g., when neither superlattice structure 16, 18 is included in the heterostructure). To this extent, the grading structure 32 can have an aluminum molar fraction g(h=h0) that is approximately equal to the aluminum molar fraction of the top surface of the underlying layer (e.g., the buffer layer 14) on which the grading structure 32 is formed (e.g., epitaxially grown). Additionally, it is understood that the linear grading described herein is only illustrative of various grading approaches. For example, in an embodiment, the grading can be adjusted in a series of steps as the grading structure 32 is grown. Furthermore, in another embodiment, the grading structure 32 can be an undoped (e.g., unintentionally doped) layer having an aluminum molar fraction that is less than or equal to the aluminum molar fraction of the underlying layer (e.g., y') and greater than or equal to the aluminum molar fraction z of the n-type layer 20.

FIG. 7 shows another illustrative heterostructure 40 according to an embodiment. In this case, the heterostructure 40 includes several tensile/compressive superlattices (TCSLs) 42A-42D located in the heterostructure 40 between the buffer layer 14 and the n-type layer 20. It is understood that while the heterostructure 40 is shown including four TCSLs 42A-42D, a heterostructure 40 can include any combination of any number of one or more TCSLs 42A-42D within the heterostructure 40. For example, a heterostructure 40 can include: only TCSL 42A; TCSLs 42A, 42C; and/or the like.

Each TCSL 42A-42D comprises alternating compressive or tensile layers, which can be configured to reduce the stress in the heterostructure 40, bend threading dislocations, and/or the like. Formation of such layers 42A-42D can be controlled by growth parameters such as the V/III ratio, temperature, pressure, and/or the like, which can result in changes to the lattice parameter for the material. Additional discussion regarding the formation and use of TCSLs 42A-42D is included in U.S. patent application Ser. No. 13/692, 191, titled "Epitaxy Technique for Growing Semiconductor Compounds," which was filed on 3 Dec. 2012, and which is hereby incorporated by reference. As described therein, tensile and compressive layers can be obtained by changing the V/III ratio of the precursors during growth, such as metalorganic chemical vapor deposition (MOCVD) growth.

12

In an embodiment, a TCSL 42A-42D (e.g., TCSL 42D) includes alternating $Al_uGa^{1-u}N$ tensile layers, where 0.3<u<1, and $Al_tGa_{1-t}N$ compressive layers, where 0.1<t<1, which can be epitaxially grown using any solution. The tensile layers can have a lattice mismatch with the compressive layers of at least 0.1%. Each layer in the TCSL 42A-42D can have a thickness between 5 nanometers and 5000 nanometers. In a more particular embodiment, a TCSL 42A-42D, such as TCSL 42D, includes layers having thicknesses between 5 nanometers and 30 nanometers and 0.3<u, t<1. When a heterostructure includes one or more TCSLs 42C, 42D located immediately adjacent to the grading structure 32, it is understood that the grading structure 32 can have a varying aluminum content that is selected based on the corresponding immediately adjacent sublayer of the corresponding TCSL 42C, 42D.

FIG. 8 shows yet another illustrative heterostructure 50 according to an embodiment. In this case, the heterostructure 50 includes a single TCSL 42 located between the grading structure 32 and a compound n-type layer 20. The compound n-type layer 20 is formed of four n-type sublayers 52A-52D. The sublayers 52A-52D can be configured to provide a varying aluminum molar fraction and/or doping concentration along the height of the n-type layer 20.

In an illustrative embodiment, such as when the target wavelength is between 260-300 nanometers, the first n-type sublayer 52A comprises an $Al_{z1}Ga_{1-z1}N$ layer having a thickness in a range of 0.1 to 3 microns, an aluminum molar fraction z1 in a range of 0.5≤z≤0.7, and an n-type doping concentration on the order of $10^{18}$ dopants per $cm^3$ (e.g., in a range of $5×10^{17}$ to $5×10^{18}$ dopants per $cm^3$); the second n-type sublayer 52B comprises an $Al_{z2}Ga_{1-z2}N$ layer having a thickness in a range of 0.1 to 0.4 microns, an aluminum molar fraction z2 comparable to or the same as z1, and an n-type doping concentration at least ten percent higher than the doping concentration of the first n-type sublayer 52A; the third n-type sublayer 52C comprises an $Al_{z3}Ga_{1-z3}N$ layer having a thickness in a range of 0.1 to 0.4 microns, an aluminum molar fraction z3 comparable to or the same as z2, and an n-type doping concentration on the order of $10^{18}$ dopants per $cm^3$; and the fourth n-type sublayer 52D comprises an $Al_{z4}Ga_{1-z4}N$ layer having a thickness in a range of 0.05 to 0.4 microns, an aluminum molar fraction z4 approximately ten percent smaller than z3, and an n-type doping concentration at least ten percent smaller (twenty percent smaller in a more particular embodiment) than the doping concentration of the third n-type sublayer 52C.

It is understood that four sublayers 52A-52D is only illustrative, and the n-type layer 20 can be formed of any number of sublayers. For example, in another illustrative embodiment, such as when the target wavelength is between 300-360 nanometers, the n-type layer 20 can include five sublayers. In a more particular illustrative embodiment, the first n-type sublayer comprises an undoped $Al_{z1}Ga_{1-z1}N$ layer having a thickness in a range of 0.1 to 3 microns and an aluminum molar fraction z1 in a range of 0.1≤z1≤0.6; the second n-type sublayer comprises an $Al_{z2}Ga_{1-z2}N$ layer having a thickness in a range of 0.1 to 3 microns, an aluminum molar fraction z2 comparable to or the same as z1, and an n-type doping concentration on the order of $10^{18}$ dopants per $cm^3$ (e.g., in a range of $5×10^{17}$ to $5×10^{18}$ dopants per $cm^3$); the third n-type sublayer comprises an $Al_{z3}Ga_{1-z3}N$ layer having a thickness in a range of 0.1 to 0.4 microns, an aluminum molar fraction z3 comparable to or the same as z2, and an n-type doping concentration at least ten percent higher than the doping concentration of the second n-type sublayer; the fourth n-type sublayer com-

US 9,660,133 B2

13

prises an $Al_{z4}Ga_{1-z4}N$ layer having a thickness in a range of 0.1 to 0.4 microns, an aluminum molar fraction z4 comparable to or the same as z3, and an n-type doping concentration comparable to the doping concentration of the third n-type sublayer; and the fifth n-type sublayer comprises an $Al_{z5}Ga_{1-z5}N$ layer having a thickness in a range of 0.1 to 0.3 microns, an aluminum molar fraction z5 approximately ten percent smaller than z4, and an n-type doping concentration at least ten percent smaller than the doping concentration of the fourth n-type sublayer.

A heterostructure described herein can include one or more layers on a p-type side of the active structure 22, which are configured to improve one or more aspects of the reliability and/or operation of a device including the heterostructure. For example, FIG. 9 shows an illustrative heterostructure 60 including p-type layers 62, 64, 66 according to an embodiment. While the heterostructure 60 is shown including three p-type layers 62, 64, 66, it is understood that embodiments of a heterostructure can include any combination of one or more p-type layers 62, 64, 66.

The heterostructure 60 can include an electron blocking layer 62 located adjacent to the p-type side of the active structure 22 (e.g., epitaxially grown thereon). The electron blocking layer 62 can be configured to improve injection efficiency (e.g., a total recombination current relative to the total current in the heterostructure 60) of the heterostructure 60. In an embodiment, the aluminum molar fraction of the electron blocking layer 62 is at least five percent (ten percent in a more particular embodiment) larger than the barrier aluminum molar fraction b. To this extent, the aluminum molar fraction of the electron blocking layer 62 can be in a range between 0.2 and 1. In a more particular embodiment, the electron blocking layer 62 comprises a semiconductor layer having a high aluminum content, e.g., an aluminum molar fraction in a range of 0.5 to 0.9, which is designed to block electrons from injection into the p-type layer 64. The electron blocking layer 62 can have a thickness in the range of 5 nanometers to 100 nanometers (10 nanometers to 50 nanometers in a more specific embodiment) and a p-type doping concentration in the range of $10^{16}$ to $10^{18}$ dopants per $cm^3$.

In an alternative embodiment, the electron blocking layer 62 is formed of an $Al_{s1}Ga_{1-s1}N/Al_{s2}Ga_{1-s2}N$ superlattice, where 0.2<s1<0.8 and 9<s2<0.5. Each layer of the superlattice can have a thickness in the range of 0.5 nanometers to 5 nanometers, and a p-type doping concentration in the range of $10^{17}$ to $10^{19}$ dopants per $cm^3$.

The heterostructure 60 also can include a graded p-type layer 64, which can be epitaxially grown over the electron blocking layer 62. The graded p-type layer 64 can be formed of $Al_pGa_{1-p}N$, where 0≤p≤0.9, have a thickness in a range of 10 nanometers to 500 nanometers, and have a p-type doping concentration in a range of 0 to $10^{19}$ dopants per $cm^3$. The graded p-type layer 64 can have a graded aluminum molar fraction p. For example, the aluminum molar fraction p can vary from the aluminum molar fraction of the electron blocking layer 62 at the heterointerface between the electron blocking layer 62 and the graded p-type layer 64 to an aluminum molar fraction of the p-type layer 66 (e.g., zero) at the heterointerface between the graded p-type layer 64 and the p-type layer 66. In a more particular embodiment, the aluminum molar fraction p has a linear grading along a height of the graded p-type layer 64.

Similarly, the graded p-type layer 64 can have a graded doping concentration. For example, the doping concentration can vary from twice the doping concentration of the electron blocking layer 62 at the heterointerface between the

14

electron blocking layer 62 and the graded p-type layer 64 to zero at the heterointerface between the graded p-type layer 64 and the p-type layer 66. In a more particular embodiment, the doping concentration has a linear grading along a height of the graded p-type layer 64. Alternatively, the doping concentration and/or aluminum molar fraction p can be adjusted in a series of steps as the graded p-type layer 64 is grown. In another embodiment, the aluminum molar fraction p is graded in a first portion of the graded p-type layer 64 while the doping concentration remains substantially constant, and the doping concentration is graded in a second portion of the graded p-type layer 64 while the aluminum molar fraction p remains substantially constant.

It is understood that the graded p-type layer 64 is only illustrative. For example, in another embodiment, the graded p-type layer 64 can have a constant composition and/or a constant doping concentration. For example, such a layer can be formed of AlGaN material having an aluminum molar fraction up to 0.6 (0.4 in a more particular embodiment), a thickness in a range of 1 nanometer to 500 nanometers, and a doping concentration in a range of $1\times10^{17}$ dopants per $cm^3$ and $1\times10^{19}$ dopants per $cm^3$.

The p-type layer 66 (e.g., a cladding layer, hole supply layer, contact layer, and/or the like) can be formed of GaN (having an aluminum molar fraction of zero) and can have a doping concentration in a range of $1\times10^{18}$ dopants per $cm^3$ and $1\times10^{20}$ dopants per $cm^3$. As illustrated, an embodiment of the p-type layer 66 can be formed of a series of sublayers 68A-68C. While three sublayers 68A-68C are shown, it is understood that any number of two or more sublayers 68A-68C can be utilized. Regardless, in an illustrative embodiment, the sublayers 68A-68C comprise: a first sublayer 68A formed of GaN, having a thickness of about 60 nanometers, and having a doping concentration of about $10^{18}$ dopants per $cm^3$; a second sublayer 68B formed of GaN, having a thickness of about 90 nanometers, and having a doping concentration between 1.1 to 2 times larger than the doping concentration of the first sublayer 68A; and a third sublayer 68C formed of GaN, having a thickness of about 10 nanometers, and having a doping concentration between 1.5 to 2.5 times larger than the doping concentration of the second sublayer 68B. However, it is understood that the thicknesses and doping concentrations of this embodiment can vary by +/− fifty percent of the stated values.

