MARC DAVID PETERS (CA SBN 211725)
mdpeters@mofo.com
DANIEL C. HUBIN (CA SBN 278987)
DHubin@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

SORIN G. ZAHARIA (CA SBN 312655)
SZaharia@mofo.com
MORRISON & FOERSTER LLP
425 Market St.
San Francisco, CA 94105-2482
Telephone: 415.268.6336
Facsimile: 415.268.7522

Attorneys for Defendants BOLB, INC. and
QUANTUM EGG, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SENSOR ELECTRONIC TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOLB INC. AND QUANTUM EGG, INC., <br><br> Defendants. | Case No. 5:18-cv-05194-LHK-VKD <br><br> **DECLARATION OF MARC DAVID PETERS IN SUPPORT OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF** |

# DECLARATION OF MARC DAVID PETERS

I, Marc David Peters, declare as follows:

1. I am a partner at the law firm Morrison & Foerster LLP, counsel for Defendants Bolb Inc. and Quantum Egg, Inc. I am a member in good standing of the bar of the State of California and am admitted to practice in this District. I submit this declaration in support of Defendants' Responsive Claim Construction Brief.

2. Attached hereto as Exhibit L is a true and correct copy of excerpts from the USPTO File History of U.S. Patent No. 9,801,965.

3. Attached hereto as Exhibit M is a true and correct copy of U.S. Patent Appl. Pub. No. 2013/0239803 by Palmer.

4. Attached hereto as Exhibit N is a true and correct copy of excerpts from the New Oxford American Dictionary (2d ed. 2005).

5. Attached hereto as Exhibit O is a true and correct copy of an excerpt from the Webster's Online Dictionary, accessed on March 4, 2019.

6. Attached hereto as Exhibit P is a true and correct copy of excerpts as produced by Plaintiff from the Random House Webster's Unabridged Dictionary (2d ed. 2001), and Bates-labeled SETI_004573–SETI_004590.

7. Attached hereto as Exhibit Q is a true and correct copy of excerpts as produced by Plaintiff from the Concise Oxford American Dictionary (2006), and Bates-labeled SETI_004554–SETI_004572.

8. Attached hereto as Exhibit R is a true and correct copy of excerpts as produced by Plaintiff from the book Nanostructures & Nanomaterials by G. Cao (Imperial College Press 2004), and Bates-labeled SETI_003784–SETI3794.

9. Attached hereto as Exhibit S is a true and correct copy of U.S. Patent No. 8,080,833 to Grandusky et al.

10. Attached hereto as Exhibit T is a true and correct copy of U.S. Patent Appl. Pub. No. 2011/0303891 by Chua.

11. Attached hereto as Exhibit U is a true and correct copy of the article F. Capasso, Compositionally Graded Semiconductors and Their Device Applications, Ann. Rev. Mater. Sci. 1986.16: 263–91, as produced by Plaintiff and Bates-labeled SETI_004591–SETI_004619.

12. Attached hereto as Exhibit V is a true and correct copy of excerpts from the USPTO File History of U.S. Patent No. 9,660,133.

13. Attached hereto as Exhibit W is a true and correct copy of excerpts from the Oxford English Dictionary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on May 28, 2019 in Palo Alto, California.

By: /s/ *Marc David Peters*
Marc David Peters
**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: mdpeters@mofo.com