It is understood that while heterostructure 60 is shown including an n-type side of the active structure 22 configured similar to the heterostructure 50 (FIG. 8), embodiments can include one or more of the p-type layers 62, 64, 66 located on the p-type side of the active structure 22 in conjunction with any of the n-type side configurations described herein, including the heterostructures 40 (FIG. 7), 30 (FIG. 6), 10 (FIG. 5). In each case, one or more of the p-type layers 62, 64, 66 described herein can be epitaxially grown over the corresponding active structure 22 of the heterostructure.

As described herein, the various heterostructures can be utilized to fabricate any of various types of optoelectronic devices. In an illustrative embodiment, a heterostructure described herein is utilized in fabricating a light emitting diode. In a more particular illustrative embodiment, the light emitting diode has a flip chip arrangement. To this extent, FIG. 10 shows a schematic structure of an illustrative flip chip light emitting diode 100 according to an embodiment. In this case, the diode 100 includes the heterostructure 10 (FIG. 5) on which an electron blocking layer 62 and a p-type layer 66 (e.g., a cladding layer) are formed. However, it is understood that this structure is only illustrative of the various heterostructures described herein.

US 9,660,133 B2

15

As shown in conjunction with the device 100, a p-type metal 70 can be attached to the p-type layer 66 and a p-type contact (electrode) 72 can be attached to the p-type metal 70. Similarly, an n-type metal 74 can be attached to the n-type layer 20 and an n-type contact (electrode) 76 can be attached to the n-type metal 74. A surface of the n-type layer 20 can be accessed using any solution, such as etching. The p-type metal 70 and the n-type metal 74 can form ohmic contacts to the corresponding layers 66, 20, respectively. In an embodiment, the p-type metal 70 and the n-type metal 74 each comprise several conductive and reflective metal layers, while the n-type contact 76 and the p-type contact 72 each comprise highly conductive metal. In a further embodiment, the p-type layer 66 and/or the p-type contact 70 can be transparent to the electromagnetic radiation generated by the active structure 22. For example, the p-type layer 66 and/or the p-type contact 72 can comprise a short period superlattice lattice structure, such as an at least partially transparent magnesium (Mg)-doped AlGaN/AlGaN short period super-lattice structure (SPSL). Furthermore, the p-type contact 72 and/or the n-type contact 76 can be reflective of the electromagnetic radiation generated by the active structure 22. In another embodiment, the n-type layer 20 and/or the n-type contact 76 can be formed of a short period superlattice, such as an AlGaN SPSL, which is transparent to the electromagnetic radiation generated by the active structure 22.

As further shown with respect to the optoelectronic device 100, the device 100 can be mounted to a submount 82 via the contacts 72, 76 in a flip chip configuration. In this case, the substrate 12 is located on the top of the optoelectronic device 100. To this extent, the p-type contact 72 and the n-type contact 76 can both be attached to a submount 82 via contact pads 78, 80, respectively. The submount 82 can be formed of aluminum nitride (AlN), silicon carbide (SiC), and/or the like.

It is understood that the layer configuration of the opto-electronic device 100 described herein is only illustrative. To this extent, a heterostructure for an optoelectronic device can include an alternative layer configuration (such as an alternative heterostructure described herein), one or more additional layers, and/or the like. As a result, while the various layers are shown immediately adjacent to one another (e.g., contacting one another), it is understood that one or more intermediate layers can be present in a heterostructure for an optoelectronic device. For example, a heterostructure for an optoelectronic device can include a Distributive Bragg Reflector (DBR) structure, which can be configured to reflect light of particular wavelength(s), such as those emitted by the active structure 22, thereby enhancing the output power of the device/heterostructure. Such a DBR structure can be located, for example, between the p-type layer 66 and the active structure 22.

In one embodiment, the invention provides a method of designing and/or fabricating a circuit that includes one or more devices designed and fabricated as described herein. To this extent, FIG. 11 shows an illustrative flow diagram for fabricating a circuit 126 according to an embodiment. Initially, a user can utilize a device design system 110 to generate a device design 112 for a semiconductor device as described herein. The device design 112 can comprise program code, which can be used by a device fabrication system 114 to generate a set of physical devices 116 according to the features defined by the device design 112. Similarly, the device design 112 can be provided to a circuit design system 120 (e.g., as an available component for use in circuits), which a user can utilize to generate a circuit design 122 (e.g., by connecting one or more inputs and

16

outputs to various devices included in a circuit). The circuit design 122 can comprise program code that includes a device designed as described herein. In any event, the circuit design 122 and/or one or more physical devices 116 can be provided to a circuit fabrication system 124, which can generate a physical circuit 126 according to the circuit design 122. The physical circuit 126 can include one or more devices 116 designed as described herein.

In another embodiment, the invention provides a device design system 110 for designing and/or a device fabrication system 114 for fabricating a semiconductor device 116 as described herein. In this case, the system 110, 114 can comprise a general purpose computing device, which is programmed to implement a method of designing and/or fabricating the semiconductor device 116 as described herein. Similarly, an embodiment of the invention provides a circuit design system 120 for designing and/or a circuit fabrication system 124 for fabricating a circuit 126 that includes at least one device 116 designed and/or fabricated as described herein. In this case, the system 120, 124 can comprise a general purpose computing device, which is programmed to implement a method of designing and/or fabricating the circuit 126 including at least one semiconductor device 116 as described herein.

In still another embodiment, the invention provides a computer program fixed in at least one computer-readable medium, which when executed, enables a computer system to implement a method of designing and/or fabricating a semiconductor device as described herein. For example, the computer program can enable the device design system 110 to generate the device design 112 as described herein. To this extent, the computer-readable medium includes program code, which implements some or all of a process described herein when executed by the computer system. It is understood that the term "computer-readable medium" comprises one or more of any type of tangible medium of expression, now known or later developed, from which a stored copy of the program code can be perceived, reproduced, or otherwise communicated by a computing device.

In another embodiment, the invention provides a method of providing a copy of program code, which implements some or all of a process described herein when executed by a computer system. In this case, a computer system can process a copy of the program code to generate and transmit, for reception at a second, distinct location, a set of data signals that has one or more of its characteristics set and/or changed in such a manner as to encode a copy of the program code in the set of data signals. Similarly, an embodiment of the invention provides a method of acquiring a copy of program code that implements some or all of a process described herein, which includes a computer system receiving the set of data signals described herein, and translating the set of data signals into a copy of the computer program fixed in at least one computer-readable medium. In either case, the set of data signals can be transmitted/received using any type of communications link.

In still another embodiment, the invention provides a method of generating a device design system 110 for designing and/or a device fabrication system 114 for fabricating a semiconductor device as described herein. In this case, a computer system can be obtained (e.g., created, maintained, made available, etc.) and one or more components for performing a process described herein can be obtained (e.g., created, purchased, used, modified, etc.) and deployed to the computer system. To this extent, the deployment can comprise one or more of: (1) installing program code on a computing device; (2) adding one or more computing and/or

17

I/O devices to the computer system; (3) incorporating and/or modifying the computer system to enable it to perform a process described herein; and/or the like.

The foregoing description of various aspects of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed, and obviously, many modifications and variations are possible. Such modifications and variations that may be apparent to an individual in the art are included within the scope of the invention as defined by the accompanying claims.

What is claimed is:

1. A heterostructure comprising:
a substrate;
an AlN buffer layer located on the substrate;
an $Al_xGa_{1-x}N/Al_{x'}Ga_{1-x'}N$ first superlattice structure located on the buffer layer, wherein $0.6<x\leq1$, $0.1<x'<0.9$, and $x>x'$, and wherein each layer in the first superlattice structure has a thickness less than or equal to one hundred nanometers;
an $Al_yGa_{1-y}N/Al_{y'}Ga_{1-y'}N$ second superlattice structure located on the first superlattice structure, wherein $y'<x'$, $0.6<y\leq1$, $0.1<y'<0.8$, and $y>y'$, and wherein each layer in the second superlattice structure has a thickness less than one hundred nanometers;
an $Al_zGa_{1-z}N$ n-type layer located on the second superlattice structure, wherein $0.1<z<0.75$ and $z>y'$; and
an $Al_bGa_{1-b}N/Al_qGa_{1-q}N$ active structure located on the n-type layer, wherein b-q>0.05.

2. The heterostructure of claim 1, wherein the active structure is configured to emit electromagnetic radiation having a peak emission wavelength between 300 nanometers and 360 nanometers, and wherein $0.1<x'<0.8$, $0.1<y'<0.65$, $0.1<z<0.6$, and $0<q<0.35$.

3. The heterostructure of claim 1, wherein the active structure is configured to emit electromagnetic radiation having a peak emission wavelength between 260 nanometers and 300 nanometers, and wherein $0.6<x'<0.9$, $0.5<y'<0.8$, $0.4<z<0.75$, and $0.2<q<0.6$.

4. The heterostructure of claim 1, wherein the active structure is configured to emit electromagnetic radiation having a peak emission wavelength between 230 nanometers and 260 nanometers, and wherein $0.6\leq z<0.75$ and $0.45<q<0.75$.

5. The heterostructure of claim 1, wherein at least one of x or y equals one.

6. The heterostructure of claim 1, further comprising:
an $Al_BGa_{1-B}N$ electron blocking layer located on the active structure, wherein B is at least 1.05*b; and
a p-type GaN layer located on the electron blocking layer.

7. The heterostructure of claim 6, further comprising a graded p-type layer located between the electron blocking layer and the GaN layer, wherein the graded p-type layer has an aluminum molar fraction that decreases from B at a heterointerface between the electron blocking layer and the graded p-type layer to zero at a heterointerface between the graded p-type layer and the GaN layer.

8. The heterostructure of claim 6, wherein the GaN layer includes three sublayers, and wherein each sublayer has a doping concentration that differs from an immediately adjacent sublayer by at least ten percent.

9. The heterostructure of claim 1, further comprising a grading structure located between the second superlattice structure and the n-type layer, wherein the grading structure has an aluminum molar fraction that decreases from y' at a heterointerface between the second superlattice structure

18

and the grading structure to z at a heterointerface between the grading structure and the n-type layer.

10. The heterostructure of claim 1, further comprising a tensile/compressive superlattice located between the second superlattice structure and the n-type layer.

11. The heterostructure of claim 1, wherein the active structure is configured to emit electromagnetic radiation having a peak emission wavelength between 300 nanometers and 360 nanometers, wherein the n-type layer includes four sublayers, and wherein each sublayer differs from an immediately adjacent sublayer by at least one of: doping concentration or aluminum molar fraction.

12. The heterostructure of claim 1, wherein the active structure is configured to emit electromagnetic radiation having a peak emission wavelength between 260 nanometers and 300 nanometers, wherein the n-type layer includes five sublayers, and wherein each sublayer differs from an immediately adjacent sublayer by at least one of: doping concentration or aluminum molar fraction.

13. A heterostructure comprising:
a substrate;
a buffer layer located on the substrate, wherein the buffer layer is formed of a group III nitride material including aluminum;
a grading structure located on the buffer layer, wherein the grading structure is formed of a group III nitride material having an aluminum molar fraction that decreases from an aluminum molar fraction at a bottom heterointerface to an aluminum molar fraction at a top heterointerface;
a n-type layer located on the grading structure, wherein the n-type layer is formed of a group III nitride material including aluminum having a molar fraction z, and wherein $0.1<z\leq0.9$;
an active structure including quantum wells and barriers located on the n-type layer, wherein the quantum wells are formed of a group III nitride material including aluminum having a molar fraction q and the barriers are formed of a group III nitride material including aluminum having a molar fraction b, and wherein b-q>0.05;
an electron blocking layer located on the active structure, wherein the electron blocking layer is formed of a group III nitride material including aluminum having a molar fraction B, and wherein B is at least 1.05*b;
a p-type GaN layer located on the electron blocking layer; and
a graded p-type layer located between the electron blocking layer and the GaN layer, wherein the graded p-type layer has an aluminum molar fraction that decreases from B at a heterointerface between the electron blocking layer and the graded p-type layer to zero at a heterointerface between the graded p-type layer and the GaN layer.

14. The heterostructure of claim 13, wherein the active structure is configured to emit electromagnetic radiation having a peak emission wavelength between 230 nanometers and 260 nanometers, and wherein $0.6\leq z\leq0.9$ and $0.45<q<0.75$.

15. The heterostructure of claim 13, further comprising:
a first superlattice structure located between the buffer layer and the grading structure, wherein the first superlattice structure is formed of a plurality of periods, each period including two layers formed of group III nitride materials including aluminum and having molar fractions x and x', where x>x'; and
a second superlattice structure located between the first superlattice structure and the graded structure, wherein

US 9,660,133 B2

19

20

the second superlattice structure is formed of a plurality of periods, each period including two layers formed of group III nitride materials including aluminum and having molar fractions y and y', where y>y'.

**16**. The heterostructure of claim **13**, wherein the active structure is configured to emit electromagnetic radiation having a peak emission wavelength between 300 nanometers and 360 nanometers, and wherein $0.1<x'<0.8$, $0.1<y'<0.65$, $0.1<z<0.6$, and $0<q<0.35$.

**17**. The heterostructure of claim **13**, wherein the active structure is configured to emit electromagnetic radiation having a peak emission wavelength between 260 nanometers and 300 nanometers, and wherein $0.6<x'<0.9$, $0.5<y'<0.8$, $0.4<z<0.75$, and $0.2<q<0.6$.

**18**. The heterostructure of claim **15**, wherein $z<y'<x'$.

**19**. An optoelectronic device comprising:

a substrate;

a buffer layer located on the substrate, wherein the buffer layer is formed of a group III nitride material including aluminum;

a first superlattice structure located on the buffer layer, wherein the first superlattice structure is formed of a plurality of periods, each period including two layers formed of group III nitride materials including aluminum and having molar fractions x and x', where x>x';

a second superlattice structure located on the first superlattice structure, wherein the second superlattice structure is formed of a plurality of periods, each period including two layers formed of group III nitride materials including aluminum and having molar fractions y and y', where y>y';

a n-type layer located on the second superlattice, wherein the n-type layer is formed of a group III nitride material including aluminum having a molar fraction z, and wherein $0.1<z\leq0.9$; and

an active structure including quantum wells and barriers located on the n-type layer, wherein the quantum wells are formed of a group III nitride material including aluminum having a molar fraction q and the barriers are formed of a group III nitride material including aluminum having a molar fraction b, and wherein $b-q>0.05$.

**20**. The optoelectronic device of claim **19**, further comprising an electron blocking layer located on the active structure, wherein the electron blocking layer is formed of a group III nitride material including aluminum having a molar fraction B, and wherein B is at least $1.05*b$.

* * * * *

# EXHIBIT 7

## U.S. PATENT NO. 9,042,420

(12) **United States Patent**    (10) **Patent No.:**     **US 9,042,420 B2**
Shur et al.                      (45) **Date of Patent:**       **May 26, 2015**

(54) **DEVICE WITH TRANSPARENT AND HIGHER CONDUCTIVE REGIONS IN LATERAL CROSS SECTION OF SEMICONDUCTOR LAYER**

(71) Applicant: **Sensor Electronic Technology, Inc.,** Columbia, SC (US)

(72) Inventors: **Michael Shur**, Latham, NY (US); **Maxim S. Shatalov**, Columbia, SC (US); **Alexander Dobrinsky**, Loudonville, NY (US); **Remigijus Gaska**, Columbia, SC (US); **Jinwei Yang**, Columbia, SC (US)

(73) Assignee: **Sensor Electronic Technology, Inc.,** Columbia, SC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/531,162**

(22) Filed: **Nov. 3, 2014**

(65) **Prior Publication Data**

US 2015/0048309 A1      Feb. 19, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 14/184,649, filed on Feb. 19, 2014, now Pat. No. 8,879,598, which is a continuation-in-part of application No. 13/572,446, filed on Aug. 10, 2012, now Pat. No. 8,787,418.

(Continued)

(51) **Int. Cl.**
**H01S 3/14**         (2006.01)
**H01S 5/00**         (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ............ **H01L 33/0025** (2013.01); **H01L 33/06** (2013.01); **H01L 33/32** (2013.01); **H01S 5/3216** (2013.01); **H01S 5/342** (2013.01)

(58) **Field of Classification Search**
CPC ........ H01S 5/3216; H01S 5/342; H01L 29/15
USPC .................... 372/45.012, 46.015, 46.016, 68
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,560,259 B1     5/2003  Hwang
7,812,366 B1    10/2010  Sampath et al.
(Continued)

FOREIGN PATENT DOCUMENTS

TW        201121101        6/2011

OTHER PUBLICATIONS

Chichibu et al., "Luminescences from localized states in InGaN epilayers", Appl. Phys. Lett., vol. 70, No. 21, May 26, 1997, pp. 2822-2824.

(Continued)

*Primary Examiner* — Armando Rodriguez
(74) *Attorney, Agent, or Firm* — LaBatt, LLC

(57)                **ABSTRACT**

A device including one or more layers with lateral regions configured to facilitate the transmission of radiation through the layer and lateral regions configured to facilitate current flow through the layer is provided. The layer can comprise a short period superlattice, which includes barriers alternating with wells. In this case, the barriers can include both transparent regions, which are configured to reduce an amount of radiation that is absorbed in the layer, and higher conductive regions, which are configured to keep the voltage drop across the layer within a desired range.

**23 Claims, 12 Drawing Sheets**



US 9,042,420 B2

Page 2

### Related U.S. Application Data

(60) Provisional application No. 61/768,692, filed on Feb. 25, 2013, provisional application No. 61/522,425, filed on Aug. 11, 2011, provisional application No. 61/600,701, filed on Feb. 19, 2012.

(51) **Int. Cl.**

| | |
|---|---|
| *H01L 33/00* | (2010.01) |
| *H01L 33/06* | (2010.01) |
| *H01L 33/32* | (2010.01) |
| *H01S 5/32* | (2006.01) |
| *H01S 5/34* | (2006.01) |

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0140531 | A1 | 7/2004 | Werner et al. |
| 2004/0159851 | A1 | 8/2004 | Edmond et al. |
| 2006/0118820 | A1 | 6/2006 | Gaska et al. |
| 2007/0295952 | A1 | 12/2007 | Jang et al. |
| 2008/0093593 | A1 | 4/2008 | Ryu |
| 2010/0320440 | A1 | 12/2010 | Khan |
| 2011/0138341 | A1 | 6/2011 | Shatalov et al. |
| 2011/0140076 | A1 | 6/2011 | Song |
| 2011/0168979 | A1 | 7/2011 | Shur et al. |
| 2011/0253975 | A1 | 10/2011 | Shatalov et al. |
| 2011/0266520 | A1 | 11/2011 | Shur et al. |
| 2011/0309326 | A1 | 12/2011 | Gaska et al. |
| 2012/0113658 | A1 | 5/2012 | Sakai |
| 2013/0292638 | A1 | 11/2013 | Shur |

#### OTHER PUBLICATIONS

Chichibu et al., "Spatially resolved cathodoluminescence spectra of InGaN quantum wells", Appl. Phys. Lett., vol. 71, No. 16, Oct. 20, 1997, pp. 2346-2348.

Tamulaitis et al., "Optical bandgap formation in AlInGaN alloys", Appl. Phys. Lett., vol. 77, No. 14, Oct. 2, 2000, pp. 2136-2138.

Hirayama et al., "Marked enhancement of 320-360 nm ultraviolet emission in quaternary In$x$Al$y$Ga1Àx$y$N with In-segregation effect", Appl. Phys. Lett., vol. 80, No. 2, Jan. 14, 2002, pp. 207-209.

Ryu et al., "Luminescence mechanisms in quaternary Al$x$In$y$Ga1Àx$y$N materials", Appl. Phys. Lett., vol. 80, No. 20, May 20, 2002, pp. 3730-3732.

Kim et al., "Dislocation behavior in InGaNÕGaN multi-quantum-well structure grown by metalorganic chemical vapor deposition", Appl. Phys. Lett., vol. 80, No. 21, May 27, 2002, pp. 3949-3951.

Kazlauskas et al., "Double-scaled potential profile in a group-III nitride alloy revealed by Monte Carlo simulation of exciton hopping", Appl. Phys. Lett., vol. 83, No. 18, Nov. 3, 2003, pp. 3722-3724.

Sun et al., "Carrier dynamics of high-efficiency green light emission in graded-indium-content InGaNÕGaN quantum wells: An important role of effective carrier transfer", Appl. Phys. Lett., vol. 84, No. 1, Jan. 5, 2004, pp. 49-51.

Chen et al., "Mechanism of enhanced luminescence in In$x$Al$y$Ga1Àx$y$N quaternary epilayers", Appl. Phys. Lett., vol. 84, No. 9, Mar. 1, 2004, pp. 1480-1482.

Waltereit et al., "Blue GaN-based light-emitting diodes grown by molecular-beam epitaxy with external quantum efficiency greater than 1.5%", Appl. Phys. Lett., vol. 84, No. 15, Apr. 15, 2004, pp. 2748-2750.

Collins et al., "Enhanced room-temperature luminescence efficiency through carrier localization in Al$x$Ga1-$x$N alloys", Appl. Phys. Lett. 86, 031916~2005, 4 pgs.

Lee et al., "Carrier transport by formation of two-dimensional hole gas in p-type Al0.1Ga0.9N/GaN superlattice for AlGaInN-based laser diode", Journal of Crystal Growth 287 (2006) 554-557.

Sampath et al., "Characterization of nanometer scale compositionally inhomogeneous AlGaN active regions on bulk AlN substrates", Solid-State Electronics 54 (2010) 1130-1134.

Shen, et al., "Mechanisms of Enhanced Luminescence in Nanoscale Compositionally Inhomogeneous AlGaN", ECS Trans. 2006, vol. 3, Issue 5, pp. 181-187.

Lee et al., "Investigation of optical andelectrical properties of Mg-doped p-In$x$Ga1$x$N, p-GaN andp-Al $y$Ga1$y$N grown by MOCVD", Journal of Crystal Growth 272 (2004) 455-459.

Monroy et al., "Molecular-beam epitaxial growth and characterization of quaternary III-nitride compounds", J. Appl. Phys., vol. 94, No. 5, Sep. 1, 2003, pp. 3121-3127.

Bell et al., "Exciton freeze-out and thermally activated relaxation at local potential fluctuations in thick Al$x$Ga1À$x$N layers", J. Appl. Phys., vol. 95, No. 9, May 1, 2004, pp. 4671-4674.

Pinos et al., "Localization potentials in AlGaN epitaxial films studied by scanning nearfield optical spectroscopy", J. Appl. Phys. 109, 113516 (2011), 8 pgs.

Lee et al., "Fabrication of High-Output-Power AlGaN/GaN-Based UV-Light-Emitting Diode Using a Ga Droplet Layer", Jpn. J. Appl. Phys. vol. 41 (2002) pp. L 1037-L 1039, Part 2, No. 10A, Oct. 1, 2002.

Sampath et al., "Growth of AlGaN containing nanometer scale compositional inhomogeneities for ultraviolet light emitters", J. Vac. Sci. Technol. B 29 (3), May/Jun. 2011, 5 pages.

Oh et al., "Mg concentration dependence of optical properties in GaN : Mg", Journal of Crystal Growth 189/190 (1998) 537-540.

Cho et al., "Dynamics of anomalous optical transitions in Al$x$Ga1À$x$N alloys", Physical Review B, vol. 61, No. 11, March 15, 2000, 4 pages.

Park, International Application No. PCT/US2012/050486, International Search Report and the Written opinion of the International Searching Authority, SETI-0074-PCT, Jan. 29, 2013, 10 pages.

Rodriguez, USPTO Office Action for U.S. Appl. No. 13/572,446, Jan. 2, 2014, 21 pages.

Rodriguez, Notice of Allowance for U.S. Appl. No. 13/572,446, Mar. 24, 2014, 9 pages.

English translation of Office Action of the Intellectual Property Office of Taiwan, Taiwan Application No. 101129256, Aug. 11, 2014, 2 pages.

Rodriguez, USPTO Notice of Allowance for U.S. Appl. No. 14/184,649, Jul. 8, 2014, 16 pages.



FIG. 1
Prior Art

U.S. Patent

May 26, 2015

Sheet 2 of 12

US 9,042,420 B2

# FIG. 2



FIG. 3B



22

High Al molar fraction

Low Al molar fraction

FIG. 3A

22

3B

3B

24



FIG. 4



FIG. 5

# FIG. 6



U.S. Patent

May 26, 2015

Sheet 6 of 12

US 9,042,420 B2



FIG. 7



FIG. 8



FIG. 9



FIG. 10





FIG. 11



FIG. 12

US 9,042,420 B2

1

# DEVICE WITH TRANSPARENT AND HIGHER CONDUCTIVE REGIONS IN LATERAL CROSS SECTION OF SEMICONDUCTOR LAYER

## REFERENCE TO RELATED APPLICATIONS

The current application is a continuation of co-pending U.S. application Ser. No. 14/184,649, titled "Emitting Device with Compositional and Doping Inhomogeneities in Semiconductor Layers," which was filed on 19 Feb. 2014, which claims the benefit of U.S. Provisional Application No. 61/768,692, titled "Emitting Device with Compositional and Doping Inhomogeneities in Semiconductor Layers," which was filed on 25 Feb. 2013, and which is a continuation-in-part of co-pending U.S. application Ser. No. 13/572,446, titled "Emitting Device with Compositional and Doping Inhomogeneities in Semiconductor Layers," which was filed on 10 Aug. 2012, and which claims the benefit of U.S. Provisional Application No. 61/522,425, titled "Light Emitting Diodes with Compositional and Doping Inhomogeneities in Semiconductor Layers," which was filed on 11 Aug. 2011 and U.S. Provisional Application No. 61/600,701, titled "Light Emitting Diodes with Compositional and Doping Inhomogeneities in Semiconductor Layers," which was filed on 19 Feb. 2012, each of which is hereby incorporated by reference.

## GOVERNMENT LICENSE RIGHTS

This invention was made with government support under contract no. W911 NF-10-2-0023 awarded by the Defense Advanced Research Projects Agency (DARPA). The government has certain rights in the invention.

## TECHNICAL FIELD

The disclosure relates generally to emitting devices, and more particularly, to an emitting device with improved efficiency.

## BACKGROUND ART

Semiconductor emitting devices, such as light emitting diodes (LEDs) and laser diodes (LDs), include solid state emitting devices composed of group III-V semiconductors. A subset of group III-V semiconductors includes group III nitride alloys, which can include binary, ternary and quaternary alloys of indium (In), aluminum (Al), gallium (Ga), and nitrogen (N). Illustrative group III nitride based LEDs and LDs can be of the form $In_yAl_xGa_{1-x-y}N$, where x and y indicate the molar fraction of a given element, $0 \le x$, $y \le 1$, and $0 \le x+y \le 1$. Other illustrative group III nitride based LEDs and LDs are based on boron (B) nitride (BN) and can be of the form $Ga_zIn_yAl_xB_{1-x-y-z}N$, where $0 \le x$, y, $z \le 1$, and $0 \le x+y+z \le 1$.

An LED is typically composed of semiconducting layers. During operation of the LED, an applied bias across doped layers leads to injection of electrons and holes into an active layer where electron-hole recombination leads to light generation. Light is generated with uniform angular distribution and escapes the LED die by traversing semiconductor layers in all directions. Each semiconducting layer has a particular combination of molar fractions (e.g., x, y, and z) for the various elements, which influences the electronic and optical properties of the layer. In particular, the refractive index and absorption characteristics of a layer are sensitive to the molar fractions of the semiconductor alloy. Variation of the molar

2

fraction throughout a layer results in variation in the index of refraction and the band gap energy of the layer.

Ultraviolet LEDs are typically grown using group III-V semiconductor layers such as layers of $Al_xGa_{1-x}N$. It was found that the material properties of $Al_xGa_{1-x}N$ alloys change as the amount of aluminum in the alloy is increased. With proper growth conditions, it also was found that the aluminum did not incorporate uniformly throughout the AlGaN layer (i.e., the material has areas of high and low concentrations of aluminum spread throughout). These compositional fluctuations, together with doping fluctuations, also known as localized inhomogeneities, result in carrier localization and lead to the creation of conduction layers for carriers.

The effect of compositional fluctuations have been well studied for blue LEDs with pioneering work of S. Chichibu, T. Azuhata, T. Sota and S. Nakamura, Applied Physics Letters. 1997 May 1, 70, 2822; S. Chichibu, K. Wada, and S. Nakamura, Applied Physics Letters, vol. 71, pp. 2346-2348, Oct. 1997, each of which is incorporated herein by reference in its entirety. The localization effect resulting from the creation of localized inhomogeneities has natural occurrence for InAlGaN alloys attributed to indium segregation. These effects have been reported in works of E. Monroy, N. Gogneau, F. Enjalbert, F. Fossard, D. Jalabert, E. Bellet-Amalric, Le Si Dang, and B. Daudin, J. Appl. Phys. 94, 3121 (2003); Mee-Yi Ryu, C. Q. Chen, E. Kuokstis, J. W. Yang, G. Simin, and M. Asif Khan, Appl. Phys. Lett. 80, 3730 (2002); H. Hirayama, A. Kinoshita, T. Yamabi, Y. Enomoto, A. Hirata, T. Araki, Y. Nanishi, and Y. Aoyagi, Appl. Phys. Lett. 80, 207 (2002); C. H. Chen, Y. F. Chen, Z. H. Lan, L. C. Chen, K. H. Chen, H. X. Jiang, and J. Y. Lin, Appl. Phys. Lett. 84, 1480 (2004), each of which is incorporated herein by reference in its entirety. Further, small additions of indium were shown to smooth out the band-bottom potential profile in AlInGaN layers owing to improved crystal quality. The effect of incorporation of 1% of indium to AlGaN semiconductor layer also has been studied. Similar to other studies, the creation of compositional inhomogeneities in a semiconductor layer with distinct double-scaled potential profile was observed, which indicates that indium atoms produce clusters of uniform consistency interspersed in AlGaN background semiconductor alloy.

During the growth process of AlGaN semiconductor layers, small islands with high aluminum content are formed. See A. Pinos, V. Liuolia, S. Marcinkevičius, J. Yang, R. Gaska, and M. S. Shur, Journal of Applied Physics, vol. 109, no. 11, p. 113516, 2011), which is incorporated herein by reference in its entirety. Grains with high aluminum content are separated by domain boundaries containing extended defects, which are formed in order to accommodate the relative difference in crystal orientation among the islands. These defects have high gallium content.

Details of compositional fluctuation in AlGaN semiconductors have been studied by photoluminescence (PL) measured using scanning near field optical microscopy (SNOM). Using this technique, the band gap fluctuations were observed to be of order of 50 meV. The fluctuations increase with higher aluminum content. For samples with low aluminum content (less than 0.4 molar fraction), the small-scale fluctuations occur within larger domains and are believed to be due to an inhomogeneous stress field and dislocations. For the aluminum molar fraction of 0.42 and higher, the small-scale potential variations were observed over the whole sample and assigned to the formation of Al-rich grains during the growth. Larger area potential variations of 25-40 meV, mostly clearly observed in the layers with a lower AlN molar fraction, have been attributed to Ga-rich regions close to grain boundaries or

3

atomic layer steps. Analysis of the PL spectra allows evaluating average potential fluctuations due to inhomogeneous growth of AlGaN layers. Some findings suggest that there are two spatial scales of potential fluctuation—large scale of order of 1 μm and small scale that is less than 100 nm. Potential fluctuations reach amplitudes of few tens of meV at each scale.

FIG. 1 shows a schematic of compositional fluctuation according to the prior art. During the initial growth stage, adjacent small islands, from which the growth starts, coalesce into larger grains. As the islands enlarge, Ga adatoms, having a larger lateral mobility than Al adatoms, reach the island boundaries more rapidly, thus the Ga concentration in the coalescence regions is higher than in the center of the islands. The composition pattern, which is formed during the coalescence, is maintained as the growth proceeds vertically. As a result of the coalescence, the domain boundaries usually contain extended defects that form to accommodate the relative difference in crystal orientation among the islands. Even in layers with smooth surfaces containing elongated layer steps, screw/mixed dislocations occur due to the local compositional inhomogeneities.

High magnesium doping can lead to the creation of minibands originating from the discrete acceptor levels. A red shift in room temperature photoluminescence spectra has been observed giving an indication that miniband levels are emerging for acceptor concentration levels of the order of $n=10^{19}$–$10^{20}$ ($1/cm^3$). In high acceptor concentration domains, hole wavefunctions may overlap thus forming hole conduction pathways through the material. These pathways lead to an increase of conductivity through semiconductor layers.

SUMMARY OF THE INVENTION

In light of the above, the inventors recognize that compositional and/or doping inhomogeneities allow for the development of conduction channels, e.g., in p-type superlattice layers. At the same time, the regions high in aluminum content allow for low light absorption (e.g., a higher transmission coefficient). The inventors propose to achieve a desired balance of higher conduction with reduced light absorption by tailoring semiconductor properties through the use of composite inhomogeneities, thereby obtaining a more optimal semiconductor material for light emitting/transmission applications.

Aspects of the invention provide a device including one or more layers with lateral regions configured to facilitate the transmission of radiation through the layer and lateral regions configured to facilitate current flow through the layer. The layer can comprise a short period superlattice, which includes barriers alternating with wells. In this case, the barriers can include both transparent regions, which are configured to reduce an amount of radiation that is absorbed in the layer, and higher conductive regions, which are configured to keep the voltage drop across the layer within a desired range.

A first aspect of the invention provides a device comprising: a short period superlattice (SPSL) semiconductor layer comprising a plurality of barriers, wherein a composition of at least one barrier varies along the lateral dimensions of the at least one barrier such that a lateral cross section of the at least one barrier includes: a set of transparent regions, each transparent region having a transmission coefficient for a target radiation wavelength, l, greater than or equal to approximately sixty percent, wherein the set of transparent regions are at least ten percent of an area of the lateral cross section of the at least one barrier; and a set of higher conductive regions occupying a sufficient area of the area of the lateral cross

4

section of the at least one barrier and having an average resistance per unit area to a vertical current flow resulting in a total voltage drop across the SPSL of less than approximately five volts.

A second aspect of the invention provides a device comprising: a short period superlattice (SPSL) semiconductor layer comprising a plurality of barriers, wherein a lateral cross section of each barrier includes: a set of transparent regions, each transparent region having a transmission coefficient for a target radiation wavelength, l, greater than or equal to approximately sixty percent, wherein the set of transparent regions are at least ten percent of an area of the lateral cross section of the barrier; and a set of higher conductive regions occupying a sufficient area of the area of the lateral cross section of the barrier and having an average resistance per unit area to a vertical current flow resulting in a total voltage drop across the SPSL of less than approximately five volts.

A third aspect of the invention provides a method of fabricating a device comprising: forming a short period superlattice (SPSL) semiconductor layer comprising a plurality of barriers, wherein a lateral cross section of each barrier includes: a set of transparent regions, each transparent region having a transmission coefficient for a target radiation wavelength, l, greater than or equal to approximately sixty percent, wherein the set of transparent regions are at least ten percent of an area of the lateral cross section of the barrier; and a set of higher conductive regions occupying a sufficient area of the area of the lateral cross section of the barrier and having an average resistance per unit area to a vertical current flow resulting in a total voltage drop across the SPSL of less than approximately five volts.

A fourth aspect of the invention provides a device comprising: a short period superlattice (SPSL) semiconductor layer comprising a plurality of barriers, wherein a composition of at least one barrier varies along lateral dimensions of the at least one barrier such that a lateral cross section of the at least one barrier includes: a set of transparent regions having a first characteristic band gap, wherein the set of transparent regions are at least ten percent of an area of the lateral cross section of the at least one barrier; and a set of higher conductive regions having a second characteristic band gap at least five percent smaller than the first characteristic band gap, wherein the set of higher conductive regions occupies a sufficient area of the area of the lateral cross section of the at least one barrier to keep a voltage drop across the SPSL within a target range, and wherein lateral inhomogeneities in at least one of: the composition or a doping of the at least one barrier forms the set of transparent regions and the set of higher conductive regions.

A fifth aspect of the invention provides a device comprising: a short period superlattice (SPSL) semiconductor layer comprising a plurality of barriers, wherein a lateral cross section of each barrier includes: a set of transparent regions, wherein the set of transparent regions are at least ten percent of an area of the lateral cross section of the at least one barrier; and a set of higher conductive regions occupying a sufficient area of the area of the lateral cross section of the at least one barrier to keep a voltage drop across the SPSL within a target range, wherein a characteristic distance between two higher conductive regions in the set of higher conductive regions is less than a lateral current spreading length.

A sixth aspect of the invention provides a method of fabricating a device comprising: forming a short period superlattice (SPSL) semiconductor layer comprising a plurality of barriers, wherein a lateral cross section of each barrier includes: a set of transparent regions, wherein the set of transparent regions are at least ten percent of an area of the

5

lateral cross section of the at least one barrier; and a set of higher conductive regions occupying a sufficient area of the area of the lateral cross section of the at least one barrier to keep a voltage drop across the SPSL within a target range, wherein a characteristic distance between two higher conductive regions in the set of higher conductive regions is less than a lateral current spreading length.

The illustrative aspects of the invention are designed to solve one or more of the problems herein described and/or one or more other problems not discussed.

### BRIEF DESCRIPTION OF THE DRAWINGS

These and other features of the disclosure will be more readily understood from the following detailed description of the various aspects of the invention taken in conjunction with the accompanying drawings that depict various aspects of the invention.

FIG. 1 shows a schematic of compositional fluctuation according to the prior art.

FIG. 2 shows a schematic structure of an illustrative emitting device according to an embodiment.

FIGS. 3A and 3B show illustrative schematic representations of a p-type layer formed using a p-type superlattice according to an embodiment.

FIG. 4 shows an illustrative band variation for a p-type superlattice according to an embodiment.

FIG. 5 shows a schematic representation of an illustrative carrier path in a complicated energy landscape caused by the inhomogeneities according to an embodiment.

FIG. 6 shows illustrative maps corresponding to an $Al_{50}Ga_{50}N$ layer.

FIG. 7 shows the effect of the absorption coefficient of a p-type superlattice layer on the total extracted light from an illustrative light emitting diode structure according to an embodiment.

FIG. 8 shows a numerical fit to the ray tracing data shown in FIG. 7 according to an embodiment.

FIG. 9 shows a plot of the wall plug efficiency as a function of the conductance area fraction for typical light emitting diode materials according to an embodiment.

FIG. 10 shows a typical dependence of the absorption coefficient on the wavelength for various aluminum molar fractions in a $Al_xGa_{1-x}N$ alloy according to an embodiment.

FIG. 11 shows how the content of the aluminum can be chosen for each emitted wavelength according to an embodiment.

FIG. 12 shows an illustrative flow diagram for fabricating a circuit according to an embodiment.

It is noted that the drawings may not be to scale. The drawings are intended to depict only typical aspects of the invention, and therefore should not be considered as limiting the scope of the invention. In the drawings, like numbering represents like elements between the drawings.

### DETAILED DESCRIPTION OF THE INVENTION

As indicated above, aspects of the invention provide a device including one or more layers with lateral regions configured to facilitate the transmission of radiation through the layer and lateral regions configured to facilitate current flow through the layer. The layer can comprise a short period superlattice, which includes barriers alternating with wells. In this case, the barriers can include both transparent regions, which are configured to reduce an amount of radiation that is absorbed in the layer, and higher conductive regions, which are configured to keep the voltage drop across the layer within

6

a desired range. As used herein, unless otherwise noted, the term "set" means one or more (i.e., at least one) and the phrase "any solution" means any now known or later developed solution.

Turning to the drawings, FIG. 2 shows a schematic structure of an illustrative emitting device 10 according to an embodiment. In a more particular embodiment, the emitting device 10 is configured to operate as a light emitting diode (LED), such as a conventional or super luminescent LED. Alternatively, the emitting device 10 can be configured to operate as a laser diode (LD). In either case, during operation of the emitting device 10, application of a bias comparable to the band gap results in the emission of electromagnetic radiation from an active region 18 of the emitting device 10. The electromagnetic radiation emitted by the emitting device 10 can comprise a peak wavelength within any range of wavelengths, including visible light, ultraviolet radiation, deep ultraviolet radiation, infrared light, and/or the like. In an embodiment, the device is configured to emit radiation having a dominant wavelength within the ultraviolet range of wavelengths. In a more specific embodiment, the dominant wavelength is within a range of wavelengths between approximately 210 and approximately 350 nanometers.

The emitting device 10 includes a heterostructure comprising a substrate 12, a buffer layer 14 adjacent to the substrate 12, an n-type cladding layer 16 (e.g., an electron supply layer) adjacent to the buffer layer 14, and an active region 18 having an n-type side 19A adjacent to the n-type cladding layer 16. Furthermore, the heterostructure of the emitting device 10 includes a p-type layer 20 (e.g., an electron blocking layer) adjacent to a p-type side 19B of the active region 18 and a p-type cladding layer 22 (e.g., a hole supply layer) adjacent to the p-type layer 20.

In a more particular illustrative embodiment, the emitting device 10 is a group III-V materials based device, in which some or all of the various layers are formed of elements selected from the group III-V materials system. In a still more particular illustrative embodiment, the various layers of the emitting device 10 are formed of group III nitride based materials. Group III nitride materials comprise one or more group III elements (e.g., boron (B), aluminum (Al), gallium (Ga), and indium (In)) and nitrogen (N), such that $B_WAl_XGa_YIn_ZN$, where $0 \leq W, X, Y, Z \leq 1$, and $W+X+Y+Z=1$. Illustrative group III nitride materials include binary, ternary and quaternary alloys such as, AlN, GaN, InN, BN, AlGaN, AlInN, AlBN, AlGaInN, AlGaBN, AlInBN, and AlGaInBN with any molar fraction of group III elements.

An illustrative embodiment of a group III nitride based emitting device 10 includes an active region 18 (e.g., a series of alternating quantum wells and barriers) composed of $In_yAl_xGa_{1-x-y}N$, $Ga_zIn_yAl_xB_{1-x-y-z}N$, an $Al_xGa_{1-x}N$ semiconductor alloy, or the like. Similarly, both the n-type cladding layer 16 and the p-type layer 20 can be composed of an $In_yAl_xGa_{1-x-y}N$ alloy, a $Ga_zIn_yAl_xB_{1-x-y-z}N$ alloy, or the like. The molar fractions given by x, y, and z can vary between the various layers 16, 18, and 20. The substrate 12 can be sapphire, silicon carbide (SiC), silicon (Si), GaN, AlGaN, AlON, LiGaO$_2$, or another suitable material, and the buffer layer 14 can be composed of AlN, an AlGaN/AlN superlattice, and/or the like.

As shown with respect to the emitting device 10, a p-type metal 24 can be attached to the p-type cladding layer 22 and a p-type contact 26 can be attached to the p-type metal 24. Similarly, an n-type metal 28 can be attached to the n-type cladding layer 16 and an n-type contact 30 can be attached to the n-type metal 28. The p-type metal 24 and the n-type metal 28 can form ohmic contacts to the corresponding layers 22,

US 9,042,420 B2

7

16, respectively. In an embodiment, the p-type metal 24 and the n-type metal 28 each comprise several conductive and reflective metal layers, while the n-type contact 30 and the p-type contact 26 each comprise highly conductive metal. In an embodiment, the p-type cladding layer 22 and/or the p-type contact 26 can be at least partially transparent (e.g., semi-transparent or transparent) to the electromagnetic radiation generated by the active region 18. For example, the p-type cladding layer 22 and/or the p-type contact 26 can comprise a short period superlattice lattice structure, such as an at least partially transparent magnesium (Mg)-doped AlGaN/AlGaN short period superlattice structure (SPSL). Furthermore, the p-type contact 26 and/or the n-type contact 30 can be at least partially reflective of the electromagnetic radiation generated by the active region 18. In another embodiment, the n-type cladding layer 16 and/or the n-type contact 30 can be formed of a short period superlattice, such as an AlGaN SPSL, which is at least partially transparent to the electromagnetic radiation generated by the active region 18.

As used herein, a layer is at least partially transparent when the layer allows at least a portion of electromagnetic radiation in a corresponding range of radiation wavelengths to pass there through. For example, a layer can be configured to be at least partially transparent to a range of radiation wavelengths corresponding to a peak emission wavelength for the light (such as ultraviolet light or deep ultraviolet light) emitted by the active region 18 (e.g., peak emission wavelength +/− five nanometers). As used herein, a layer is at least partially transparent to radiation if it allows more than approximately 0.5 percent of the radiation to pass there through. In a more particular embodiment, an at least partially transparent layer is configured to allow more than approximately five percent of the radiation to pass there through. Similarly, a layer is at least partially reflective when the layer reflects at least a portion of the relevant electromagnetic radiation (e.g., light having wavelengths close to the peak emission of the active region). In an embodiment, an at least partially reflective layer is configured to reflect at least approximately five percent of the radiation.

As further shown with respect to the emitting device 10, the device 10 can be mounted to a submount 36 via the contacts 26, 30. In this case, the substrate 12 is located on the top of the emitting device 10. To this extent, the p-type contact 26 and the n-type contact 30 can both be attached to a submount 36 via contact pads 32, 34, respectively. The submount 36 can be formed of aluminum nitride (AlN), silicon carbide (SiC), and/or the like.

Any of the various layers of the emitting device 10 can comprise a substantially uniform composition or a graded composition. For example, a layer can comprise a graded composition at a heterointerface with another layer. In an embodiment, the p-type layer 20 comprises a p-type blocking layer having a graded composition. The graded composition(s) can be included to, for example, reduce stress, improve carrier injection, and/or the like. Similarly, a layer can comprise a superlattice including a plurality of periods, which can be configured to reduce stress, and/or the like. In this case, the composition and/or width of each period can vary periodically or aperiodically from period to period.

It is understood that the layer configuration of the emitting device 10 described herein is only illustrative. To this extent, an emitting device/heterostructure can include an alternative layer configuration, one or more additional layers, and/or the like. As a result, while the various layers are shown immediately adjacent to one another (e.g., contacting one another), it is understood that one or more intermediate layers can be

8

present in an emitting device/heterostructure. For example, an illustrative emitting device/heterostructure can include an undoped layer between the active region 18 and one or both of the p-type cladding layer 22 and the electron supply layer 16.

Furthermore, an emitting device/heterostructure can include a Distributive Bragg Reflector (DBR) structure, which can be configured to reflect light of particular wavelength(s), such as those emitted by the active region 18, thereby enhancing the output power of the device/heterostructure. For example, the DBR structure can be located between the p-type cladding layer 22 and the active region 18. Similarly, a device/heterostructure can include a p-type layer located between the p-type cladding layer 22 and the active region 18. The DBR structure and/or the p-type layer can comprise any composition based on a desired wavelength of the light generated by the device/heterostructure. In one embodiment, the DBR structure comprises a Mg, Mn, Be, or Mg+Si-doped p-type composition. The p-type layer can comprise a p-type AlGaN, AlInGaN, and/or the like. It is understood that a device/heterostructure can include both the DBR structure and the p-type layer (which can be located between the DBR structure and the p-type cladding layer 22) or can include only one of the DBR structure or the p-type layer. In an embodiment, the p-type layer can be included in the device/heterostructure in place of an electron blocking layer. In another embodiment, the p-type layer can be included between the p-type cladding layer 22 and the electron blocking layer.

Regardless, as described herein, one or more of the semiconductor layers of the device 10 can comprise nano-scale and/or micron-scale localized compositional and/or doping inhomogeneities along the lateral dimensions of the device die. For example, a semiconductor layer can be p-doped with magnesium or n-doped with silicon to create the inhomogeneities. These inhomogeneities provide variation of band gap energy in a lateral direction of the layer, which results in a complicated energy landscape for a lateral cross section of the layer. In particular, the inhomogeneities will result in lower band gap regions, which become places of charge localization and form a set of higher conductive regions of carrier conductive channels in the semiconductor layer. These higher conductive regions have an improved vertical conductivity over that of a substantially homogenous layer of the material. Additionally, the inhomogeneities also will result in high band gap regions, which form a set of at least partially transparent regions within the layer, each of which has an improved vertical transparency over that of a substantially homogenous layer of the material.

Inclusion of the inhomogeneities in one or more of the semiconductor layers of the device 10 can result in an improvement in the efficiency of the device 10. The inhomogeneities can be included in any layer of the semiconductor device 10. To this extent, the inhomogeneities can be included in a superlattice region, a nucleation region, a buffer layer, a cladding layer, an active region, and/or the like of the device 10. In an embodiment, the inhomogeneities are incorporated into one or more injection layers, such as the n-type cladding layer 16, the p-type layer 20, the p-type cladding layer 22, the n-type contact 30, the p-type contact 26, and/or the like.

In an illustrative embodiment described further herein, the inhomogeneities are incorporated into a layer formed using a p-type superlattice, such as the p-type cladding layer 22. For example, the p-type cladding layer 22 can comprise a periodic structure composed of a set of barriers alternating with a set of wells. In a more specific embodiment, the sets of barriers and wells are each formed of a group III nitride material where each barrier comprises a higher aluminum content (molar

**9**

fraction) than the adjacent well(s). In a still more specific embodiment, each barrier and well in the periodic structure can have a thickness less than approximately three nanometers. The p-type cladding layer **22** can be modulation p-doped with magnesium to incorporate the inhomogeneities. In an embodiment, the doping is such that a concentration of magnesium in the barrier regions is higher than $5 \cdot 10^{18}$ [1/cm$^3$] and a concentration of magnesium in the well regions is lower than $5 \cdot 10^{15}$ [1/cm$^3$].

FIGS. **3**A and **3**B show illustrative schematic representations of the p-type cladding layer **22** formed using a p-type superlattice according to an embodiment. The p-type cladding layer **22** is shown adjacent to the p-type metal **24**. In FIGS. **3**A and **3**B, areas with a high aluminum composition are indicated by the dark regions, while areas with a low aluminum composition are indicated by the lighter/bright regions. To this extent, FIG. **3**A illustrates variation in aluminum composition within the layer **22** along the height of the layer (e.g., indicated by direction z) in a direction normal to a surface of the layer **22** adjacent to the p-type metal **24**. In particular, the p-type cladding layer **22** can be formed of a p-type $Al_xGa_{1-x}N/Al_yGa_{1-y}N$ superlattice, where molar fractions x and y correspond to the molar fractions of barriers and wells, respectively, and where the molar fraction x is greater than the molar fraction y. Each barrier and well can be approximately a few nanometers in thickness. For example, the wells can have a thickness in a range between approximately one and approximately six nanometers, and the barriers can have a thickness in a range between approximately five and approximately twenty nanometers.

FIG. **3**B illustrates variation in the aluminum composition of the p-type cladding layer **22** in the lateral directions (e.g., indicated by directions x and y) of the layer **22**. FIG. **3**B can correspond to a lateral cross section of the layer **22** taken along a barrier of the layer **22**. As used herein, the term lateral means the plane of the layer **22** that is substantially parallel with the surface of the layer **22** adjacent to another layer of the device **10** (FIG. **2**), such as the surface of the layer **22** adjacent to the p-type metal **24**. As illustrated, the lateral cross section of the layer **22** includes a set of transparent regions, which correspond to those regions having a relatively high aluminum content, and a set of higher conductive regions, which correspond to those regions having a relatively low aluminum content.

The set of transparent regions can be configured to allow a significant amount of the radiation to pass through the layer **22**, while the set of higher conductive regions can be configured to keep the voltage drop across the layer **22** within a desired range (e.g., less than five volts). In an embodiment, the total voltage drop across the layer **22** is less than ten percent of the total voltage drop across the entire device. In an embodiment, the set of transparent regions occupy at least ten percent of the lateral area of the layer **22**, while the set of higher conductive regions occupy at least approximately two percent (five percent in a more specific embodiment) of the lateral area of the layer **22**. Furthermore, in an embodiment, a band gap of the higher conductive regions is at least five percent smaller than the band gap of the transparent regions. In a more particular embodiment, the transparent regions comprise a transmission coefficient for radiation of a target wavelength higher than approximately fifty percent (sixty percent in another embodiment and eighty percent in a still more particular embodiment), while the higher conductive regions have a resistance per unit area to vertical current flow that is smaller than approximately $10^{-2}$ ohm·cm$^2$. As used

**10**

herein, the term transmission coefficient means the ratio of an amount of radiation exiting of the region to an amount of radiation entering the region.

The set of transparent regions can be configured to form a photonic crystal. The photonic crystal can be configured to reduce an amount of radiation that is absorbed in the layer **22** by dispersing the radiation. The photonic crystal can be configured to form a lattice with at least one characteristic size T1 and a photonic crystal lattice vector a, wherein, in an embodiment, the characteristic size T1 can be on the order of the target radiation wavelength. Additionally, the lattice vector a can be on the order of the target radiation wavelength. While various photonic crystal embodiments are possible, the most readily manufactured is a photonic crystal comprising hexagonally positioned cylindrical transparent regions. It is understood that the photonic crystal may be imperfect, comprise transparent regions of non-similar shapes varying in size by as much as a few hundred percent separated by a characteristic distance that can vary throughout the material by as much as several hundred percent. It is also understood that the set of transparent regions can be manufactured using any solution, including one or more of: patterning, masking, epitaxial overgrowth combined with techniques such as thermal evaporation, magnetron sputtering, ion-beam deposition, laser beam evaporation, and/or the like.

The set of transparent regions can be interspersed with the set of higher conductive regions to form a interconnected network of conductive paths. FIG. **5** shows a schematic representation of an illustrative carrier path in a complicated energy landscape caused by the inhomogeneities according to an embodiment. As shown, the set of higher conductive regions (darker regions) are interspersed with the set of transparent regions (lighter regions) to form conductive channels for the interconnected network. The interconnected network of conductive paths allows for conductivity throughout the semiconductor layer (e.g., layer **22**) containing the set of transparent regions. As used herein, the terms "interconnected network", "interconnected domain", or similar expressions describe domains including multiple smaller percolated regions, separated from each other by gaps. The percolated region size can be at least several lattice constants measured in the basal plane of the semiconductor lattice (e.g., group III nitride) and gaps can be at least two lattice constants measured in a basal plane. Alternatively, gaps can be steps between several basal planes. Further, a region (e.g., the set of higher conductive regions) is said to be percolated if, for any two atoms in the region, there is a conductive path connecting these atoms that lies entirely in the region.

The transparent and conductive regions can be formed using any solution. For example, the layer **22** can be grown using migration-enhanced metalorganic chemical vapor deposition (MEMOCVD). During the growth, inhomogeneities in the lateral direction of a molar fraction of one or more elements, such as aluminum, gallium, indium, boron, and/or the like, can be allowed of the layer **22**. In an embodiment, such compositional inhomogeneities can vary by at least one percent.

Furthermore, the layer **22** can have a non-uniform distribution of a thickness of one or more of the barriers in the SPSL. The non-uniform distribution can be configured to create the transparent regions and the higher conductive regions. In an embodiment, the non-uniform distribution is accomplished by growing a film under a facetted or three-dimensional growth mode. This growth mode is achieved while growing under conditions where the growth rate of the film is determined by the arrival rate of active nitrogen (N-limited). Furthermore, this growth mode is achieved by

US 9,042,420 B2

11

growing under nearly stoichiometric conditions where the ratio of the arrival rate of group-III atoms (Al, Ga) and the arrival rate of active nitrogen is about unity. Moreover, the nanometer scale compositional inhomogeneities are self-assembled within the film as a result of such a growth mode.

In an embodiment, an illustrative process can be implemented to provide a growth mode for producing an $Al_xGa_{1-x}N$ alloy film, which can be utilized as a p-type layer in an emitting device. Such a growth mode can be defined by substrate temperature, a ratio of the group V/group III elements, doping concentration, and/or the like. For example, the substrate temperature can be between approximately 750 and approximately 1300 degrees Celsius. Additionally, an inhomogeneous distribution of aluminum can be obtained by controlling a density of screw dislocations present in the material. The density of the screw dislocations can be controlled, for example, by alternating the group V/group III element ratio in the SPSL layers. The group V/group III element ratio can be in a range of ratios between approximately 20 and approximately 10000.

Still further, the growth of the layer 22 can allow a non-uniform compositional distribution along the barrier height and/or barrier thickness. Even further, when the layer 22 is doped, the growth of the layer 22 can allow a non-uniform doping distribution along the barrier height and/or barrier thickness. For example, modulation doping of the layer 22 can be utilized to create a variation of acceptor concentration within the layer that exceeds approximately $1\times10^{18}$ $1/cm^3$.

In an embodiment, an SPSL layer described herein can be formed directly on an inhomogeneous layer (e.g., p-type layer 20 shown in FIG. 2), which can promote the SPSL semiconductor layer (e.g., layer 22 shown in FIG. 2) to form the transparent and conductive regions. The inhomogeneous layer can be grown in a similar manner as the SPSL semiconductor layer and also include transparent and conductive regions as described herein. However, the growth temperature of the inhomogeneous layer can be at least approximately two hundred degrees Celsius lower than the growth temperature used for growing the SPSL semiconductor layer. Furthermore, a thickness of the inhomogeneous layer can be less than approximately 20 nanometers. In an embodiment, the growth of the inhomogeneous layer can include: enabling the three dimensional (e.g., side and upward) coalescence of islands (e.g., of Al), which are grown at a temperature approximately two hundred degrees Celsius lower than the temperature used for growing the SPSL semiconductor layer; followed by two dimensional growth of the inhomogeneous layer around the islands using distinctly different growth conditions than during the formation of the islands. For example, the two dimensional growth can be at a temperature and/or a group V/group III element ratio comparable to that used for growing the SPSL semiconductor layer. The growth of islands followed by two dimensional growth can be repeated one or more times to form the inhomogeneous layer. While use of MEMOCVD is described herein, it is understood that growth of one or more of the layers can utilize another growth solution, such as metallo organic chemical vapor deposition (MOCVD), molecular beam epitaxy (MBE, as utilized in U.S. Pat. No. 7,812,366), and/or the like.

FIG. 4 shows an illustrative band variation for a p-type superlattice, such as the layer 22 shown in FIGS. 3A and 3B, according to an embodiment. Built in polarization fields result in the skewed band levels. The skewed band levels lead to the localization of carriers. For cases when doping is relatively small in the superlattice quantum wells, but relatively high in the barriers, acceptor ionization in the barriers is possible and can result in a large concentration of holes in the

12

quantum wells, which leads to the formation of a two-dimensional carrier gas illustrated by the grey "clouded" regions of FIG. 4. In an embodiment, the quantum wells will have a concentration less than $5\cdot10^{17}[1/cm^3]$ (e.g., a concentration less than $5\cdot10^{15}$ $[1/cm^3]$), while the barriers have a concentration greater than $5\cdot10^{17}$ $[1/cm^3]$ (e.g., a concentration higher than $5\cdot10^{18}$ $[1/cm^3]$).

The carrier path through the layer 22 (FIGS. 3A and 3B) is composed of a diffusive lateral component due to the high mobility of carriers in the lateral direction, barrier tunneling, and/or penetration through conducting channels in a direction normal to the semiconductor layer 22. FIG. 5 shows a schematic representation of an illustrative carrier path in a complicated energy landscape caused by the inhomogeneities according to an embodiment. As illustrated, the carrier path runs through the low energy valleys (e.g., higher conductivity regions) of the energy landscape (indicated by dark regions), and propagates through regions containing a high concentration of dopants. In these valleys and regions, the electrons and holes experience smaller energy barriers, which they can penetrate through using the low energy valleys. In an embodiment, a characteristic distance between the higher conducting regions is less than a lateral current spreading length within the layer. For example, the lateral current spreading length can be 0.1 μm or larger.

FIG. 6 shows illustrative maps corresponding to an $Al_{50}Ga_{50}N$ layer. In particular, FIG. 6 includes: a) a near-field photoluminescence map of the peak intensity; b) a near-field photoluminescence map of the peak energy; d) a near-field photoluminescence map of the full width at half maximum (FWHM); c) a map of near-field and far-field spectra; e) a map of intensity correlation; and f) a map of FWHM correlation. As illustrated, the emission is non-uniform throughout the active layer structure and includes high intensity red shifted regions, which are correlated to islands containing lower aluminum content than the surrounding area.

A theoretical basis for the devices described herein is included for clarity. However, it is understood that the invention is not limited to the inventor's current understanding of the benefits described herein or the basis for such benefits.

The overall wall plug efficiency of a light emitting device, such as device 10 (FIG. 2), is related to tradeoffs associated with the conductivity and the transparent characteristics of the semiconductor layers. In particular, the p-type cladding layer(s) can have a low conductivity and highest absorption coefficient compared to all other layers in a deep ultraviolet LED. Consider the total resistance of the device 10 as a sum of a resistance due to p-type cladding layer(s) ($R_p$) and a resistance due to all other components of the device 10, such as the resistances of the active region 18, n-type cladding layer 16, the contact resistances, and/or the like ($R_r$). The total voltage ($V_T$) across the device 10 is given by:

$$V_T = V_{on} + I(R_r + R_p)$$

With $V_{on}$ being a turn on voltage and I being the current. The total power dissipated ($P_{dis}$) on a device 10 is:

$$P_{dis} = IV_T = I^2(R_p + R_r) + IV_{on}$$

A device 10, such as a light emitting diode, described herein can operate at a set current I. Furthermore, assume that $R_r$ is fixed and known. The resistivity of a p-type contact layer, $R_p$, can be written as:

US 9,042,420 B2

13

$$\frac{1}{R_p} = \frac{1}{R_1} + \frac{1}{R_2}$$

Here, $R_1$ is a portion of the p-type superlattice (PSL) **22** (FIGS. **3**A and **3**B) with a relatively low resistance and a relatively low transparency, while $R_2$ is a part of the PSL lattice with a relatively high resistance and a relatively high transparency. For cases when $R_1 \ll R_2$, it is sufficient to approximate $R_p \sim R_1$. This simple model assumes that most of the conduction in the p-type superlattice **22** happens through channels, which are connected domains with a lower concentration of aluminum and a higher concentration of dopants. Regions of the PSL **22** with a low resistance can be described by their characteristic resistivity $\rho_1$, as well as the gross cross sectional area that corresponds to these regions (further denoted as $A_1$); like:

$$R_1 = \rho_1 L_{PSL}/A_1.$$

Here $L_{PSL}$ denotes the corresponding length of the layer. Using $f = A_1/A$, where A is a total area of a device, then:

$$R_1 = [(\rho_1 L_{PSL})/A](1/f) = R_0/f.$$

As a simple approximation, the resistance $R_0$ can be taken to be the resistance of a p-type contact layer composed of bulk GaN semiconductor material.

FIG. **7** shows the effect of the absorption coefficient of the PSL layer **22** on the total extracted light from an illustrative light emitting diode structure according to an embodiment. The effect is shown in the context of a deep ultraviolet LED, and was obtained through ray tracing simulations. As illustrated, the total radiative power of the LED depends roughly linearly on $\log_{10}(\alpha/\alpha_0)$, with $\alpha_0$ being a normalization parameter. FIG. **8** shows a numerical fit to the ray tracing data according to an embodiment. Radiative power is then written as:

$$P_{out} = A - B \log_{10}(\alpha/\alpha_0)$$

where A, and B are fitting constants.

The transmittance of a layer is related to the absorption coefficient and the p-type cladding layer as:

$$T = T_0 \exp(-\alpha L_{PSL})$$

If a part of the area of a p-type cladding layer is not substantially transparent but is more conductive (this area is $A_1$), then the total transmission is given by (under an assumption of a uniform light flux per unit area):

$$T_{tot} = T\left(1 - \frac{A_1}{A}\right) = T(1 - f) = T_0 \ \exp(-\alpha' L_{PSL})$$

Here $\alpha'$ is a modification of the absorption coefficient due to area $A_1$ not being transparent. From this it follows that:

$$\exp(-\alpha L_{PSL})(1 - f) = \exp(-\alpha L_{PSL}) \text{ or } \alpha' = \alpha - \log(1 - f)/L_{PSL}$$

Using the expression for $P_{out}$, with $\alpha' = \alpha'$ $(f;\alpha):P_{out} = A - B \log_{10}(\alpha'/\alpha_0)$ and we can calculate the wall plug efficiency as:

$$WPE(f) = P_{out}(f)/P_{dis}(f).$$

Wall plug efficiency can have a maximum for a particular value of f and can depend on the resistivity of the device, a thickness of the PSL, and the absorption coefficient $\alpha$. FIG. **9** shows a plot of the WPE as a function of the conductance area fraction, f, for typical LED materials according to an embodiment. As illustrated, a peak wall plug efficiency is obtained at

14

a value of the conductance area fraction f between approximately 0.3 and 0.6. In an embodiment, a total area of the set of transparent regions in a lateral cross section of the PSL is at least ten percent (f=0.1) of the total area of the lateral cross section. In a more particular embodiment, the total area of the set of transparent regions is between approximately thirty and sixty percent of the total area of the lateral cross section.

It is important to observe that the average distance between inhomogeneities should be on the order of current spreading length in order for the device to have uniform current/light emission throughout the semiconducting layers. Current spreading length in one period of a PSL is given by:

$$L_{spread} = \sqrt{\frac{lkT}{q\rho J_0}},$$

where l is the thickness of a period layer, $\rho$ is the resistivity of a current spreading layer, and $J_0$ is a current density. Using this formula, the current spreading length is estimated to be between approximately 0.1 μm and approximately 1 μm.

As discussed herein, the set of higher conductive regions can be configured to keep the voltage drop across the layer within a desired range. In an embodiment, a target resistance per area for the layer can be calculated based on attributes of the layer and attributes of the operating environment for the device. For example, an illustrative device configuration can include a layer that is 200 nanometers thick and has a lateral cross sectional area of 200 micrometers by 200 micrometers, a target voltage drop of one Volt across the layer, and an operating current of 0.02 Amperes. In this case, a target total resistance of the layer can be calculated as 1 Volt/0.02 Amps=50 Ohms, and a target resistivity of the layer can be calculated as:

$$50 \text{ Ohms} \times 4 \times 10^{-8}/(2 \times 10^{-7}) = 10 \text{ Ohm·m}.$$

Using a target resistivity of 1000 Ohm*cm, a target resistance per area of a 200 nanometer thick layer can be calculated as:

$$1000 \text{ Ohm·cm} \times 2 \times 10^{-5} \text{ cm} = 2 \times 10^{-2} \text{ Ohm·cm}^2.$$

The transparency of a short period superlattice (SPSL) can be calculated by either averaging the optical absorption and refraction coefficients of the SPSL or computing absorption and reflection coefficients numerically using Maxwell equations. The absorption coefficient, $\alpha$, depend on the absorption edge of the semiconductor material which is a function of the molar fractions x, y, and z of a $Ga_x In_y Al_z B_{1-x-y-z}N$ semiconductor alloy for a group III nitride semiconductor material. FIG. **10** shows a typical dependence of the absorption coefficient on the wavelength for various aluminum molar fractions in a $Al_x Ga_{1-x}N$ alloy according to an embodiment. In order to maintain a target absorption coefficient of a p-type layer at orders of $10^4$ inverse centimeters, the content of aluminum in the SPSL barriers can be carefully chosen for each emitted wavelength. FIG. **11** shows how the content of the aluminum can be chosen for each emitted wavelength according to an embodiment. Note that the dependence of $x=x(\lambda)$ is linear, with

$$x = -0.0048\lambda + 1.83.$$

To this extent, x can provide a threshold value for a molar fraction of aluminum, which can be selected to be approximately equal to or exceed the threshold value.

It is understood that aspects of the invention can be incorporated into various types of structures/devices, solutions for

**15**

designing the various types of structures/devices, and/or solutions for fabricating the various types of structures/devices.

For example, an embodiment of the invention can be implemented as part of a solution for designing and/or fabricating a structure and/or a resulting device/structure as described in U.S. patent application Ser. No. 12/987,102, titled "Superlattice Structure," which was filed on 8 Jan. 2011, and which claims the benefit of U.S. Provisional Application No. 61/293,614, titled "Superlattice Structures and Devices," which was filed on 8 Jan. 2010, both of which are hereby incorporated by reference. Similarly, an embodiment of the invention can be implemented as part of a solution for designing and/or fabricating a structure and/or a resulting device/structure as described in U.S. patent application Ser. No. 13/162,895, titled "Superlattice Structure," which was filed on 17 Jun. 2011, which is hereby incorporated by reference. In either case, the structure/device can comprise a superlattice layer including a plurality of periods, each of which is formed from a plurality of sub-layers. Each sub-layer comprises a different composition than the adjacent sub-layer(s) and comprises a polarization that is opposite a polarization of the adjacent sub-layer(s). Furthermore, one or more of the sub-layers can comprise lateral region(s) configured to facilitate the transmission of radiation, such as ultraviolet radiation, through the layer and lateral region(s) configured to facilitate current flow through the sub-layer as described herein.

Furthermore, an embodiment of the invention can be implemented as part of a solution for designing and/or fabricating a structure and/or a resulting device/structure as described in U.S. patent application Ser. No. 12/960,476, titled "Semiconductor Material Doping," which was filed on 4 Dec. 2010, and which claims the benefit of U.S. Provisional Application No. 61/266,523, titled "Method of Doping and Semiconductor Devices," which was filed on 4 Dec. 2009, both of which are hereby incorporated by reference. Similarly, an embodiment of the invention can be implemented as part of a solution for designing and/or fabricating a structure and/or a resulting device/structure as described in U.S. patent application Ser. No. 13/162,908, titled "Semiconductor Material Doping," which was filed on 17 Jun. 2011, which is hereby incorporated by reference. In either case, the structure/device can comprise a superlattice structure as described herein, in which a target band discontinuity between a quantum well and an adjacent barrier is selected to coincide with an activation energy of a dopant for the quantum well and/or barrier. For example, a target valence band discontinuity can be selected such that a dopant energy level of a dopant in the adjacent barrier coincides with a valence energy band edge for the quantum well and/or a ground state energy for free carriers in a valence energy band for the quantum well. Additionally, a target doping level for the quantum well and/or adjacent barrier can be selected to facilitate a real space transfer of holes across the barrier. The quantum well and the adjacent barrier can be formed such that the actual band discontinuity and/or actual doping level(s) correspond to the relevant target(s).

Furthermore, an embodiment of the invention can be implemented as part of a solution for designing and/or fabricating a structure and/or a resulting device/structure as described in U.S. patent application Ser. No. 13/161,961, titled "Deep Ultraviolet Light Emitting Diode," which was filed on 16 Jun. 2011, and which claims the benefit of U.S. Provisional Application No. 61/356,484, titled "Deep Ultraviolet Light Emitting Diode," which was filed on 18 Jun. 2010, both of which are hereby incorporated by reference. In this case, the structure/device, such as a light emitting diode,

**16**

can include an n-type contact layer and a light generating structure, which includes a set of quantum wells, adjacent to the n-type contact layer. The contact layer and light generating structure can be configured so that a difference between an energy of the n-type contact layer and an electron ground state energy of a quantum well is greater than an energy of a polar optical phonon in a material of the light generating structure. Additionally, the light generating structure can be configured so that its width is comparable to a mean free path for emission of a polar optical phonon by an electron injected into the light generating structure. The diode can include a blocking layer, which is configured so that a difference between an energy of the blocking layer and the electron ground state energy of a quantum well is greater than the energy of the polar optical phonon in the material of the light generating structure. The diode can include a composite contact, including an adhesion layer, which is at least partially transparent to light generated by the light generating structure and a reflecting metal layer configured to reflect at least a portion of the light generated by the light generating structure. The n-type contact layer, light generating structure, blocking layer, and/or composite contact can include a superlattice configured as shown and described herein.

While shown and described herein as a method of designing and/or fabricating an emitting device to improve extraction of light from the device, it is understood that aspects of the invention further provide various alternative embodiments. For example, aspects of the invention can be implemented to facilitate the transmission of light within the device, e.g., as part of optical pumping of a laser light generating structure, excitation of a carrier gas using a laser pulse, and/or the like. Similarly, an embodiment of the invention can be implemented in conjunction with a sensing device, such as a photosensor or a photodetector. In each case, a profiled surface can be included in an exterior surface of the device and/or an interface of two adjacent layers of the device in order to facilitate the transmission of light through the interface in a desired direction.

In one embodiment, the invention provides a method of designing and/or fabricating a circuit that includes one or more of the devices designed and fabricated as described herein. To this extent, FIG. **12** shows an illustrative flow diagram for fabricating a circuit **126** according to an embodiment. Initially, a user can utilize a device design system **110** to generate a device design **112** for a semiconductor device as described herein. The device design **112** can comprise program code, which can be used by a device fabrication system **114** to generate a set of physical devices **116** according to the features defined by the device design **112**. Similarly, the device design **112** can be provided to a circuit design system **120** (e.g., as an available component for use in circuits), which a user can utilize to generate a circuit design **122** (e.g., by connecting one or more inputs and outputs to various devices included in a circuit). The circuit design **122** can comprise program code that includes a device designed as described herein. In any event, the circuit design **122** and/or one or more physical devices **116** can be provided to a circuit fabrication system **124**, which can generate a physical circuit **126** according to the circuit design **122**. The physical circuit **126** can include one or more devices **116** designed as described herein.

In another embodiment, the invention provides a device design system **110** for designing and/or a device fabrication system **114** for fabricating a semiconductor device **116** as described herein. In this case, the system **110**, **114** can comprise a general purpose computing device, which is programmed to implement a method of designing and/or fabri-

US 9,042,420 B2

17

cating the semiconductor device **116** as described herein. Similarly, an embodiment of the invention provides a circuit design system **120** for designing and/or a circuit fabrication system **124** for fabricating a circuit **126** that includes at least one device **116** designed and/or fabricated as described herein. In this case, the system **120**, **124** can comprise a general purpose computing device, which is programmed to implement a method of designing and/or fabricating the circuit **126** including at least one semiconductor device **116** as described herein.

In still another embodiment, the invention provides a computer program fixed in at least one computer-readable medium, which when executed, enables a computer system to implement a method of designing and/or fabricating a semiconductor device as described herein. For example, the computer program can enable the device design system **110** to generate the device design **112** as described herein. To this extent, the computer-readable medium includes program code, which implements some or all of a process described herein when executed by the computer system. It is understood that the term "computer-readable medium" comprises one or more of any type of tangible medium of expression, now known or later developed, from which a stored copy of the program code can be perceived, reproduced, or otherwise communicated by a computing device.

In another embodiment, the invention provides a method of providing a copy of program code, which implements some or all of a process described herein when executed by a computer system. In this case, a computer system can process a copy of the program code to generate and transmit, for reception at a second, distinct location, a set of data signals that has one or more of its characteristics set and/or changed in such a manner as to encode a copy of the program code in the set of data signals. Similarly, an embodiment of the invention provides a method of acquiring a copy of program code that implements some or all of a process described herein, which includes a computer system receiving the set of data signals described herein, and translating the set of data signals into a copy of the computer program fixed in at least one computer-readable medium. In either case, the set of data signals can be transmitted/received using any type of communications link.

In still another embodiment, the invention provides a method of generating a device design system **110** for designing and/or a device fabrication system **114** for fabricating a semiconductor device as described herein. In this case, a computer system can be obtained (e.g., created, maintained, made available, etc.) and one or more components for performing a process described herein can be obtained (e.g., created, purchased, used, modified, etc.) and deployed to the computer system. To this extent, the deployment can comprise one or more of: (1) installing program code on a computing device; (2) adding one or more computing and/or I/O devices to the computer system; (3) incorporating and/or modifying the computer system to enable it to perform a process described herein; and/or the like.

The foregoing description of various aspects of the invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed, and obviously, many modifications and variations are possible. Such modifications and variations that may be apparent to an individual in the art are included within the scope of the invention as defined by the accompanying claims.

18

What is claimed is:

**1**. A device comprising:

a short period superlattice (SPSL) semiconductor layer, wherein a composition of at least one barrier in the SPSL semiconductor layer varies along lateral dimensions of the at least one barrier such that a lateral cross section of the at least one barrier includes:

a set of transparent regions having a first characteristic band gap, wherein the set of transparent regions are at least ten percent of an area of the lateral cross section of the at least one barrier; and

a set of higher conductive regions having a second characteristic band gap at least five percent smaller than the first characteristic band gap, wherein the set of higher conductive regions are at least two percent of the area of the lateral cross section of the at least one barrier, and wherein lateral inhomogeneities in at least one of: the composition or a doping of the at least one barrier forms the set of transparent regions and the set of higher conductive regions.

**2**. The device of claim **1**, wherein the SPSL semiconductor layer comprises a periodic structure including a plurality of periods, wherein at least one of: a composition or a width of each period varies along the height of the SPSL semiconductor layer.

**3**. The device of claim **2**, wherein at least one of: a composition or a width of each period varies aperiodically from period to period in the SPSL semiconductor layer.

**4**. The device of claim **1**, wherein at least one barrier in the SPSL semiconductor layer has a graded composition.

**5**. The device of claim **4**, wherein the graded composition is a group III-V material having a varying aluminum molar fraction.

**6**. The device of claim **1**, wherein at least one well in the SPSL semiconductor layer has a graded composition.

**7**. The device of claim **1**, wherein the set of transparent regions have an average transmission coefficient for radiation of a target wavelength of at least fifty percent.

**8**. The device of claim **7**, wherein the device is configured to emit radiation of the target wavelength during operation.

**9**. The device of claim **1**, wherein the set of higher conductive regions have an average resistance per unit area to vertical current flow smaller than approximately $10^{-2}$ ohm·cm².

**10**. The device of claim **1**, wherein the SPSL semiconductor layer is a p-type layer, and wherein the at least one barrier includes lateral inhomogeneities in a p-type doping of the at least one barrier.

**11**. The device of claim **1**, wherein the SPSL semiconductor layer is an n-type layer, and wherein the at least one barrier includes lateral inhomogeneities in an n-type doping of the at least one barrier.

**12**. The device of claim **1**, wherein the set of higher conductive regions form an interconnected network of conductive paths.

**13**. The device of claim **1**, further comprising an inhomogeneous layer directly adjacent to the SPSL semiconductor layer, wherein the inhomogeneous layer includes a plurality of transparent regions and a plurality of higher conductive regions.

**14**. The device of claim **1**, further comprising a semiconductor layer having a graded composition directly adjacent to the SPSL semiconductor layer.

**15**. An emitting device comprising:

an active region configured to generate electromagnetic radiation having a target wavelength; and

a short period superlattice (SPSL) semiconductor layer, wherein a composition of a plurality of barriers in the

US 9,042,420 B2

**19**

SPSL semiconductor layer varies along lateral dimensions of each of the plurality of barriers such that a lateral cross section of each barrier includes:

a set of transparent regions having a first characteristic band gap, wherein the set of transparent regions are at least ten percent of an area of the lateral cross section of the barrier and have an average transmission coefficient for radiation of the target wavelength of at least fifty percent; and

a set of higher conductive regions having a second characteristic band gap at least five percent smaller than the first characteristic band gap, wherein the set of higher conductive regions are at least two percent of the area of the lateral cross section of the barrier, and wherein the set of higher conductive regions have an average resistance per unit area to vertical current flow smaller than approximately $10^{-2}$ ohm·cm$^2$.

**16**. The device of claim **15**, wherein lateral inhomogeneities in at least one of: the composition or a doping of the barrier forms the set of transparent regions and the set of higher conductive regions.

**17**. The device of claim **16**, wherein the SPSL semiconductor layer is a p-type layer.

**18**. The device of claim **15**, further comprising an inhomogeneous layer directly adjacent to the SPSL semiconductor layer, wherein the inhomogeneous layer includes a plurality of transparent regions and a plurality of higher conductive regions.

**19**. The device of claim **15**, further comprising a graded semiconductor layer having a graded composition directly adjacent to the SPSL semiconductor layer.

**20**. The device of claim **19**, wherein the graded semiconductor layer is a p-type blocking layer and the SPSL semiconductor layer is a p-type cladding layer.

**20**

**21**. An emitting device comprising:

an active region configured to generate electromagnetic radiation having a target wavelength; and

a short period superlattice (SPSL) semiconductor layer, wherein a composition of a plurality of barriers in the SPSL semiconductor layer varies along lateral dimensions of each of the plurality of barriers such that a lateral cross section of each barrier includes:

a set of transparent regions having a first characteristic band gap, wherein the set of transparent regions are at least ten percent of an area of the lateral cross section of the barrier and have an average transmission coefficient for radiation of the target wavelength of at least fifty percent; and

a set of higher conductive regions having a second characteristic band gap at least five percent smaller than the first characteristic band gap, wherein the set of higher conductive regions are at least two percent of the area of the lateral cross section of the barrier, and wherein the set of higher conductive regions have an average resistance per unit area to vertical current flow smaller than approximately $10^{-2}$ ohm·cm$^2$, wherein the active region and the SPSL semiconductor layer are formed of group III-V materials.

**22**. The emitting device of claim **21**, wherein the group III-V materials are group III nitride materials.

**23**. The emitting device of claim **21**, wherein the set of transparent regions have an aluminum content at least one percent higher than an aluminum content of the set of higher conductive regions.

\* \* \* \* \*